| | | POS-010 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Jahan C. Sagafi (SBN 224887)<br>**OUTTEN & GOLDEN, LLP**<br>One California Street, 12th Floor<br>San Francisco, CA 94111<br>TELEPHONE NO.: 415.638.8800  FAX NO. *(Optional):* 415.6388810<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* PLAINTIFF AND THE PROPOSED CLASS | | *FOR COURT USE ONLY* |
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | | |
| PLAINTIFF/PETITIONER: EDUARDO PENA, individually and on behalf of all others similarly situated,<br>DEFENDANT/RESPONDENT: WELLS FARGO BANK, N.A., | | CASE No.:<br>3:19-cv-04065-JCS |
| **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** | | Ref. No. or File No.:<br>OUTGOSF-0107029-MB |

*(Separate proof of service is required for each party served.)*

1. At the time of service, I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☒ Summons in a Civil Action
   b. ☒ Complaint
   c. ☒ Civil Cover Sheet
   e. ☐ First amended complaint
   f. ☐ Second amended complaint
   g. ☐ Third amended complaint
   d. ☒ Other *(specify documents):* Notice of Electronic Filing; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement; Court's exhibit tag; Civil Standing Orders for Magistrate Judge Joseph C. Spero; Consent to the Jurisdiction of a Magistrate Judge – Brochure,

3. a. Party served *(specify name of party as shown on documents served):* WELLS FARGO, N.A.,

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   BECKY DE GEORGE (SERVICE OF PROCESS INTAKE CLERK), CSC – CORPORATION SERVICE, REGISTERED AGENT

4. Address where the party was served: 2710 GATEWAY OAKS DRIVE, SUITE 150N, SACRAMENTO, CA 95833

5. I served the party (check proper box)

   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 7/24/2019   (2) at *(time):* 3:04pm

   b. ☐ **by substituted service.** On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3a):*

   (1) ☐ **(Business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(Home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(Physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |
|---|---|---|

| PLAINTIFF/PETITIONER: EDUARDO PENA, individually and on behalf of all others similarly situated, | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: WELLS FARGO BANK, N.A., | 3:19-cv-04065-JCS |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*     (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **By other means** *(specify means of service and authorizing code section):*

  e. ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify):*
  Under the following Code of Civil Procedure section:
    ☐ 416.10 (corporation)     ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)     ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)     ☐ 415.46 (occupant)
    ☐ Other:

7. **Person who served papers**
  a. Name: Robert J. Mason
  b. Address: 1605 W. Olympic Blvd., 8th Floor, Los Angeles, CA 90015
  c. Telephone number: (213) 975-9820
  d. **The fee** for service was: $
  e. I am:
    (1) ☐ Not a registered California process server.
    (2) ☐ Exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ a Registered California process server:
      (i) ☐ Owner ☐ Employee ☒ Independent contractor.
      (ii) Registration No.: 03-007
      (iii) County: Placer

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: July 26, 2019

Robert J. Mason
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      ▶ (SIGNATURE)

POS-010 [Rev. January 1, 2007]      **PROOF OF SERVICE SUMMONS AND COMPLAINT**      Page 2 of 2

American LegalNet, Inc.
www.FormsWorkflow.com