

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *K. Issac deVyver, Esq.*

**DATE OF ADMISSION**

*June 8, 2006*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated:  February 25, 2019**

*Patricia Nicola*

Patricia A. Nicola
Chief Clerk