UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO PEÑA,<br><br>        Plaintiff(s),<br><br>  v.<br><br>WELLS FARGO BANK, N.A.<br><br>        Defendant(s). | Case No: 3:19-CV-04065<br><br>**APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

    I, Karla L. Johnson, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Wells Fargo Bank, N.A. in the above-entitled action. My local co-counsel in this case is Jamie D. Wells, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| McGuireWoods LLP, 260 Forbes Avenue, Suite 1800, Pittsburgh, PA 15222 | McGuireWoods LLP, Two Embarcedero Center, Ste. 1300, San Francisco, CA 94111 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (412) 667-7927 | (415) 844-9944 |
| My email address of record: | Local co-counsel's email address of record: |
| kjohnson@mcguirewoods.com | jwells@mcguirewoods.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 307031.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 08/06/19

                                                      Karla L. Johnson
                                                      APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Karla L. Johnson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE