

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Karla Lynn Johnson, Esq.*

DATE OF ADMISSION

*October 26, 2009*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: February 25, 2019

*Patricia Nicola*

Patricia A. Nicola
Chief Clerk