**MCGUIREWOODS LLP**
Jamie D. Wells (SBN 290827)
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

K. Issac deVyver (*pro hac vice to be filed*)
Karla Johnson (*pro hac vice to be filed*)
Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
Telephone: 412.667.6000
Facsimile: 412.667.6050

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | CASE NO: 3:19-cv-04065-JCS<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND AGREED BRIEFING SCHEDULE**<br><br>**Complaint Filed: July 16, 2019**<br>**Current Response Date: August 14, 2019**<br>**New Response Date: September 13, 2019** |

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6-1(a), Defendant Wells Fargo Bank, N.A. ("Defendant") through counsel, with the agreement of counsel for Plaintiff Eduardo Peña ("Plaintiff"), respectfully submit the following Joint Stipulation to Extend Time to Respond to Initial Complaint and Agreed Briefing Schedule.

## RECITALS

WHEREAS, on July 16, 2019, Plaintiff filed the Complaint in this action against Defendant in the Northern District of California, San Francisco Division;

WHEREAS, Defendant was served on or about July 24, 2019;

WHEREAS, pursuant to Fed. R. Civ. P. 12, Defendant's responsive pleading is therefore due 21 days thereafter, or on or about August 14, 2019;

WHEREAS, to provide Defendant time to evaluate and analyze the allegations and to prepare a response to the Complaint, Plaintiff and Defendant, through their respective counsel, have agreed to an extension of Defendant's deadline to respond to the Complaint for a period of thirty (30) days, up to and including September 13, 2019;

WHEREAS, if Defendant files any motion, Plaintiff and Defendant further agree that Plaintiff may have 21 days thereafter, up to and including October 4, 2019 in order to file any opposition;

WHEREAS, Plaintiff and Defendant further agree that Defendant shall have 14 days thereafter, up to and including October 18, 2019, in order to file any reply;

WHEREAS, this Court has set the Initial Case Management Conference for October 18, 2019, with the Case Management Statement due on October 11, 2019 and, accordingly, the extension of time will not alter the date or any event or deadline already fixed by Court order. No party will be prejudiced by the short extension.

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant through their respective undersigned counsel that:

1. Defendant's time to respond to Plaintiff's Complaint in this action shall be and hereby is extended by thirty (30) days, through and including September 13, 2019;

2. This is the first extension of Defendant's time to respond to the Complaint; and

3. Plaintiff's time to file an opposition to any motion filed by Defendant is twenty one (21) days from the date Defendant files its motion or responsive pleading, up to and including October 4, 2019;

4. Defendant's time to file any reply in response shall be fourteen (14) days from the filing of such Opposition, up to and including October 18, 2019;

5. This extension will not affect any other deadlines set by the Court in this case; and

6. This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties.

IT IS SO STIPULATED.

DATED: August 5, 2019         **MCGUIREWOODS LLP**

By: /s/ Jamie D. Wells
    Jamie D. Wells

Attorneys for Defendant
WELLS FARGO BANK, N.A.

DATED: August 5, 2019         **OUTTEN & GOLDEN LLP**

By: /s/ Ossai Miazad
    Ossai Miazad

Attorneys for Plaintiff
EDUARDO PEÑA

DATED: August 7, 2019

IT IS SO ORDERED

3
**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND TO EXTEND PLAINTIFF'S TIME TO FILE AN OPPOSITION**

# ATTESTATION

In compliance with Civil Local Rule 5-1(i)(3), regarding signatures, I hereby attest that I have obtained the concurrence in the filing of this document from all signatories.

August 5, 2019                    /s/ Jamie D. Wells
                                  Jamie D. Wells