UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO PENA,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No. 19-cv-04065-JCS<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now reassign this case to a United States District Judge because:

[X] One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge.

[ ] One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The **CASE MANAGEMENT CONFERENCE** previously scheduled for **October 18, 2019 at 2:00 p.m.,** before Chief Magistrate Judge Spero is **VACATED**. A NEW HEARING WILL BE SET BY THE JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED.

Dated: August 8, 2019

Susan Y. Soong
Clerk, United States District Court

By: _____

Elaine Kabiling, Deputy Clerk to the
Honorable JOSEPH C. SPERO