# STANDING ORDERS FOR CIVIL CASES
# ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY

1. The parties shall consult and comply with all provisions of the Local Rules relating to continuances, motions, briefs, and all other matters, unless superseded by these Standing Orders.

2. **Electronic Case Filing—Lodging Hard Copies for Chambers**

    In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically. The paper copy of each such document shall be submitted at the time and in the manner provided in Civil Local Rule 5-1(e)(7) and in single-sided format. Any attached exhibits shall be separated by tabbed dividers.

3. **Manual Case Filing—Lodging Hard Copies for Chambers**

    Courtesy copies of each document manually filed must be submitted as required by Civil Local Rule 5-1(e)(7) and in single-sided format. Any attached exhibits shall be separated by tabbed dividers.

4. **Scheduling Days:**

    a. Criminal Law and Motion Calendar is conducted on Wednesdays at **2:15 p.m.**
    b. Civil Law and Motion Calendar is conducted on Fridays at **9:00 a.m.**
    c. Case Management Conferences are conducted on Fridays at **10:30 a.m.,** with order of call determined by the Court.
    d. Pretrial conferences are conducted on Tuesday mornings at 10:00 a.m. or Tuesday afternoons at 3:00 p.m.
    e. Counsel need not reserve a hearing date for motions, but noticed dates may be reset as the Court's calendar requires.

5. **Proposed Orders Required:** Each party filing *or opposing* a motion shall also serve and file a proposed order which sets forth the relief or action sought and a *short* statement of the rationale of decision, including citation of authority, that the party requests the Court to adopt.

6. **Discovery:** Discovery motions will be referred to a Magistrate Judge.

7. **Summary Judgment:** Unless specific leave has been requested and granted, the Court will address only one motion for summary judgment/adjudication per party or side. Examples of issues the Court may deem appropriate for determination by separate motion, particularly if raised early in the case, include such affirmative defenses as the statute of limitations and failure to exhaust administrative remedies.

8. **Procedural Matters:** Parties seeking to continue hearings, request special status conferences, modify briefing schedules, or make other procedural changes shall submit a signed stipulation and proposed order, or, if stipulation is not possible, a motion or administrative request in accordance with Civil Local Rule 6-3 or 7-11, as appropriate. *Irrespective of whether the parties are in agreement, no changes in the Court's schedule or procedures shall be made except by signed order of the Court **and only upon a showing of good cause.***

9. **Service of Standing Orders:** Plaintiff is directed to serve copies of these standing orders upon all parties to this action and upon those subsequently joined, and to file a certificate reflecting such service.

    **IT IS SO ORDERED.**

    Dated: March 11, 2019

    */s/ Maxine M. Chesney*
    Maxine M. Chesney
    United States District Judge