Jahan C. Sagafi (Cal. Bar No. 224887)
Rachel Dempsey (Cal. Bar No. 310424)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, California 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
jsagafi@outtengolden.com
rdempsey@outtengolden.com

Ossai Miazad*
Michael N. Litrownik*
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
om@outtengolden.com
mlitrownik@outtengolden.com

*Attorneys for Plaintiff and the Proposed Class*
*admitted *pro hac vice*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 19-cv-04065-MMC<br><br>**CERTIFICATE OF SERVICE** |

I, Miguel Tapia Colin, declare as follows:

    I am a paralegal employed at Outten & Golden LLP, whose address is 685 Third Avenue, New York, NY 10017. I am over the age of eighteen years and not a party to this action.

    On August 14, 2019, I sent via e-mail a true and correct copy of **the Court's case management order and the Court's standing orders** to the following attorneys of record for Defendant Wells Fargo Bank, N.A.:

| | |
|---|---|
| Jamie Danielle Wells<br>**McGuireWoods LLP**<br>Two Embarcadero Center, Suite 1300<br>San Francisco, CA 94111<br>Telephone: (415) 844-9944<br>Facsimile: (415) 844-9922<br>jwells@mcguirewoods.com | K. Issac deVyver<br>Karla Johnson<br>**MCGUIREWOODS LLP**<br>Tower Two-Sixty<br>260 Forbes Avenue, Suite 1800<br>Pittsburgh, PA 15222<br>Telephone: 412-667-6000<br>Facsimile: 412-667-6050<br>kdevyver@mcguirewoods.com<br>kjohnson@mcguirewoods.com |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 14, 2019.

By: _____
Miguel Tapia Colin, Paralegal
OUTTEN & GOLDEN, LLP
685 Third Avenue, 25th Floor
New York, NY 10017
(212) 245-1000
MTapiacolin@outtengolden.com