1  **McGuireWoods LLP**
   Jamie D. Wells (SBN 290827)
2  Two Embarcadero Center
   Suite 1300
3  San Francisco, CA 94111-3821
4  Telephone: 415.844.9944
   Facsimile: 415.844.9922
5
6  K. Issac deVyver (*pro hac vice*)
   Karla Johnson (*pro hac vice*)
7  Tower Two-Sixty
   260 Forbes Avenue
8  Suite 1800
   Pittsburgh, PA 15222
9  Telephone: 412.667.6000
   Facsimile: 412.667.6050
10
11 Attorneys for Defendant
   WELLS FARGO BANK, N.A.
12
13
14                    **UNITED STATES DISTRICT COURT**
15                    **NORTHERN DISTRICT OF CALIFORNIA**
16

| EDUARDO PEÑA, individually and on behalf of all others similarly situated, | CASE NO: 3:19-cv-04065-MMC |
|---|---|
| Plaintiff, | ORDER APPROVING |
| vs. | **JOINT STIPULATION TO SUSPEND TIME TO RESPOND TO COMPLAINT, PERMIT AGREED FILING OF AMENDED COMPLAINT, AND AGREED BRIEFING SCHEDULE** |
| WELLS FARGO BANK, N.A., | |
| Defendant. | **Complaint Filed:** July 16, 2019<br>**Current Response Date:** September 13, 2019<br>**Proposed Amended Complaint Date:** September 27, 2019 |

Pursuant to Federal Rule of Civil Procedure 6(b) and 15(a)(2), and Civil Local Rule 6-1(a), Plaintiff Eduardo Peña ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Defendant") through their respective counsel and with the agreement of counsel, respectfully submit the following Joint Stipulation to Suspend Time to Respond to Complaint, Permit Agreed Filing of Amended Complaint, and Agreed Briefing Schedule.

## RECITALS

WHEREAS, on July 16, 2019, Plaintiff filed the Complaint in this action against Defendant in the Northern District of California, San Francisco Division;

WHEREAS, Defendant was served on or about July 24, 2019;

WHEREAS, pursuant to Fed. R. Civ. P. 12, Defendant's original responsive pleading was due 21 days thereafter, or on or about August 14, 2019;

WHEREAS, on August 5, 2019 the Parties filed a joint stipulation to extend Defendant's time to respond to the complaint until September 13, 2019, which was approved by the Court (D.E. 15).

WHEREAS, during meet and confer between counsel on September 11, 2019 as to the deadline to respond to Plaintiff's Complaint, counsel discussed that Plaintiff intends to file an Amended Complaint adding an additional claim;

WHEREAS, in order to avoid further burden and expense on the Parties and this Court, the Parties agree to suspend any requirement to plead or otherwise respond to the current Complaint on September 13, 2019, and agree that Plaintiff will file an Amended Complaint on or before September 27, 2019;

WHEREAS, the Parties agree that Defendant's response to the Amended Complaint would be due within 30 days after the filing of the Amended Complaint;

WHEREAS, if Defendant files any motion, Plaintiff and Defendant further agree that Plaintiff may have 21 days thereafter, in order to file any opposition;

WHEREAS, Plaintiff and Defendant further agree that Defendant shall have 14 days thereafter, in order to file any reply;

2

JOINT STIPULATION TO SUSPEND TIME TO RESPOND TO COMPLAINT, PERMIT AGREED FILING OF AMENDED COMPLAINT, AND AGREED BRIEFING SCHEDULE; CASE NO: 3:19-cv-04065-MMC

WHEREAS, this Court has set the Initial Case Management Conference for October 18, 2019, with the Case Management Statement due on October 11, 2019 and, accordingly, the extension of time will not alter the date or any event or deadline already fixed by Court order. No party will be prejudiced by the amendment to the schedule.

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant through their respective undersigned counsel that:

1. Defendant's requirement to plead or otherwise respond to the currently pending Complaint on September 13, 2019 is suspended;

2. Plaintiff shall file an Amended Complaint on or before September 27, 2019;

3. Defendant's time to plead or otherwise respond to the Amended Complaint shall be thirty (30) days after the filing of the Amended Complaint;

4. Plaintiff's time to file an opposition to any motion filed by Defendant is twenty one (21) days from the date Defendant files its motion or responsive pleading;

5. Defendant's time to file any reply in response shall be fourteen (14) days from the filing of such Opposition;

6. This extension will not affect any other deadlines set by the Court in this case; and

7. This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties.

///
///
///
///
///
///
///
///

3

JOINT STIPULATION TO SUSPEND TIME TO RESPOND TO COMPLAINT, PERMIT AGREED FILING OF AMENDED COMPLAINT, AND AGREED BRIEFING SCHEDULE; CASE NO: 3:19-cv-04065-MMC

IT IS SO STIPULATED.

DATED:  September 12, 2019          **MCGUIREWOODS LLP**

By:  /s/ Jamie D. Wells
Jamie D. Wells
Attorneys for Defendant
WELLS FARGO BANK, N.A.

DATED:  September 12, 2019          **OUTTEN & GOLDEN LLP**

By:  /s/ Jahan C. Sagafi
Jahan C. Sagafi
Attorneys for Plaintiff
EDUARDO PEÑA

**IT IS SO ORDERED**.  If, however, defendant intends to respond to the Amended Complaint with something other than an answer, the parties may wish to seek a continuance of the Initial Case Management Conference.

DATED: September 13, 2019

Honorable Maxine M. Chesney
United States Senior District Judge

JOINT STIPULATION TO SUSPEND TIME TO RESPOND TO COMPLAINT, PERMIT AGREED FILING OF AMENDED COMPLAINT, AND AGREED BRIEFING SCHEDULE; CASE NO: 3:19-cv-04065-MMC