**MCGUIREWOODS LLP**
Jamie D. Wells (SBN 290827)
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

K. Issac deVyver (*pro hac vice*)
Karla Johnson (*pro hac vice*)
Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
Telephone: 412.667.6000
Facsimile: 412.667.6050

Attorneys for Defendant
WELLS FARGO BANK, N.A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 3:19-cv-04065-MMC<br><br>**DECLARATION OF KARLA L. JOHNSON IN SUPPORT OF WELLS FARGO'S ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

I, Karla L. Johnson, declare and state as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Pennsylvania, and I am admitted to practice before this Court for the purposes of this case. I am a partner with the law firm of McGuireWoods LLP, counsel of record for Defendant Wells Fargo Bank, N.A. ("Wells Fargo"). I make this declaration from my own personal knowledge, and could and would competently testify to the following if called upon to do so.

2. Pursuant to Local Rules 7-11(b), I submit this declaration in support of Wells Fargo's Administrative Motion to Continue Case Management Conference.

3. In the Court's Order approving the Parties' Stipulation to permit Plaintiff to file an Amended Complaint and related briefing schedule, the Court noted that if "defendant intends to respond to the Amended Complaint with something other than an answer, the parties may wish to seek a continuance of the Initial Case Management Conference." (D.E. 26).

4. Wells Fargo currently anticipates responding to the Amended Complaint with something other than an Answer.

5. Counsel for Wells Fargo reached out to counsel for Plaintiff on September 23, 2019, seeking a Stipulation to continue the Initial Case Management Conference. Email communication attached hereto as Exhibit 1.

6. The Parties agreed to file a Stipulation to continue the Initial Case Management Conference, and Defendant proposed a new Initial Case Management Conference date of December 13, 2019, because this date would quickly follow the completion of any briefing in response to the Amended Complaint. Further, Defendant proposed that the Parties set the hearing on any pending motions for that same day, and to adjust the related deadlines in the Order Setting the Initial Case Management Conference (D.E. 4) accordingly.

7. In response, Plaintiff stated that an Initial Case Management Conference date of November 15, 2019 would be preferred, so that Plaintiff could move forward with discovery expeditiously. Wells Fargo did not agree, but proposed that the parties file the Stipulation to continue the Initial Case Management Conference, and allow the Court to decide on the rescheduled date for the Initial Case Management Conference.

1

8. In response to this suggestion, Plaintiff then added a third alternative to the Parties' draft Stipulation, agreeing to the December 13, 2019 Initial Case Management Conference date, but only if Wells Fargo would agree to hold the Rule 26(f) conference on November 4, 2019, so that Plaintiff could then immediately serve discovery.

9. Counsel for the Parties also discussed these issues over the phone during the meet and confer process.

10. Wells Fargo no longer viewed the multiple disputed options as appropriate for a Stipulation, determined that the Parties were at an impasse in their meet and confer, which resulted in Wells Fargo filing the current Administrative Motion. The Parties' email communication are attached as Exhibit 1, along with the final redline version of the Stipulation that was being discussed in those communications.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

///

///

Executed this 27th day of September, 2019.

By: /s/ *Karla L. Johnson*
Karla L. Johnson
Attorney for Wells Fargo Bank, N.A.