EXHIBIT 1

| From: | Johnson, Karla L. |
|---|---|
| Sent: | Friday, September 27, 2019 3:40 PM |
| To: | Litrownik, Michael; Dempsey, Rachel |
| Cc: | deVyver, K. Issac; Wells, Jamie D.; Sagafi, Jahan C.; Miazad, Ossai |
| Subject: | RE: Pena v. Wells Fargo - CMC |

Hi Mike,

Your redlines to the draft stipulation make it no longer a stipulation. We think that proposing three alternative options to the Judge is not a stipulation – we are essentially asking the Judge to resolve a dispute between the parties. Further, we do not agree to your demand that we agree to start discovery on November 4, so that is not an option for us to agree to and present to the Judge. The current dispute is more appropriately a motion, which we plan to file.

Further, we find it less than appropriate that you failed to answer our additional attempts to meet and confer last night and this morning, only to file the Amended Complaint instead. It does not change our position that we cannot agree to early discovery today, as our client has not even seen the Amended Complaint, nor have we investigated the factual basis for your new claim. We find it inappropriate that you have taken our basic request to continue the CMC and attempted to leverage some advantage. We do not see further meet and confer as being constructive, and we will move forward with filing the motion.

Thanks,
Karla

**Karla L. Johnson**
McGuireWoods LLP
T: +1 412 667 7927 | M: +1 724 986 3693

---

**From:** Litrownik, Michael <mlitrownik@outtengolden.com>
**Sent:** Friday, September 27, 2019 12:48 PM
**To:** Johnson, Karla L. <KJohnson@mcguirewoods.com>; Dempsey, Rachel <rdempsey@outtengolden.com>
**Cc:** deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Wells, Jamie D. <JWells@mcguirewoods.com>; Sagafi, Jahan C. <jsagafi@outtengolden.com>; Miazad, Ossai <om@outtengolden.com>
**Subject:** RE: Pena v. Wells Fargo - CMC

Hi Karla,

First, we do not find your demand that we either agree to a new date without qualification or you will file an administrative motion at 1 pm ET to be reasonable. You only sent us a draft stipulation yesterday afternoon, and, as discussed below, we have resolved the issues through negotiation.

Second, we just filed our first amended complaint. I am attaching it here as well. The amended complaint adds a new claim that arises from the same course of conduct as the Section 1981 and ECOA claims. You have therefore now seen our amended complaint. To your question, we can confirm that we currently have no intention of amending again to add new parties or lines of business, though we of course will not waive our right to do so in accordance with Rule 15 or any orders or invitation from the Court.

Finally, and most importantly, we are in *agreement* over continuing the CMC and permitting Judge Chesney to select the appropriate date, mooting any need for an administrative motion. The redlined stipulation I sent yesterday afternoon jointly seeks a continuation and sets out each party's proposal on the new date before inviting Judge Chesney to select the

new date. Unless you want to further redline the stipulation, you have our approval to file it. There is no dispute to be raised by administrative motion.

Best,

Mike

---

**From:** Johnson, Karla L. <KJohnson@mcguirewoods.com>
**Sent:** Friday, September 27, 2019 11:16 AM
**To:** Litrownik, Michael <mlitrownik@outtengolden.com>; Dempsey, Rachel <rdempsey@outtengolden.com>
**Cc:** deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Wells, Jamie D. <JWells@mcguirewoods.com>; Sagafi, Jahan C. <jsagafi@outtengolden.com>; Miazad, Ossai <OM@outtengolden.com>
**Subject:** RE: Pena v. Wells Fargo - CMC

Mike,

I am following up on my email below. We have considered your proposal, and we cannot make any agreement as to the scope or timing of discovery at this point, nor do we think it is appropriate for you to only agree to move the conference with these additional requirements attached. In our view, Judge Chesney invited the parties to move the conference, and we think it is appropriate in order to avoid the additional work and expense before each side has had the opportunity to assess their positions.

We have not seen your Amended Complaint and do not know whether you may be amending again. We simply cannot come to any agreement as to discovery at this point. Our view about when discovery should commence may change depending on whether additional plaintiffs, claims or lines of business are implicated, and we would need to have discussions with our client about that. Since we have deadlines today under the current schedule, we do not feel that we can wait any longer. Unless we can quickly agree to Stipulate to a new date without additional qualifications, we will be filing an administrative motion to continue the Initial CMC by 1 PM ET today.

