| | |
|---|---|
| Jahan C. Sagafi (Cal. Bar No. 224887) | Brian James Shearer** |
| Rachel Dempsey (Cal. Bar No. 310424) | Craig L. Briskin** |
| OUTTEN & GOLDEN LLP | JUSTICE CATALYST LAW |
| One California Street, 12th Floor | 718 7th Street NW |
| San Francisco, California 94111 | Washington, D.C. 20001 |
| Telephone: (415) 638-8800 | 518-732-6703 |
| Facsimile: (415) 638-8810 | brianshearer@justicecatalyst.org |
| jsagafi@outtengolden.com | cbriskin@justicecatalyst.org |
| rdempsey@outtengolden.com | |
| | |
| Ossai Miazad* | Benjamin D. Elga** |
| Michael N. Litrownik* | JUSTICE CATALYST LAW |
| OUTTEN & GOLDEN LLP | 81 Prospect Street |
| 685 Third Avenue, 25th Floor | Brooklyn, NY 11201 |
| New York, NY 10017 | 518-732-6703 |
| Telephone: (212) 245-1000 | belga@justicecatalyst.org |
| Facsimile: (646) 509-2060 | |
| om@outtengolden.com | |
| mlitrownik@outtengolden.com | |

*admitted *pro hac vice*
**to seek *pro hac vice* admission

Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 19-cv-04065-MMC<br><br>**RESPONSE TO DEFENDANT'S ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: 7 – 19th Floor<br>Judge: Honorable Maxine M. Chesney |

Pursuant to Civil Local Rule 7-11(b), Plaintiff Eduardo Peña ("Plaintiff") hereby submits this response to Wells Fargo's Administrative Motion to Continue the Case Management Conference.

As Wells Fargo itself notes, Plaintiff does not oppose the relief requested, and has in fact agreed to stipulate to an Initial Case Management Conference date of December 13, 2019. But Plaintiff has also maintained since the parties began negotiating a continuance that he wishes to commence written discovery in an expeditious fashion. Rule 26(f)(1) provides that "[e]xcept in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B) or when the court orders otherwise, the parties must confer as soon as practicable."[1] Plaintiff therefore proposed that the parties begin meeting and conferring under Rule 26(f) on November 4, 2019, which gives Wells Fargo over a month to read and digest the First Amended Complaint that Plaintiff filed on September 27, 2019, and which will allow discovery to begin in a timely and efficient manner. *See* Fed. R. Civ. P. 26(d)(1) ("*Timing*. A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f) . . . ").

Accordingly, while Plaintiff does not oppose setting the Initial Case Management Conference for December 13, 2019, Plaintiff requests that the Court order the parties to hold the Rule 26(f) conference "as soon as practicable," in accordance with the requirements of the Federal Rules, see Fed. R. Civ. P 26(f)(1), and in any event no later than November 4, 2019.[2]

Dated: New York, New York      Respectfully submitted,
October 1, 2019

By:   /s/ *Ossai Miazad*
**OUTTEN & GOLDEN LLP**
Ossai Miazad*
Michael N. Litrownik*
685 Third Avenue, 25th Floor

---

[1] The rule sets 21 days out from the Initial Case Management Conference as the latest possible date for the Rule 26(f) conference.
[2] Wells Fargo's position that it is inefficient to begin the meet-and-confer process because Plaintiff "could potentially amend [the complaint] again" before Plaintiff's opposition to Wells Fargo's Motion to Dismiss is filed, *see* ECF No. 28 at 2-3, does not support the delay it seeks because Plaintiff has confirmed he is not currently intending to amend to add new claims, parties, or lines of business.

1

New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
om@outtengolden.com
mlitrownik@outtengolden.com

Jahan C. Sagafi (Cal. Bar No. 224887)
Rachel Dempsey (Cal. Bar No. 310424)
One California Street, 12th Floor
San Francisco, California 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
jsagafi@outtengolden.com
rdempsey@outtengolden.com

Brian James Shearer**
Craig L. Briskin**
**JUSTICE CATALYST LAW**
718 7th Street NW
Washington, D.C. 20001
518-732-6703
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org

Benjamin D. Elga**
81 Prospect Street
Brooklyn, NY 11201
518-732-6703
belga@justicecatalyst.org

*admitted *pro hac vice*
**to seek *pro hac vice* admission

***Attorneys for Plaintiff and the proposed Class***