Jahan C. Sagafi (Cal. Bar No. 224887)
Rachel Dempsey (Cal. Bar No. 310424)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, California 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
jsagafi@outtengolden.com
rdempsey@outtengolden.com

Ossai Miazad*
Michael N. Litrownik*
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
om@outtengolden.com
mlitrownik@outtengolden.com

Brian James Shearer**
Craig L. Briskin**
JUSTICE CATALYST LAW
718 7th Street NW
Washington, D.C. 20001
518-732-6703
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org

Benjamin D. Elga**
JUSTICE CATALYST LAW
81 Prospect Street
Brooklyn, NY 11201
518-732-6703
belga@justicecatalyst.org

*admitted *pro hac vice*
**to seek *pro hac vice* admission

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 19-cv-04065-MMC<br><br>**[PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: 7 – 19th Floor<br>Judge: Honorable Maxine M. Chesney |

| | |
|---|---|
| 1 | Having considered Defendant's Administrative Motion to Continue the Initial Case |
| 2 | Management Conference and Plaintiff's Response, being fully advised in this matter, and good |
| 3 | cause appearing, the Court finds as follows: |
| 4 | IT IS HEREBY ORDERED THAT the Initial Case Management Conference is |
| 5 | reset for Friday, December 13, 2019, at 10:30 a.m. in Courtroom No. 7, 19th floor Federal |
| 6 | Building.  The parties shall hold the Rule 26(f) conference as soon as practicable, in accordance |
| 7 | with the requirements of the Federal Rules, and in any event no later than November 4, 2019. |
| 8 | |
| 9 | **IT IS SO ORDERED.** |
| 10 | |
| 11 | Dated: October __, 2019 |
| 12 | THE HONORABLE MAXINE M. CHESNEY<br>UNITED STATES DISTRICT JUDGE |