**MCGUIREWOODS LLP**
Jamie D. Wells (SBN 290827)
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

K. Issac deVyver (*pro hac vice*)
Karla Johnson (*pro hac vice*)
Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
Telephone: 412.667.6000
Facsimile: 412.667.6050

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | CASE NO: 3:19-cv-04065-MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WELLS FARGO BANK, N.A.'S ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: 7<br><br>Complaint Filed: July 16, 2019<br><br>Amended Complaint filed: September 27, 2019<br><br>**Hon. Judge Maxine M. Chesney** |

1
[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE

## [PROPOSED] ORDER

Defendant Wells Fargo Bank, N.A. filed an Administrative Motion to Continue the Initial Case Management Conference. The Court, having considered the motion and other documents in support of and in opposition to the motion, being fully advised in this matter, and good cause appearing, finds as follows:

IT IS HEREBY ORDERED that Defendant's Administrative Motion to Continue the Case Management Conference is **GRANTED**.  The Initial Case Management Conference is reset for Friday, December 13, 2019, at 10:30 a.m. in Courtroom No. 7, 19th floor Federal Building.  The deadlines set forth in D.E. 4 are reset accordingly.

**IT IS SO ORDERED.**

DATED: October 4, 2019

_____
Honorable Maxine M. Chesney
United States District Judge