|   | Reset Form |
|---|---|

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

EDUARDO PEÑA, individually and on behalf of all others similarly situated,
        Plaintiff(s),

v.

WELLS FARGO BANK, N.A.,
        Defendant(s).

Case No: 3:19-cv-04065

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Craig Briskin, an active member in good standing of the bar of New York, 4th Department, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Eduardo Peña in the above-entitled action. My local co-counsel in this case is Jahan C. Sagafi, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 718 7th Street NW<br>Washington, D.C. 20001 | One California Street, 12th Floor<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (518) 732-6703 | (415) 638-8800 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| cbriskin@justicecatalyst.org | jsagafi@outtengolden.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 3028784.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: October 22, 2019

                                                                        Craig Briskin
                                                                         APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Craig Briskin is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                                      UNITED STATES DISTRICT/MAGISTRATE JUDGE