# SUPREME COURT OF
# THE STATE OF NEW YORK
# APPELLATE DIVISION, FOURTH DEPARTMENT
# ROCHESTER, NEW YORK

I, ALAN L. ROSS, Deputy Clerk of the Appellate Division of the Supreme Court in the Fourth Judicial Department, State of New York, do hereby certify that

## Craig Louis Briskin

was duly admitted to practice as an attorney and counselor at law in all courts of this state by this Court on **January 20, 2000**, and appears in good standing upon the roll of attorneys and counselors, and other records, in this office and has registered with the administrative office of the Courts as required by Judiciary Law §468-a.



***IN WITNESS WHEREOF***, I have hereunto set my hand and affixed the seal of this Court, at the City of Rochester, October 21, 2019

_____
Deputy Clerk of the Court