McGuireWoods LLP
Jamie D. Wells (SBN 290827)
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

K. Issac deVyver (*admitted pro hac vice*)
Karla Johnson (*admitted pro hac vice*)
Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
Telephone: 412.667.6000
Facsimile: 412.667.6050

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | CASE NO: 3:19-cv-04065-MMC<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15**<br><br>Complaint Filed: July 16, 2019<br>Amended Complaint Filed: September 27, 2019 |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-15, the undersigned, counsel of record for Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities may have a financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1
DEFENDANT'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND
CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15

(i) Wells Fargo Bank is a national banking association organized under the laws of the United States, and is a wholly-owned subsidiary of Wells Fargo & Company.

(ii) Wells Fargo & Company is the parent corporation of Wells Fargo Bank. Wells Fargo & Company is a publicly-traded corporation organized under the laws of Delaware.

No other publicly held corporation owns 10% or more of Wells Fargo's stock.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED: October 28, 2019         MCGUIREWOODS LLP

By: */s/ K. Issac deVyver*
K. Issac deVyver
Attorneys for Defendant Wells Fargo Bank, N.A.