**MCGUIREWOODS LLP**
Jamie D. Wells (SBN 290827)
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

K. Issac deVyver (*admitted pro hac vice*)
Karla Johnson (*admitted pro hac vice*)
Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
Telephone: 412.667.6000
Facsimile: 412.667.6050

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | CASE NO: 3:19-cv-04065-MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: July 16, 2019<br>First Amended Complaint: September 27, 2019<br><br>**Hon. Judge Maxine M. Chesney** |

# **[PROPOSED] ORDER**

Defendant Wells Fargo Bank, N.A. filed a motion to dismiss Plaintiff's First Amended Complaint in this action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The Court, having considered the briefs other documents in support of and in opposition to the motion, being fully advised in this matter, and good cause appearing, finds as follows:

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is **GRANTED**. The Plaintiff's First Amended Complaint in this case is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable Maxine M. Chesney
United States Senior District Judge