EXHIBIT 1

MCGUIREWOODS LLP
JAMIE D. WELLS SBN #290827
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

K. ISSAC DEVYVER (*admitted pro hac vice*)
KARLA L. JOHNSON (*admitted pro hac vice*)
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
Telephone: 412-667-6000
Facsimile: 412-667-6050

Attorneys for Defendant Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EDUARDO PEÑA individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. 3:19-cv-04065-MMC<br><br>**DECLARATION OF KENT GERLOFF IN SUPPORT OF WELLS FARGO'S MOTION STAY DISCOVERY, AND IN THE ALTERNATIVE, TO BIFURCATE DISCOVERY** |

I, Kent Gerloff, declare and state as follows:

1. I am currently employed by Wells Fargo Bank, N.A. as a Lending Manager for Wells Fargo Auto, a position I have held since approximately 2006.

2. As a Lending Manager, it is part of my job responsibilities to evaluate documents submitted in connection with applications for auto financing, including the application and related documents, the applicant's credit report, and the Wells Fargo account notes related to the application. I also manage a team of underwriters that make lending decisions related to auto financing.

3. I am knowledgeable about the facts set forth below based on my personal knowledge or from my review of Mr. Peña's application for direct auto financing and related documents, his credit report, and Wells Fargo account notes for his application, all of which are business records maintained by Wells Fargo in the ordinary course of its business.

4. In executing this Declaration, I do not intend to, and Wells Fargo has not authorized me, to waive any privileges Wells Fargo may have as to any proprietary, trade secret, and/or confidential information, or as to any attorney-client communication or information developed in anticipation of, or in response to, litigation.

5. I submit this Declaration in Support of Wells Fargo's Motion to Stay, or in the Alternative, Bifurcate Discovery.

6. I have reviewed the documents and account notes related to Plaintiff Eduardo Peña's November 9, 2018 application for direct auto financing.

7. Mr. Peña applied online for direct auto financing and provided an acknowledgement that Wells Fargo would pull his credit report from a credit bureau in order for his application to move forward.

8. A credit bureau alert prompted Wells Fargo to request a signed SSA-89 form and a copy of the applicant's Social Security card from Mr. Peña.

9. That same day, a sales representative reached out to Mr. Peña and asked for these materials in order to submit the application for underwriter review.

1

DECLARATION IN SUPPORT OF WELLS FARGO'S MOTION STAY DISCOVERY, AND IN THE ALTERNATIVE, BIFURCATE DISCOVERY

10. Both items were received on November 30, 2019.

11. However, a review indicated that the SSA-89 form was not physically signed and the Social Security card was for work purposes only.

12. Social Security cards for work purposes only require a copy of the applicant's valid work permit or visa to move forward in the application process.

13. Had Mr. Peña provided a valid DACA authorization to Wells Fargo, that would have satisfied the work authorization or visa requirement, and Mr. Peña would have been allowed to advance in the application process and be considered for direct auto financing.

14. Mr. Peña never provided a properly signed SSA-89, or valid work permit, visa, or DACA authorization.

15. The requested financing from Mr. Peña was reviewed by Wells Fargo's underwriting group, and the underwriter's notes reflect that there was possible approval for the financing.

16. As a result of Mr. Peña's failure to provide appropriate documentation to permit the application process to move forward, his application sat for a period of time and underwriting could not move forward with this request for direct auto financing.

17. The application was declined on December 19, 2018 because his United States residency status could not be verified, due to his failure to send in a properly signed SSA-89 or valid work permit, visa or DACA authorization for review and verification by Wells Fargo.

18. The account notes for Mr. Peña's application reflect, "U68 App, work visa never send in for review, decline due to US residency not verified."

19. This is the reason listed in the letter provided to Mr. Peña, attached hereto as Exhibit A ("United States residency status can't be verified").

