**MCGUIREWOODS LLP**
Jamie D. Wells (SBN 290827)
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

K. Issac deVyver (*admitted pro hac vice*)
Karla Johnson (*admitted pro hac vice*)
Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
Telephone: 412.667.6000
Facsimile: 412.667.6050

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | CASE NO: 3:19-cv-04065-MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO STAY DISCOVERY PENDING FINAL DISPOSITION OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT, AND IN THE ALTERNATIVE, TO BIFURCATE DISCOVERY**<br><br>Complaint Filed: July 16, 2019<br>First Amended Complaint: September 27, 2019<br><br>**Hon. Judge Maxine M. Chesney** |

# [PROPOSED] ORDER

Defendant Wells Fargo Bank, N.A. filed a motion to stay discovery pending a decision on its motion to dismiss, and in the alternative, motion to bifurcate discovery. The Court, having considered the motion and other documents in support of and in opposition to the motion, being fully advised in this matter, and good cause appearing, finds as follows:

IT IS HEREBY ORDERED that Defendant's Motion to Stay Discovery, and in the Alternative, to Bifurcate Discovery is **GRANTED**. Discovery shall not commence until after a ruling on Defendant's Motion to Dismiss. In the event that the case is not dismissed in its entirety, individual fact discovery shall proceed for a period of 60 days, as follows:

- Fact discovery shall solely address the basis for Plaintiff's alleged denial of credit;
- Defendant may depose Plaintiff Peña;
- Plaintiff may depose one Wells Fargo representative relating solely to the circumstances and reasons for Mr. Peña's application for direct auto financing not going forward;
- Wells Fargo must produce only Plaintiff Peña's file relevant to the application at issue, subject to entry of a protective order;
- Following the completion of the 60 day period, the parties are ordered to file an update with the Court, including a proposed case schedule.

**IT IS SO ORDERED.**

DATED: _____

Honorable Maxine M. Chesney
United States Senior District Judge