Jahan C. Sagafi (Cal. Bar No. 224887)
Rachel Dempsey (Cal. Bar No. 310424)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, California 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
jsagafi@outtengolden.com
rdempsey@outtengolden.com

Ossai Miazad*
Michael N. Litrownik*
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
om@outtengolden.com
mlitrownik@outtengolden.com

Brian James Shearer*
Craig L. Briskin*
JUSTICE CATALYST LAW
718 7th Street NW
Washington, D.C. 20001
Telephone:  (518) 732-6703
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org

Benjamin D. Elga*
JUSTICE CATALYST LAW
81 Prospect Street
Brooklyn, NY 11201
Telephone:  (518) 732-6703
belga@justicecatalyst.org

*admitted *pro hac vice*

Attorneys for Plaintiff and the Proposed Class

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

EDUARDO PEÑA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

Case No. 19-cv-04065-MMC

**[PROPOSED] ORDER DENYING WELLS FARGO'S MOTION TO STAY DISCOVERY PENDING FINAL DISPOSITION OF DEFENDANT'S MOTION TO DISMSIS PLAINTIFFS' FIRST AMENDED COMPLAINT, AND IN THE ALTERNATIVE, TO BIFURCATE DISCOVERY**

1         Having considered Defendant's Motion to Stay Discovery Pending Final Disposition of

2   Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint, and in the Alternative, to

3   Bifurcate Discovery ("Wells Fargo's Motion to Stay Discovery"), Plaintiff's Opposition, and

4   Defendant's Reply, being fully advised in this matter, and good cause appearing, the Court hereby

5   DENIES Wells Fargo's Motion to Stay Discovery.

6

7   **IT IS SO ORDERED.**

8

9    Dated: November __, 2019

10                         THE HONORABLE MAXINE M. CHESNEY
                           UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28