| | |
|---|---|
| Jahan C. Sagafi (Cal. Bar No. 224887) | Brian James Shearer* |
| Rachel Dempsey (Cal. Bar No. 310424) | Craig L. Briskin* |
| OUTTEN & GOLDEN LLP | JUSTICE CATALYST LAW |
| One California Street, 12th Floor | 718 7th Street NW |
| San Francisco, California 94111 | Washington, D.C. 20001 |
| Telephone: (415) 638-8800 | Telephone: (518) 732-6703 |
| Facsimile: (415) 638-8810 | brianshearer@justicecatalyst.org |
| jsagafi@outtengolden.com | cbriskin@justicecatalyst.org |
| rdempsey@outtengolden.com | |
| | |
| Ossai Miazad* | Benjamin D. Elga* |
| Michael N. Litrownik* | JUSTICE CATALYST LAW |
| OUTTEN & GOLDEN LLP | 81 Prospect Street |
| 685 Third Avenue, 25th Floor | Brooklyn, NY 11201 |
| New York, NY 10017 | Telephone: (518) 732-6703 |
| Telephone: (212) 245-1000 | belga@justicecatalyst.org |
| Facsimile: (646) 509-2060 | |
| om@outtengolden.com | |
| mlitrownik@outtengolden.com | |

*admitted *pro hac vice*

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 19-cv-04065-MMC<br><br>**DECLARATION OF OSSAI MIAZAD IN SUPPORT OF PLAINTIFF'S OPPOSITION TO WELLS FARGO'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

I, Ossai Miazad, declare as follows:

1. I am an attorney at law admitted before the bar of this Court for purposes of this case and a partner at Outten & Golden LLP, retained as counsel for Plaintiff. Along with lawyers from Justice Catalyst Law, I am one of the attorneys primarily responsible for prosecuting Plaintiff's claims on behalf of himsef and the proposed classes.

2. I make this declaration in support of the Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint.

3. Attached hereto as **Exhibit A** is a true and correct copy of the complaint in *Norris v. Bayview Loan Servicing, LLC,* No. 15 Civ. 6413 (C.D. Cal., filed Aug. 21, 2015) (ECF No. 1-1), which was retrieved from PACER.

4. Attached hereto as **Exhibit B** is a true and correct copy of the order granting summary judgment in *Para v. United Carolina Bank*, No. 97 Civ. 54, (E.D.N.C. Aug. 26, 1998), which was retrieved from PACER.

5. I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and correct, and that this declaration was executed on November 18, 2019 in New York, New York.

*/s/ Ossai Miazad*
Ossai Miazad

Ossai Miazad (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
omiazad@outtengolden.com