IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO PENA,<br><br>            Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK, N.A.,<br><br>            Defendant. | Case No. 19-cv-04065-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS AND MOTION TO STAY OR BIFURCATE DISCOVERY** |

Before the Court are two motions: (1) defendant's "Motion to Dismiss," filed October 28, 2019; and (2) defendant's "Motion to Stay Discovery . . . , and in the Alternative, to Bifurcate Discovery," filed October 28, 2019. Both motions have been fully briefed. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for December 13, 2019.

**IT IS SO ORDERED.**

Dated:  December 5, 2019

MAXINE M. CHESNEY
United States District Judge