IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO PENA,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No. 19-cv-04065-MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of defendant's pending motion to dismiss, the Case Management Conference, currently scheduled for December 13, 2019, is hereby CONTINUED to January 31, 2020, at 10:30 a.m. A Joint Case Management Conference Statement shall be filed no later than January 24, 2020.

**IT IS SO ORDERED.**

Dated: December 5, 2019

MAXINE M. CHESNEY
United States District Judge