Jahan C. Sagafi  (Cal. Bar No. 224887)
Rachel Dempsey (Cal. Bar No. 310424)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone:  (415) 638-8800
Facsimile:  (415) 638-8810
jsagafi@outtengolden.com
rdempsey@outtengolden.com

Ossai Miazad*
Michael N. Litrownik*
OUTTEN & GOLDEN LLP
685 Third Ave., 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
om@outtengolden.com
mlitrownik@outtengolden.com

Brian James Shearer*
Craig L. Briskin*
JUSTICE CATALYST LAW
718 7th Street NW
Washington, D.C. 20001
Telephone: (518) 732-6703
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org

Benjamin D. Elga*
JUSTICE CATALYST LAW
81 Prospect Street
Brooklyn, NY 11201
Telephone: 518-732-6703
belga@justicecatalyst.org

*admitted *pro hac vice*

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | **Case No. 19-cv-04065-MMC**<br><br>**DECLARATION OF MICHAEL N. LITROWNIK IN SUPPORT OF MOTION FOR PROTECTIVE ORDER UNDER RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

I, Michael N. Litrownik, declare as follows:

1. I am an attorney at law admitted before the bar of this Court for purposes of this case, retained as counsel for Plaintiff. Along with lawyers from Justice Catalyst Law, I am one of the attorneys primarily responsible for prosecuting Plaintiff's claims on behalf of himself and the proposed classes.

2. I make this declaration in support of the Plaintiffs' Motion for a Protective Order Under Rule 26 of the Federal Rules of Civil Procedure.

**Meet and Confer Efforts**

3. On November 15, 2019, the parties held their Rule 26(f) conference by telephone.

4. Plaintiff served his First Set of Requests for Production of Documents on November 15, 2019 and served his Second Set of Requests for Production of Documents on November 26, 2019.

5. On November 20, 2019, Plaintiff sent Wells Fargo a draft stipulation concerning the production of electronically stored information ("ESI Stipulation") and a draft stipulated protective order.

6. Plaintiff's draft ESI Stipulation contained language prohibiting the parties from redacting documents produced in discovery except to protect privilege and personally identifiable information ("PII") and from withholding email attachments or document family members (i.e., other emails in an email thread) except to protect privilege or PII.

7. On December 9, 2019, the parties met and conferred by telephone over the ESI Stipulation and related issues. I led the conference for Plaintiff. During the conference, I asked Wells Fargo's counsel whether relevance redactions would be an issue in this case. Wells Fargo's counsel responded that it would not agree to language in the ESI Stipulation prohibiting relevance redactions and that it "anticipated" making such relevance redactions as this case moved into discovery due to Outten & Golden LLP misusing documents in the *Perez* litigation. The parties also disagreed about withholding documents for relevance purposes.

8. After the December 9 telephone call, the parties continued their meet and confer efforts by email over the permissibility of relevance redactions. That email correspondence is attached hereto as **Exhibit A** and **Exhibit B**.

9.      Per Rule 26(c), I hereby certify that Plaintiff has in good faith conferred with Wells Fargo in an effort to resolve this dispute without court action but has been unable to do so.

10.     Specifically, the parties are at impasse over whether Wells Fargo *will agree now*, before the bulk of document collection and review begins, to a general rule prohibiting redactions to otherwise responsive documents or the withholding of attachments or email thread members for any reason except to protect privilege, work product, or PII.  Because Wells Fargo will not agree *now* to this binding principle for the litigation, which Plaintiff believes serves the important goals of efficiency and conservation of resources and minimizes the risk of potential prejudice and delay to Plaintiff in the discovery period, the parties are at impasse over the issue.

11.     Moreover, because Wells Fargo's counsel stated clearly on December 9 that Wells Fargo "anticipated" making relevance redactions and justified doing so because of the allegation that Outten & Golden LLP misused discovery from the *Perez* litigation, it is more than likely that Wells Fargo will in fact make relevance redactions in this matter.

12.     The parties are close to agreement on the remaining provisions of the ESI Stipulation and on the protective order.

### ***Perez v. Wells Fargo* Litigation**

13.     The following documents from the *Perez v. Wells Fargo Bank, N.A.*, 17 Civ. 454 (N.D. Cal. 2017) (Chesney, J.) are attached hereto:

      a.      The parties' December 7, 2017 Joint Discovery Dispute Letter, together with any attachments, is attached hereto as **Exhibit C**.

      b.      The transcript from the December 13, 2017 Discovery Hearing before Judge Laporte is attached hereto as **Exhibit D**.

      c.      Judge Laporte's December 21, 2017 Order on Scope of Discovery Regarding Class and Proper Application of the Court's ESI Checklist is attached hereto as **Exhibit E**.

      d.      The parties' December 27, 2018 Joint Discovery Dispute Letter, together with any attachments, is attached hereto as **Exhibit F**.

      e.      Judge Laporte's January 8, 2019 Order Granting Plaintiffs' Motion to Compel Defendant's Production of Unredacted Documents on is attached hereto as **Exhibit G.**

14.     I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and correct, and that this declaration was executed on December 19, 2019 in New York, New York.

_/s/ Michael N. Litrownik_
Michael N. Litrownik

Michael N. Litrownik (admitted _pro hac vice_)

OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone:  (212) 245-1000
Facsimile:   (646) 509-2060
mlitrownik@outtengolden.com