# Exhibit A

| | |
|---|---|
| **From:** | Johnson, Karla L. <KJohnson@mcguirewoods.com> |
| **Sent:** | Tuesday, December 17, 2019 12:16 PM |
| **To:** | Litrownik, Michael; deVyver, K. Issac; Griset, Jill Crawley |
| **Cc:** | WFAuto Plaintiffs Counsel; Stromberg, Daniel |
| **Subject:** | RE: Peña v. Wells Fargo - joint case management statement [IWOV-OGDMS.FID454654] |

Hi Mike,

We are working through the edits on both and will be back to you soon.

Thanks,
Karla

**Karla L. Johnson**
McGuireWoods LLP
T: +1 412 667 7927 | M: +1 724 986 3693

---

**From:** Litrownik, Michael <mlitrownik@outtengolden.com>
**Sent:** Tuesday, December 17, 2019 11:26 AM
**To:** Johnson, Karla L. <KJohnson@mcguirewoods.com>; deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Griset, Jill Crawley <JGriset@mcguirewoods.com>
**Cc:** WFAuto Plaintiffs Counsel <WFAutoPlaintiffsCounsel@outtengolden.com>; Stromberg, Daniel <dstromberg@outtengolden.com>
**Subject:** RE: Peña v. Wells Fargo - joint case management statement [IWOV-OGDMS.FID454654]

**EXTERNAL EMAIL; use caution with links and attachments**

Hi Karla,

Do you have any further edits to the protective order (attached again)? Unless we have any issues to discuss, we'd like to work together to get the protective order on file. Thanks.

And please let us know if you want to discuss anything from our further redline to the ESI stip, including the relevance redactions issue.

Mike

---

**From:** Litrownik, Michael
**Sent:** Wednesday, December 11, 2019 9:53 AM
**To:** 'Johnson, Karla L.' <KJohnson@mcguirewoods.com>; deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Griset, Jill Crawley <JGriset@mcguirewoods.com>
**Cc:** WFAuto Plaintiffs Counsel <WFAutoPlaintiffsCounsel@outtengolden.com>; Stromberg, Daniel <dstromberg@outtengolden.com>
**Subject:** RE: Peña v. Wells Fargo - joint case management statement [IWOV-OGDMS.FID454654]

Hi Karla,

Thanks. We'll await your edits. But if you won't agree to "foreclose th[e] possibility" now of making relevance redactions, which you said you "anticipate" making, we are at impasse. In light of the substantial delay incurred, and the time and

resources spent twice resolving this issue in *Perez*, we will not agree to wait. Both parties will benefit from a clear and unequivocal ruling on this question now.

Mike

**From:** Johnson, Karla L. <KJohnson@mcguirewoods.com>
**Sent:** Tuesday, December 10, 2019 6:05 PM
**To:** Litrownik, Michael <mlitrownik@outtengolden.com>; deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Griset, Jill Crawley <JGriset@mcguirewoods.com>
**Cc:** WFAuto Plaintiffs Counsel <WFAutoPlaintiffsCounsel@outtengolden.com>; Stromberg, Daniel <dstromberg@outtengolden.com>
**Subject:** RE: Peña v. Wells Fargo - joint case management statement [IWOV-OGDMS.FID454654]

Mike,

As we said on the call, we do not know whether we will need to make redactions of nonresponsive confidential material in responsive documents at this point. We will not agree to foreclose that possibility by agreeing in the protocol to not redact any documents, as we do not yet know what may become an issue in the documents as the litigation moves forward.

As we discussed, because this issue is premature, as we haven't made any redactions yet, nor do we know whether any such redactions would be necessary, we don't need to include an agreement one way or another in the protocol. So, we aren't at an impasse about anything at this point. And, as you know, there is no requirement that the parties enter an ESI protocol anyway – this is a voluntary agreement to attempt to identify areas of agreement.

We will review your redline and get back to you.

