Jahan C. Sagafi (Cal. Bar No. 224887)
Rachel Dempsey (Cal. Bar No. 310424)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, California 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
jsagafi@outtengolden.com
rdempsey@outtengolden.com

Ossai Miazad*
Michael N. Litrownik*
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
om@outtengolden.com
mlitrownik@outtengolden.com

Brian James Shearer*
Craig L. Briskin*
JUSTICE CATALYST LAW
718 7th Street NW
Washington, D.C. 20001
Telephone: (518) 732-6703
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org

Benjamin D. Elga*
JUSTICE CATALYST LAW
81 Prospect Street
Brooklyn, NY 11201
Telephone: (518) 732-6703
belga@justicecatalyst.org

*admitted *pro hac vice*

Attorneys for Plaintiff and the Proposed Class

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 19-cv-04065-MMC<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PROTECTIVE ORDER UNDER RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

| | |
|---|---|
| 1 | Having considered Plaintiff's Motion for Protective Order Under Rule 26 of the Federal |
| 2 | Rules of Civil Procedure, Defendant's Opposition, and Plaintiff's Reply, being fully advised in |
| 3 | this matter, and good cause appearing, the Court hereby GRANTS the Motion. Plaintiff has |
| 4 | established good cause for such an order. *See* Fed. R. Civ. P. 26(c)(1). The parties are hereby |
| 5 | prohibited from making redactions to otherwise responsive documents and withholding email |
| 6 | attachments or portions of emails except to protect privilege, work product, or personally |
| 7 | identifiable information. *See, e.g.*, *Perez v. Wells Fargo Bank, N.A.*, No. 17 Civ. 454, 2019 WL |
| 8 | 289831 (N.D. Cal. Jan. 8, 2019) (Laporte, M.J.). |
| 9 | |
| 10 | **IT IS SO ORDERED.** |
| 11 | |
| 12 | Dated: January __, 2020 |
| 13 | THE HONORABLE MAXINE M. CHESNEY |
| | UNITED STATES DISTRICT JUDGE |