UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO PENA,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Defendant. | Case No. 19-cv-04065-MMC (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 50 |

    The Court sets Plaintiff's motion for a protective order, ECF No. 50, for hearing on January 30, 2020 at 10:00 am in Courtroom A. This order does not affect the briefing schedule.

**IT IS SO ORDERED.**

Dated: December 23, 2019

                                              THOMAS S. HIXSON<br>                                              United States Magistrate Judge