Thanks,
Karla

**Karla L. Johnson**
McGuireWoods LLP
T: +1 412 667 7927 | M: +1 724 986 3693

**From:** Johnson, Karla L.
**Sent:** Thursday, September 26, 2019 6:22 PM
**To:** 'Litrownik, Michael' <mlitrownik@outtengolden.com>; Dempsey, Rachel <rdempsey@outtengolden.com>
**Cc:** deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Wells, Jamie D. <JWells@mcguirewoods.com>; Sagafi, Jahan C. <jsagafi@outtengolden.com>; Miazad, Ossai <om@outtengolden.com>
**Subject:** RE: Pena v. Wells Fargo - CMC

Mike,

While we are considering this, can you confirm that Plaintiff will not be amending the complaint again until a ruling on Wells Fargo's anticipated motion to dismiss/strike? We have some concern about starting discovery without knowing what the operative pleading will ultimately look like. For instance, if Plaintiff intends to add more parties or lines of business as happened with *Perez,* that is a very different situation in terms of discovery.

Thanks,

Karla

**Karla L. Johnson**
McGuireWoods LLP
T: +1 412 667 7927 | M: +1 724 986 3693

---

**From:** Litrownik, Michael <mlitrownik@outtengolden.com>
**Sent:** Thursday, September 26, 2019 5:47 PM
**To:** Johnson, Karla L. <KJohnson@mcguirewoods.com>; Dempsey, Rachel <rdempsey@outtengolden.com>
**Cc:** deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Wells, Jamie D. <JWells@mcguirewoods.com>; Sagafi, Jahan C. <jsagafi@outtengolden.com>; Miazad, Ossai <om@outtengolden.com>
**Subject:** RE: Pena v. Wells Fargo - CMC

Karla,

Thanks for sending. Please find attached a redline that incorporates the proposal I just made to you by phone – that we would agree to the Dec 13 initial CMC date so long as Wells Fargo agrees to begin meeting and conferring under Rule 26(f) by Nov 4, which would permit us to begin serving discovery.

Mike

---

**From:** Johnson, Karla L. <KJohnson@mcguirewoods.com>
**Sent:** Thursday, September 26, 2019 3:42 PM
**To:** Litrownik, Michael <mlitrownik@outtengolden.com>; Dempsey, Rachel <rdempsey@outtengolden.com>
**Cc:** deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Wells, Jamie D. <JWells@mcguirewoods.com>; Sagafi, Jahan C. <jsagafi@outtengolden.com>; Miazad, Ossai <OM@outtengolden.com>
**Subject:** RE: Pena v. Wells Fargo - CMC

Mike,

We don't think moving the CMC to November 15 makes sense in terms of the schedule. We propose the attached revised Stipulation, which sets forth that the Parties agree to move the CMC, but leaves the choice of date up to Judge Chesney. Let us know if this is agreeable.

Thanks,
Karla

**Karla L. Johnson**
McGuireWoods LLP
T: +1 412 667 7927 | M: +1 724 986 3693

---

**From:** Litrownik, Michael <mlitrownik@outtengolden.com>
**Sent:** Thursday, September 26, 2019 1:43 PM
**To:** Johnson, Karla L. <KJohnson@mcguirewoods.com>; Dempsey, Rachel <rdempsey@outtengolden.com>
**Cc:** deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Wells, Jamie D. <JWells@mcguirewoods.com>; Sagafi, Jahan C. <jsagafi@outtengolden.com>; Miazad, Ossai <om@outtengolden.com>
**Subject:** RE: Pena v. Wells Fargo - CMC

Karla,

We're willing to stipulate to move the CMC if we can set it for Nov 15. We think case management purposes would be well-served by the parties appearing expeditiously before Judge Chesney.

Please confirm whether the Nov 15 date works and we'll edit the stip and send it back.

Mike

---

**From:** Johnson, Karla L. <KJohnson@mcguirewoods.com>
**Sent:** Thursday, September 26, 2019 1:06 PM
**To:** Litrownik, Michael <mlitrownik@outtengolden.com>; Dempsey, Rachel <rdempsey@outtengolden.com>
**Cc:** deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Wells, Jamie D. <JWells@mcguirewoods.com>; Sagafi, Jahan C. <jsagafi@outtengolden.com>; Miazad, Ossai <OM@outtengolden.com>
**Subject:** RE: Pena v. Wells Fargo - CMC

Mike,

We are available on the 15th, but we don't think it makes sense to still set the CMC that early. Plaintiff's opposition to any motion won't even be due until November 15th, and the Joint Statement due to the Court the week prior sets forth the parties' positions. That seems to be too early to us to go to court while we are still working through the briefing arguments.