20. Mr. Peña's failure to provide the requested documentation was the reason for Wells Fargo's inability to continue processing his application, which ultimately resulted in the denial of his application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Wells Fargo Bank, on this 28 day of October, 2019.

By: /s/ Kent Gerloff
Kent Gerloff
Lending Manager
Wells Fargo Bank, N.A.

3
DECLARATION IN SUPPORT OF WELLS FARGO'S MOTION STAY DISCOVERY, AND IN THE ALTERNATIVE, BIFURCATE DISCOVERY

# EXHIBIT A



Wells Fargo Bank, N.A.
2800 S Price Rd, Bldg D, 3rd floor
MAC: S3931-032
Chandler, AZ 85286-7808

December 27, 2018

EDUARDO PENA


Subject: Decision about your application #REDACTED5552 for credit

Dear EDUARDO PENA:

Thank you for your recent application for a Wells Fargo auto loan which we received on 11/29/2018. After carefully reviewing your application and credit information, we are not able to approve your request for credit at this time.

**About your application**

We are not able to offer you credit for the following reason(s):
- United States residency status can't be verified

**Tools to help you build strong credit**

Building a strong credit history can make it easier to achieve your financial goals. For helpful tools and tips, please visit us online at **wellsfargo.com/financial-education**. As you continue to build your credit, we hope you'll talk with us again in the future about your credit needs and options available through Wells Fargo.

For more information, please call us at 1-866-249-0452, Monday – Friday, 8:00 a.m. to 7:00 p.m., or Saturday, 8:00 a.m. to 1:00 p.m. Central Time, or write to the return address above. For customers with hearing or speech disabilities, we accept telecommunications relay service calls.

Thank you. We appreciate your business.

Sincerely,

Wells Fargo Auto Finance

**Notice:** See the following pages for important information

NA-7351 DECLINE AND CONTRACT RETURN AA, CVT.V5 (08/2018)

## About our decision and your consumer report

Our decision about your application was based in whole or in part on information in your consumer report (often called a credit report) from the consumer reporting agency below. This agency was not involved in our decision and cannot provide the specific reasons why we're not able to offer the credit you requested.

However, we want to make sure you're aware of your right under the Fair Credit Reporting Act to know the information in your credit file, and to receive a free copy of your consumer report from the agency if you request it within 60 days after you receive this notice. If you find that any information in the report is inaccurate or incomplete, you have the right to dispute it with the reporting agency. To obtain a free copy of your report, please contact:

TransUnion LLC
P.O. Box 1000
Chester, PA 19016
800-888-4213
transunion.com

## Credit scoring notice

We obtained your credit score from the consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

## Understanding your credit score

Below you will find information about your credit score, which was used in our decision. Please note if your application was a joint application, our decision may have also been based on the credit score of the co-applicant (which we are disclosing in a letter to that co-applicant). If you have questions about the information below, please contact the source below directly.

Your credit score is: [REDACTED] (Scores range from 336 to 843)

Source: TransUnion LLC                                  Date Created: 11/29/2018
P.O. Box 1000
Chester, PA 19016
800-888-4213
transunion.com

Key factors that negatively affected your credit score:

- Length of credit history too short
- No recent revolving balances
- Length of revolving credit history too short
- Too many inquiries last 12 months

## Other sources used in evaluating your application

We may have made our decision about your credit application based in whole or in part on information from a Wells Fargo affiliate or a third party other than a consumer reporting agency. Examples of third party information may include reports and resources to value collateral, review collateral history, and verify your income and identity. Under the Fair Credit Reporting Act, you have the right to learn the nature of this information by making a written request within 60 days after you receive this notice. Please write to us at:

Wells Fargo Bank, N.A.
2800 S Price Rd, Bldg D, 3rd floor
MAC: S3931-032
Chandler, AZ 85286-7808

**Notice:** The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistant program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act.

The federal agency that administers compliance with this law concerning Wells Fargo is:

>Consumer Financial Protection Bureau
>1700 G Street NW
>Washington, D.C. 20006