Thanks,
Karla


**Karla L. Johnson**
McGuireWoods LLP
T: +1 412 667 7927 | M: +1 724 986 3693

**From:** Litrownik, Michael <mlitrownik@outtengolden.com>
**Sent:** Tuesday, December 10, 2019 5:36 PM
**To:** Johnson, Karla L. <KJohnson@mcguirewoods.com>; deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Griset, Jill Crawley <JGriset@mcguirewoods.com>
**Cc:** WFAuto Plaintiffs Counsel <WFAutoPlaintiffsCounsel@outtengolden.com>; Stromberg, Daniel <dstromberg@outtengolden.com>
**Subject:** RE: Peña v. Wells Fargo - joint case management statement [IWOV-OGDMS.FID454654]

**EXTERNAL EMAIL; use caution with links and attachments**

Hi Karla and Jill,

Thanks for speaking with us yesterday. We write to confirm your position that you "anticipate" making redactions to otherwise responsive documents in this case for reasons other than privilege, work product, or to protect PII, and that you will not agree to language in the ESI Protocol prohibiting such relevance redactions.

Attached are our further redlined edits to the ESI Protocol and Protective Order. As you can see, we are largely in agreement on both docs, although it appears we may be at impasse over the relevance redactions issue.

Please let us know if you want to discuss again by telephone.

Best,

Mike

---

**From:** Johnson, Karla L. <KJohnson@mcguirewoods.com>
**Sent:** Monday, December 9, 2019 11:15 AM
**To:** Litrownik, Michael <mlitrownik@outtengolden.com>; deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Griset, Jill Crawley <JGriset@mcguirewoods.com>
**Cc:** WFAuto Plaintiffs Counsel <WFAutoPlaintiffsCounsel@outtengolden.com>; Stromberg, Daniel <dstromberg@outtengolden.com>
**Subject:** RE: Peña v. Wells Fargo - joint case management statement [IWOV-OGDMS.FID454654]

Mike,

As to the edits to the Protective Order,

1. Experts and consultants are not a party, so it didn't make sense to include them. They are in the paragraph as to others with access to the documents.
2. The PII section is something that we want to include. You added a lot of new things to the ESI protocol. If you want to go back to the original versions of both, we can discuss.
3. We think it makes sense to put the 502(d) order in the Protective Order. You are right that it is in two places, so we would suggest taking it out of the ESI protocol and putting it into the Protective Order, as that is much more common practice.

Regarding the format, both of our protocols lay out a format that includes metadata fields, extracted text and a load file, so we shouldn't have any issues loading documents in that format, but we will let you know if we do.

Thanks,
Karla


**Karla L. Johnson**
McGuireWoods LLP
T: +1 412 667 7927 | M: +1 724 986 3693

---

**From:** Litrownik, Michael <mlitrownik@outtengolden.com>
**Sent:** Thursday, December 5, 2019 3:46 PM
**To:** Johnson, Karla L. <KJohnson@mcguirewoods.com>; deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Griset, Jill Crawley <JGriset@mcguirewoods.com>
**Cc:** WFAuto Plaintiffs Counsel <WFAutoPlaintiffsCounsel@outtengolden.com>; Stromberg, Daniel <dstromberg@outtengolden.com>
**Subject:** RE: Peña v. Wells Fargo - joint case management statement [IWOV-OGDMS.FID454654]

**EXTERNAL EMAIL; use caution with links and attachments**

Karla,

Thanks. Can you explain the basis for your additions or revisions in sections 2.10 (striking experts and consultants from the definition of "Party"); 5.2 (a section on PII we've never seen before); and 11 (a 502(d) order that's already in the ESI protocol)?

We also plan to produce several documents as part of our initial disclosures tomorrow. We're going to produce them per the version of the ESI protocol we sent over. Please let us know if you have any issue with this. If you'll likewise be producing our client's application file as part of your client's initial disclosures tomorrow, please similarly advise if you'll be producing them with any significant deviations from that ESI protocol.

Best,

Mike

---

**From:** Johnson, Karla L. <KJohnson@mcguirewoods.com>
**Sent:** Thursday, December 5, 2019 2:42 PM
**To:** Litrownik, Michael <mlitrownik@outtengolden.com>; deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Griset, Jill Crawley <JGriset@mcguirewoods.com>
**Cc:** WFAuto Plaintiffs Counsel <WFAutoPlaintiffsCounsel@outtengolden.com>
**Subject:** RE: Peña v. Wells Fargo - joint case management statement [IWOV-OGDMS.FID454654]

Mike,

Please find attached our edits to the protective order in redline.