Thanks,
Karla

**Karla L. Johnson**
McGuireWoods LLP
T: +1 412 667 7927 | M: +1 724 986 3693

---

**From:** Litrownik, Michael <mlitrownik@outtengolden.com>
**Sent:** Thursday, September 26, 2019 12:48 PM
**To:** Johnson, Karla L. <KJohnson@mcguirewoods.com>; Dempsey, Rachel <rdempsey@outtengolden.com>
**Cc:** deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Wells, Jamie D. <JWells@mcguirewoods.com>; Sagafi, Jahan C. <jsagafi@outtengolden.com>; Miazad, Ossai <om@outtengolden.com>
**Subject:** RE: Pena v. Wells Fargo - CMC

Hi Karla,

We'll take a look at the stip, but we would prefer to set the initial CMC in early or mid-November so we can start discovery. We're available Nov 8 and Nov 15. Do those dates work for you?

You'll have our operative complaint by tomorrow, which addresses your concern below that it wouldn't make sense to start discussing discovery issues and scheduling until you have an understanding of the operative complaint. And, of course, Judge Chesney is already very familiar from our *Perez* case with the issues and claims here.

Mike

---

**From:** Johnson, Karla L. <KJohnson@mcguirewoods.com>
**Sent:** Thursday, September 26, 2019 12:40 PM
**To:** Litrownik, Michael <mlitrownik@outtengolden.com>; Dempsey, Rachel <rdempsey@outtengolden.com>
**Cc:** deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Wells, Jamie D. <JWells@mcguirewoods.com>; Sagafi, Jahan C. <jsagafi@outtengolden.com>; Miazad, Ossai <OM@outtengolden.com>
**Subject:** RE: Pena v. Wells Fargo - CMC

Mike,

Please find attached a draft Joint Stipulation. As we discussed on the call, we think it makes sense to set the CMC at the same time as the motion hearing, and the earliest we could set that would be December 13th. Setting it earlier in November would still be very early in the briefing schedule. Please let us know if you approve.

Thanks,
Karla

**Karla L. Johnson**
McGuireWoods LLP
T: +1 412 667 7927 | M: +1 724 986 3693

---

**From:** Litrownik, Michael <mlitrownik@outtengolden.com>
**Sent:** Thursday, September 26, 2019 12:20 PM
**To:** Johnson, Karla L. <KJohnson@mcguirewoods.com>; Dempsey, Rachel <rdempsey@outtengolden.com>
**Cc:** deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Wells, Jamie D. <JWells@mcguirewoods.com>; Sagafi, Jahan C. <jsagafi@outtengolden.com>; Miazad, Ossai <om@outtengolden.com>
**Subject:** RE: Pena v. Wells Fargo - CMC

Thanks, Karla. You too.

---

**From:** Johnson, Karla L. <KJohnson@mcguirewoods.com>
**Sent:** Thursday, September 26, 2019 11:00 AM
**To:** Litrownik, Michael <mlitrownik@outtengolden.com>; Dempsey, Rachel <rdempsey@outtengolden.com>
**Cc:** deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Wells, Jamie D. <JWells@mcguirewoods.com>; Sagafi, Jahan C. <jsagafi@outtengolden.com>; Miazad, Ossai <OM@outtengolden.com>
**Subject:** RE: Pena v. Wells Fargo - CMC

Hi Mike,

I hope you had good luck traveling home. We will have a draft stip over to you shortly on this.

Thanks,
Karla

**Karla L. Johnson**
McGuireWoods LLP
T: +1 412 667 7927 | M: +1 724 986 3693

---

**From:** Litrownik, Michael <mlitrownik@outtengolden.com>
**Sent:** Thursday, September 26, 2019 11:06 AM
**To:** Johnson, Karla L. <KJohnson@mcguirewoods.com>; Dempsey, Rachel <rdempsey@outtengolden.com>
**Cc:** deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Wells, Jamie D. <JWells@mcguirewoods.com>; Sagafi, Jahan C. <jsagafi@outtengolden.com>; Miazad, Ossai <om@outtengolden.com>
**Subject:** Re: Pena v. Wells Fargo - CMC

Hi Karla - nice to see you yesterday. Are you sending along a stip on this? I know we discussed resetting the initial CMC to a Fri in November. Thanks.