Thanks,
Karla

**Karla L. Johnson**
McGuireWoods LLP
T: +1 412 667 7927 | M: +1 724 986 3693

---

**From:** Litrownik, Michael <mlitrownik@outtengolden.com>
**Sent:** Wednesday, December 4, 2019 6:08 PM
**To:** Johnson, Karla L. <KJohnson@mcguirewoods.com>; deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Griset, Jill Crawley <JGriset@mcguirewoods.com>
**Cc:** WFAuto Plaintiffs Counsel <WFAutoPlaintiffsCounsel@outtengolden.com>
**Subject:** RE: Peña v. Wells Fargo - joint case management statement [IWOV-OGDMS.FID454654]

**EXTERNAL EMAIL; use caution with links and attachments**

Hi Karla,

Thanks. Please send by tomorrow.

Mike

---

**From:** Johnson, Karla L. <KJohnson@mcguirewoods.com>
**Sent:** Wednesday, December 4, 2019 6:01 PM
**To:** Litrownik, Michael <mlitrownik@outtengolden.com>; deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Griset, Jill Crawley <JGriset@mcguirewoods.com>
**Cc:** WFAuto Plaintiffs Counsel <WFAutoPlaintiffsCounsel@outtengolden.com>
**Subject:** RE: Peña v. Wells Fargo - joint case management statement

Mike,

Last week was Thanksgiving and multiple individuals need to review. You will get it back in a timely manner.

Thanks,

Karla

**Karla L. Johnson**
McGuireWoods LLP
T: +1 412 667 7927 | M: +1 724 986 3693

---

**From:** Litrownik, Michael <mlitrownik@outtengolden.com>
**Sent:** Wednesday, December 4, 2019 5:33 PM
**To:** Johnson, Karla L. <KJohnson@mcguirewoods.com>; deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Griset, Jill Crawley <JGriset@mcguirewoods.com>
**Cc:** WFAuto Plaintiffs Counsel <WFAutoPlaintiffsCounsel@outtengolden.com>
**Subject:** Peña v. Wells Fargo - joint case management statement

> **EXTERNAL EMAIL; use caution with links and attachments**

Hi Karla,

Attached is our next turn of the joint case management statement with our further additions in redline. We accepted all of your edits where they fell in Wells Fargo's sections (but left them in where they're in joint text).

What's the hold up on the protective order? It's the same one we negotiated in *Perez* and the N.D. Cal. model. We might need to include some language about how it's been over two weeks since we first sent you the draft in the joint statement unless we have it back by tomorrow. Thanks.

Mike

---

**From:** Johnson, Karla L. <KJohnson@mcguirewoods.com>
**Sent:** Tuesday, December 3, 2019 11:46 AM
**To:** Litrownik, Michael <mlitrownik@outtengolden.com>; deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Griset, Jill Crawley <JGriset@mcguirewoods.com>
**Cc:** Miazad, Ossai <OM@outtengolden.com>; Dempsey, Rachel <rdempsey@outtengolden.com>; C Briskin <cbriskin@justicecatalyst.org>; Brian Shearer <brianshearer@justicecatalyst.org>; Stromberg, Daniel <dstromberg@outtengolden.com>
**Subject:** RE: Peña v. Wells Fargo

Mike,

Those are in process, and we should have them back to you this week.

Thanks,
Karla

**Karla L. Johnson**
McGuireWoods LLP
T: +1 412 667 7927 | M: +1 724 986 3693

---

**From:** Litrownik, Michael <mlitrownik@outtengolden.com>
**Sent:** Tuesday, December 3, 2019 11:44 AM
**To:** Johnson, Karla L. <KJohnson@mcguirewoods.com>; deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Griset, Jill Crawley <JGriset@mcguirewoods.com>
**Cc:** Miazad, Ossai <om@outtengolden.com>; Dempsey, Rachel <rdempsey@outtengolden.com>; C Briskin <cbriskin@justicecatalyst.org>; Brian Shearer <brianshearer@justicecatalyst.org>; Stromberg, Daniel <dstromberg@outtengolden.com>
**Subject:** RE: Peña v. Wells Fargo

**EXTERNAL EMAIL; use caution with links and attachments**

Thanks, Karla. We'll send you our next turn of this later today.