Mike

**Michael N. Litrownik** | Associate
Pronouns: he/him/his
685 Third Ave 25th Floor | New York, NY 10017
T 212-245-1000 | F 646-509-2091
mlitrownik@outtengolden.com | Bio

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
*Please consider the environment before printing this e-mail.*

---

**From:** Litrownik, Michael
**Sent:** Monday, September 23, 2019 1:25:46 PM
**To:** Johnson, Karla L.; Dempsey, Rachel
**Cc:** deVyver, K. Issac; Wells, Jamie D.; Sagafi, Jahan C.; Miazad, Ossai
**Subject:** RE: Pena v. Wells Fargo - CMC

Karla,

This approach works. Do you have a new date in mind for the initial CMC? Thanks for drafting the stip.

Mike

---

**From:** Johnson, Karla L. <KJohnson@mcguirewoods.com>
**Sent:** Monday, September 23, 2019 12:57 PM
**To:** Litrownik, Michael <mlitrownik@outtengolden.com>; Dempsey, Rachel <rdempsey@outtengolden.com>
**Cc:** deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Wells, Jamie D. <JWells@mcguirewoods.com>; Sagafi, Jahan C. <jsagafi@outtengolden.com>; Miazad, Ossai <OM@outtengolden.com>
**Subject:** Pena v. Wells Fargo - CMC

Mike,

As Judge Chesney noted in her Order approving the Joint Stipulation permitting the amendment and setting the briefing schedule, if Wells Fargo intends to respond with something other than an Answer, the parties may wish to seek a continuance of the Initial Case Management Conference.

As we have discussed, Wells Fargo plans to respond with something other than an Answer, and we think it would be best to seek a continuance of the Initial CMC. It doesn't make sense to start discussing discovery issues and scheduling when we don't yet have an understanding of the operative complaint. We can put together a proposed Stipulation for your approval if you are in agreement.

Please let us know – we can discuss more this afternoon if you would like.

Thanks,
Karla

**Karla L. Johnson**
Partner
McGuireWoods LLP
Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222-3142
T:   +1 412 667 7927
M: +1 724 986 3693
F:   +1 412 667 7992
kjohnson@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*

1  **MCGUIREWOODS LLP**
   Jamie D. Wells (SBN 290827)
2  Two Embarcadero Center
   Suite 1300
3  San Francisco, CA  94111-3821
4  Telephone:  415.844.9944
   Facsimile:  415.844.9922
5
   K. Issac deVyver (*pro hac vice*)
6  Karla Johnson (*pro hac vice*)
7  Tower Two-Sixty
   260 Forbes Avenue
8  Suite 1800
   Pittsburgh, PA 15222
9  Telephone: 412.667.6000
   Facsimile: 412.667.6050
10
   Attorneys for Defendant
11 WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | CASE NO: 3:19-cv-04065-JCS<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Date: October 18, 2019**<br>**Time: 10:30 A.M.**<br>**Place: 450 Golden Gate Avenue**<br><br>**Complaint Filed:  July 16, 2019**<br><br>**Amended Complaint due to be filed: September 27, 2019** |

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Pursuant to Civil Local Rule 6-2, Defendant Wells Fargo Bank, N.A. ("Defendant") through counsel, with the agreement of counsel for Plaintiff Eduardo Peñna ("Plaintiff"), hereby stipulate as follows:

**RECITALS**

WHEREAS, on July 16, 2019, Plaintiff filed the Complaint in this action against Defendant in the Northern District of California, San Francisco Division;

WHEREAS, Defendant was served on or about July 24, 2019;

WHEREAS, pursuant to Fed. R. Civ. P. 12, Defendant's original responsive pleading was due 21 days thereafter, or on or about August 14, 2019;

WHEREAS, on August 5, 2019 the Parties filed a joint stipulation to extend Defendant's time to respond to the complaint until September 13, 2019 (D.E. 11), which was approved by the Court (D.E. 15).