When can we expect your edits, if any, to the protective order and ESI stip?

**From:** Johnson, Karla L. <KJohnson@mcguirewoods.com>
**Sent:** Monday, December 2, 2019 7:02 PM
**To:** Litrownik, Michael <mlitrownik@outtengolden.com>; deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Griset, Jill Crawley <JGriset@mcguirewoods.com>
**Cc:** Miazad, Ossai <OM@outtengolden.com>; Dempsey, Rachel <rdempsey@outtengolden.com>; Craig Briskin <cbriskin@justicecatalyst.org>; Brian Shearer <brianshearer@justicecatalyst.org>; Stromberg, Daniel <dstromberg@outtengolden.com>
**Subject:** RE: Peña v. Wells Fargo

Hi Mike,

I hope you had a nice holiday, as well. We are working through the documents. To start, please find attached a draft of our sections of the Joint Case Management Statement, with a clean copy as well as a compare reflecting the changes we made. This draft is still subject to client approval and further editing, but we wanted to keep the process moving.

Thanks,
Karla

**Karla L. Johnson**
McGuireWoods LLP
T: +1 412 667 7927 | M: +1 724 986 3693

**From:** Litrownik, Michael <mlitrownik@outtengolden.com>
**Sent:** Monday, December 2, 2019 3:13 PM
**To:** Johnson, Karla L. <KJohnson@mcguirewoods.com>; deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Griset, Jill Crawley <JGriset@mcguirewoods.com>
**Cc:** Miazad, Ossai <om@outtengolden.com>; Dempsey, Rachel <rdempsey@outtengolden.com>; Craig Briskin <cbriskin@justicecatalyst.org>; Brian Shearer <brianshearer@justicecatalyst.org>; Stromberg, Daniel <dstromberg@outtengolden.com>
**Subject:** RE: Peña v. Wells Fargo

**EXTERNAL EMAIL; use caution with links and attachments**

Hi Karla,

Hope you had a nice holiday break. When can we expect the next turn of the three docs we sent you?

Mike

**From:** Litrownik, Michael
**Sent:** Tuesday, November 26, 2019 1:39 PM
**To:** Johnson, Karla L. <KJohnson@mcguirewoods.com>; deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Griset, Jill Crawley <JGriset@mcguirewoods.com>
**Cc:** Miazad, Ossai <OM@outtengolden.com>; Dempsey, Rachel <rdempsey@outtengolden.com>; Craig Briskin <cbriskin@justicecatalyst.org>; Brian Shearer <brianshearer@justicecatalyst.org>; Stromberg, Daniel <dstromberg@outtengolden.com>
**Subject:** Re: Peña v. Wells Fargo

Hi Karla,

I know the other docs might take more time, but did you have any edits to the protective order?

Mike

---

**From:** Litrownik, Michael
**Sent:** Friday, November 22, 2019 4:58:58 PM
**To:** Johnson, Karla L.; deVyver, K. Issac; Griset, Jill Crawley
**Cc:** Miazad, Ossai; Dempsey, Rachel; Craig Briskin; Brian Shearer; Stromberg, Daniel
**Subject:** RE: Peña v. Wells Fargo

Hi Karla – sure. I'm also adding Dan.

Yes, I meant to send what I attached. The ESI protocol I attached reflects what our firm currently uses in class action litigation. I apologize if it's different from what we agreed to nearly three years ago – I must not have realized the extent. But it is the starting point for us, so we'd appreciate if you redline what I sent. Thanks.

Mike

---

**From:** Johnson, Karla L. <KJohnson@mcguirewoods.com>
**Sent:** Friday, November 22, 2019 4:55 PM
**To:** Litrownik, Michael <mlitrownik@outtengolden.com>; deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Griset, Jill Crawley <JGriset@mcguirewoods.com>
**Cc:** Miazad, Ossai <OM@outtengolden.com>; Dempsey, Rachel <rdempsey@outtengolden.com>; Craig Briskin <cbriskin@justicecatalyst.org>; Brian Shearer <brianshearer@justicecatalyst.org>
**Subject:** RE: Peña v. Wells Fargo

Mike,

Please include Jill Griset on these emails. I have copied her above. Further, you state below that the draft ESI protocol largely reflects what we agreed to in *Perez,* but the attached compare shows significant changes. Is this what you intended to send? This is much different than *Perez*.