WHEREAS, on September 12, 2019 the Parties agreed to suspend any requirement to plead or otherwise respond to the Complaint on September 13, 2019 and agreed that Plaintiff will file an Amended Complaint on or before September 27, 2019, with Defendant's response due 30 days after the filing of the Amended Complaint, any opposition due 21 days thereafter, and any Reply due 14 days after the filing of the opposition (D.E. 25);

WHEREAS, on September 13, 2019 this Court entered an Order approving the foregoing stipulation regarding the filing of an Amended Complaint and briefing schedule. (D.E. 26);

WHEREAS, the order further provided in the Order that if "defendant intends to respond to the Amended Complaint with something other than an answer, the parties may wish to seek a continuance of the Initial Case Management Conference." (D.E. 26);

WHEREAS, the Initial Case Management Conference is currently set for October 18, 2019, with the Joint Case Management Statement and related materials due on October 11, 2019, and the parties' ADR Certification due on September 27, 2019. (D.E. 4, 22);

WHEREAS, because Defendant expects to move to dismiss and/or to strike the class allegations in response to Plaintiff's forthcoming Amended Complaint and briefing will not be

4
**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

| | |
|---|---|
| 1 | completed until December 2, 2019, the Parties agree to continue the Initial Case Management |
| 2 | Conference; |
| 3 | WHEREAS, good cause exists to adjust this date in order to give the Parties time to assess |
| 4 | the new claims in the Amended Complaint and proceed accordingly; |
| 5 | WHEREAS, however, the Parties disagree as to the appropriate date to reset the Initial |
| 6 | Case Management Conference; |
| 7 | WHEREAS, Defendant proposes to reset the Initial Case Management Conference to |
| 8 | December 13, 2019, to submit their Case Management Statement on December 6, 2019, and to |
| 9 | adjust the remaining deadlines set forth in D.E. 4 accordingly; |
| 10 | WHEREAS, Defendant believes that the Initial Case Management Conference will be |
| 11 | most useful to the Court and the Parties once briefing is complete, the Parties' positions are |
| 12 | understood, and the Initial Case Management Conference can be combined with the hearing on |
| 13 | any Motion(s) in response to the Amended Complaint; |
| 14 | WHEREAS, Plaintiff proposes to reset the Initial Case Management Conference to |
| 15 | November 15, 2019, because ~~Plaintiff~~the Parties' positions on the issues in this case will be well |
| 16 | understood by that date, Plaintiff wishes to commence written discovery soon after filing his First |
| 17 | Amended Complaint, and ~~thinks that~~therefore ~~the Parties~~case management purposes will be well- |
| 18 | served by the Parties~~to~~ appearing expeditiously before the Court ~~and to commence discovery~~; |
| 19 | WHEREAS, Plaintiff, in the alternative, would agree to reset the Initial Case Management |
| 20 | Conference to December 13, 2019 so long as Defendant agrees to begin meeting and conferring |
| 21 | under Rule 26(f) by November 4, 2019, which would permit Plaintiff to begin serving discovery |
| 22 | under Rule 26(d)(2); |
| 23 | WHEREAS, Plaintiff made this proposal in the alternative to Wells Fargo on September |
| 24 | 26, 2019; |
| 25 | WHEREAS, the Parties agree to submit to the Judge the decision of which date the Initial |
| 26 | Case Management Conference should be set, either November 15, 2019 or December 13, 2019. |
| 27 | |
| 28 | |

# **STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant through their respective undersigned counsel that:

1. The Initial Case Management Conference will be continued to either November 15, 2019 or December 13, 2019, whichever date is selected by the Judge.

2. The remaining deadlines set forth in D.E. 4 will be adjusted accordingly.

IT IS SO STIPULATED.

DATED: September 26, 2019       **MCGUIREWOODS LLP**

By:     /s/ Jamie D. Wells
          Jamie D. Wells

Attorneys for Defendant
WELLS FARGO BANK, N.A.

DATED: September 26, 2019       **OUTTEN & GOLDEN LLP**

By:     /s/ Jahan C. Sagafi
          Jahan C. Sagafi

Attorneys for Plaintiff
EDUARDO PEÑA

**IT IS SO ORDERED.**

DATED: September___, 2019

Honorable Maxine M. Chesney
United States Senior District Judge

4
**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

| | |
|---|---|
| 1 | **ATTESTATION** |
| 2 | In compliance with Civil Local Rule 5-1(i)(3), regarding signatures, I hereby attest that I |
| 3 | have obtained the concurrence in the filing of this document from all signatories. |
| 4 | September 27, 2019         /s/ Jamie D. Wells |
| 5 |                                        Jamie D. Wells |