Thanks,
Karla

**Karla L. Johnson**
McGuireWoods LLP
T: +1 412 667 7927 | M: +1 724 986 3693

---

**From:** Litrownik, Michael <mlitrownik@outtengolden.com>
**Sent:** Wednesday, November 20, 2019 3:31 PM
**To:** deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Johnson, Karla L. <KJohnson@mcguirewoods.com>
**Cc:** Miazad, Ossai <om@outtengolden.com>; Dempsey, Rachel <rdempsey@outtengolden.com>; Craig Briskin <cbriskin@justicecatalyst.org>; Brian Shearer <brianshearer@justicecatalyst.org>
**Subject:** RE: Peña v. Wells Fargo

**\*\*EXTERNAL EMAIL; use caution with links and attachments\*\***

Issac and Karla,

We're attaching a draft joint case management statement with Plaintiff's sections filled in, a draft stipulated protective order that almost entirely reflects what we agreed to in *Perez*, and a draft ESI protocol that largely reflects what we agreed to in *Perez*.

Best,

Mike

---

**From:** Litrownik, Michael
**Sent:** Friday, November 15, 2019 12:43 PM
**To:** 'deVyver, K. Issac' <KdeVyver@mcguirewoods.com>; Johnson, Karla L. <KJohnson@mcguirewoods.com>
**Cc:** Miazad, Ossai <OM@outtengolden.com>; Dempsey, Rachel <rdempsey@outtengolden.com>; Craig Briskin <cbriskin@justicecatalyst.org>; Brian Shearer <brianshearer@justicecatalyst.org>
**Subject:** RE: Peña v. Wells Fargo

Great – speak with you soon. We'll circulate a draft early next week that reflects our discussion today.

Mike

---

**From:** deVyver, K. Issac <KdeVyver@mcguirewoods.com>
**Sent:** Friday, November 15, 2019 11:07 AM
**To:** Litrownik, Michael <mlitrownik@outtengolden.com>; Johnson, Karla L. <KJohnson@mcguirewoods.com>
**Cc:** Miazad, Ossai <OM@outtengolden.com>; Dempsey, Rachel <rdempsey@outtengolden.com>; Craig Briskin <cbriskin@justicecatalyst.org>; Brian Shearer <brianshearer@justicecatalyst.org>
**Subject:** RE: Peña v. Wells Fargo

Mike,

We will be prepared within the boundaries of the Rules. Of course, our agreements will be subject to our client's approval. In the meantime, we previously asked you to provide Plaintiff's sections of the case management statement. As you know, Plaintiff typically takes the lead in drafting that. If you provide that draft, we believe that will help facilitate the discussions.

Issac

**K. Issac deVyver**
Partner
McGuireWoods LLP
Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222-3142
T:  +1 412 667 7988
F:  +1 412 667 7976
kdevyver@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com

---

**From:** Litrownik, Michael <mlitrownik@outtengolden.com>
**Sent:** Wednesday, November 13, 2019 1:20 PM
**To:** Johnson, Karla L. <KJohnson@mcguirewoods.com>
**Cc:** Miazad, Ossai <om@outtengolden.com>; deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Dempsey, Rachel

<rdempsey@outtengolden.com>; Craig Briskin <cbriskin@justicecatalyst.org>; Brian Shearer <brianshearer@justicecatalyst.org>
**Subject:** RE: Peña v. Wells Fargo

<mark>**EXTERNAL EMAIL; use caution with links and attachments**</mark>

Hi Karla,

Just so we're clear on what we're covering on Friday, since you insisted that we should not plan to have multiple calls to address all required topics, we expect to cover:
- ? The contents of the joint case management statement, ECF No. 22, 22-2
- ? The ND Cal's ESI Guidelines and ESI Checklist for the Rule 26(f) meet and confer process (both found here: https://www.cand.uscourts.gov/eDiscoveryGuidelines)
- ? Any items under Fed R. Civ. P. 26(f) not already addressed by the above.

If you will not be prepared or are unwilling to address any of these items on our Fri call, please let us know as soon as possible. Thanks.

Mike

---

**From:** Litrownik, Michael
**Sent:** Wednesday, November 13, 2019 10:10 AM
**To:** 'Johnson, Karla L.' <KJohnson@mcguirewoods.com>
**Cc:** Miazad, Ossai <OM@outtengolden.com>; deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Dempsey, Rachel <rdempsey@outtengolden.com>; Craig Briskin <cbriskin@justicecatalyst.org>; Brian Shearer <brianshearer@justicecatalyst.org>
**Subject:** RE: Peña v. Wells Fargo

Hi Karla,

That works for us. We can use my dial-in: 866-906-9888; 1526170#. Thanks.

Mike

---

**From:** Johnson, Karla L. <KJohnson@mcguirewoods.com>
**Sent:** Tuesday, November 12, 2019 8:21 PM
**To:** Litrownik, Michael <mlitrownik@outtengolden.com>
**Cc:** Miazad, Ossai <OM@outtengolden.com>; deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Dempsey, Rachel <rdempsey@outtengolden.com>; Craig Briskin <cbriskin@justicecatalyst.org>; Brian Shearer <brianshearer@justicecatalyst.org>
**Subject:** RE: Peña v. Wells Fargo

Mike,

How about 1 PM EST on Friday?

Thanks,
Karla

**Karla L. Johnson**
McGuireWoods LLP
T: +1 412 667 7927 | M: +1 724 986 3693

---

**From:** Litrownik, Michael <mlitrownik@outtengolden.com>
**Sent:** Monday, November 11, 2019 4:30 PM

**To:** Johnson, Karla L. <KJohnson@mcguirewoods.com>
**Cc:** Miazad, Ossai <om@outtengolden.com>; deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Dempsey, Rachel <rdempsey@outtengolden.com>; Craig Briskin <cbriskin@justicecatalyst.org>; Brian Shearer <brianshearer@justicecatalyst.org>
**Subject:** RE: Peña v. Wells Fargo

Hi Karla,

Can you provide your side's availability this week to begin the meet and confer process? Thanks.

Mike

---

**From:** Litrownik, Michael
**Sent:** Thursday, November 7, 2019 10:13 AM
**To:** 'Johnson, Karla L.' <KJohnson@mcguirewoods.com>
**Cc:** Miazad, Ossai <OM@outtengolden.com>; deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Dempsey, Rachel <rdempsey@outtengolden.com>; Craig Briskin <cbriskin@justicecatalyst.org>; Brian Shearer <brianshearer@justicecatalyst.org>
**Subject:** RE: Peña v. Wells Fargo

Hi Karla,

Thanks for the response. It's now been nearly a week since we first requested your availability to begin the meet and confer process under Rule 26(f). We would appreciate you providing availability for a call either tomorrow or Monday. Thanks.

Best,

Mike

---

**From:** Johnson, Karla L. <KJohnson@mcguirewoods.com>
**Sent:** Wednesday, November 6, 2019 12:06 PM
**To:** Litrownik, Michael <mlitrownik@outtengolden.com>
**Cc:** Miazad, Ossai <OM@outtengolden.com>; deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Dempsey, Rachel <rdempsey@outtengolden.com>; Craig Briskin <cbriskin@justicecatalyst.org>; Brian Shearer <brianshearer@justicecatalyst.org>
**Subject:** RE: Peña v. Wells Fargo

Mike,

We said we would be back to you with dates. It seems like an unnecessary use of everyone's time to plan on having multiple calls.

Craig and Brian, nice to meet you.

Thanks,
Karla


**Karla L. Johnson**
McGuireWoods LLP
T: +1 412 667 7927 | M: +1 724 986 3693

**From:** Litrownik, Michael <mlitrownik@outtengolden.com>
**Sent:** Tuesday, November 5, 2019 2:18 PM
**To:** Johnson, Karla L. <KJohnson@mcguirewoods.com>
**Cc:** Miazad, Ossai <om@outtengolden.com>; deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Dempsey, Rachel <rdempsey@outtengolden.com>; Craig Briskin <cbriskin@justicecatalyst.org>; Brian Shearer <brianshearer@justicecatalyst.org>
**Subject:** RE: Peña v. Wells Fargo

Hi Karla,

Thanks for the response. Rule 26(f) requires the parties to meet and confer "as soon as practicable." Given your client's motions to dismiss and stay and the declaration you obtained in support that discusses the auto lending policies and our client's auto loan application, it's clear that you're already well-prepared to start this process. We anticipate having more than one call, as well – so let's plan on the second call involving ESI and Jill. Can you provide your availability tomorrow, Thu, and Fri of this week for the first call? Thanks.

I also want to formally introduce you to Brian Shearer and Craig Briskin, our co-counsel at Justice Catalyst Law. Craig will be joining us on our 26f calls.

Best,

Mike

**From:** Johnson, Karla L. <KJohnson@mcguirewoods.com>
**Sent:** Tuesday, November 5, 2019 10:42 AM
**To:** Litrownik, Michael <mlitrownik@outtengolden.com>
**Cc:** Miazad, Ossai <OM@outtengolden.com>; deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Dempsey, Rachel <rdempsey@outtengolden.com>
**Subject:** RE: Peña v. Wells Fargo

Mike,

We will be back to you about a time for the call. The status conference is on December 13 and we don't have any deadlines until November 22, so there is still plenty of time between now and then. We are also going to need to confer with Jill to address the ESI checklist, so we will need to confer with her and work with her schedule. In the meantime, if you would like to send drafts of your sections of the filings, that would help move the process forward.

Thanks,
Karla

**Karla L. Johnson**
McGuireWoods LLP
T: +1 412 667 7927 | M: +1 724 986 3693

**From:** Litrownik, Michael <mlitrownik@outtengolden.com>
**Sent:** Friday, November 1, 2019 4:29 PM
**To:** Johnson, Karla L. <KJohnson@mcguirewoods.com>
**Cc:** Miazad, Ossai <om@outtengolden.com>; deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Dempsey, Rachel <rdempsey@outtengolden.com>
**Subject:** RE: Peña v. Wells Fargo

Hi Karla,

We'd like to begin our Rule 26(f) meet and confer to cover both N.D. Cal.'s standing order re: the contents of the case management statement as well as N.D. Cal.'s ESI Checklist.

Can you provide your availability next week for an initial discussion by phone? Thanks.

Mike

**Michael N. Litrownik** | **Associate**
Pronouns: he/him/his
685 Third Ave 25th Floor | New York, NY 10017
T 212-245-1000 | F 646-509-2091
mlitrownik@outtengolden.com | Bio

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
*Please consider the environment before printing this e-mail.*

**From:** Litrownik, Michael
**Sent:** Monday, October 28, 2019 2:15 PM
**To:** 'Johnson, Karla L.' <KJohnson@mcguirewoods.com>
**Cc:** Miazad, Ossai <OM@outtengolden.com>; deVyver, K. Issac <KdeVyver@mcguirewoods.com>; Dempsey, Rachel <rdempsey@outtengolden.com>
**Subject:** RE: Peña v. Wells Fargo

Hi Karla,

We don't think staying or bifurcating discovery is appropriate or warranted here. Let us know if you want to discuss further. Thanks.

Mike

**From:** Johnson, Karla L. <KJohnson@mcguirewoods.com>
**Sent:** Monday, October 28, 2019 12:32 PM
**To:** Litrownik, Michael <mlitrownik@outtengolden.com>
**Cc:** Miazad, Ossai <OM@outtengolden.com>; deVyver, K. Issac <KdeVyver@mcguirewoods.com>
**Subject:** Peña v. Wells Fargo

Mike,

As you know, Wells Fargo's response to Plaintiff's First Amended Complaint in Peña is due today, and we will be filing a motion to dismiss. We will also be filing a motion to stay discovery until a decision on the MTD, or in the alternative, to bifurcate discovery to address the merits of your client's individual claims before moving on to class discovery.

Based on our prior disagreement over the start of discovery, we expect that your client will not agree to a stay or to bifurcate discovery. However, if you and your client have any interest in agreeing to stay or bifurcate discovery, please let us know. We are available to discuss if you would like.

Thanks,
Karla

**Karla L. Johnson**
Partner
McGuireWoods LLP
Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222-3142
T:   +1 412 667 7927
M: +1 724 986 3693
F:   +1 412 667 7992
kjohnson@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*