**McGuireWoods LLP**
Jamie D. Wells (SBN 290827)
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

K. Issac deVyver (*pro hac vice*)
Karla Johnson (*pro hac vice*)
Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
Telephone: 412.667.6000
Facsimile: 412.667.6050

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | CASE NO: 3:19-cv-04065-MMC<br><br>**JOINT STIPULATION TO RESET DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>**Complaint Filed: July 16, 2019**<br>**First Amended Complaint Filed: September 27, 2019**<br>**Current Response Date: January 6, 2020**<br>**Second Amended Complaint: January 17, 2010** |

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6-1(a), Defendant Wells Fargo Bank, N.A. ("Defendant") through counsel, with the agreement of counsel for Plaintiff Eduardo Pena ("Plaintiff"), respectfully submit the following Joint Stipulation to Reset Defendant's Time to Respond to Plaintiff's Complaint.

## RECITALS

WHEREAS, on July 16, 2019, Plaintiff filed the Complaint in this action against Defendant in the Northern District of California, San Francisco Division;

WHEREAS, on September 12, 2019, the parties submitted a stipulation to suspend Defendant's time to respond to the Complaint, for Plaintiff to amend the Complaint, and agreed briefing schedule;

WHEREAS, on September 13, 2019 this Court entered an order approving the joint stipulation providing that Plaintiff file an Amended Complaint on or before September 27, 2019;

WHEREAS, on September 27, 2019, Plaintiff filed its First Amended Complaint;

WHEREAS, on October 28, 2019, Defendant filed its Motion to Dismiss Plaintiff's First Amended Complaint;

WHEREAS, on October 28, 2019, Defendant filed a Motion to Stay Discovery Pending Final Disposition of Motion to Dismiss Plaintiff's First Amended Complaint and, in the alternative, to Bifurcate Discovery;

WHEREAS, on December 23, 2019 this Court entered an order granting Defendant's Motion to Dismiss as to Plaintiff's second and third causes of action, denying Defendant's Motion to Dismiss as to Plaintiff's first cause of action, denying Defendant's Motion to Stay Discovery to the extent Defendant sought to an order staying all discovery, and granting Defendant's Motion to Bifurcate to the extent Defendant sought an order bifurcating discovery as to Plaintiff's individual claims (D.E. 54).

WHEREAS, the Court ordered that to the extent Plaintiff wished to file a Second Amended Complaint, he shall file no later than January 17, 2020 (D.E. 54);

WHEREAS, Defendant's deadline to file an Answer to Plaintiff's surviving first cause of action is January 6, 2020;

WHEREAS, on January 2, 2020 Plaintiff informed Defendant that it would be filing a Second Amended Complaint and the parties agreed that Defendant's deadline to respond would be reset with the filing of the Second Amended Complaint, with a response due 21 days thereafter;

WHEREAS, the Court has set the Case Management Conference in this matter for January 30, 2020.

### **STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant through their respective undersigned counsel that:

1. Defendant's deadline to respond to the remaining count of the First Amended Complaint is hereby suspended;

2. Defendant's time to respond to Plaintiff's forthcoming Second Amended Complaint in this action shall be and hereby is twenty one (21) days from the date the Second Amended Complaint is filed;

3. This extension will not affect any other deadlines set by the Court in this case; and

4. This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties.

IT IS SO STIPULATED.

DATED: January 3, 2020          **MCGUIREWOODS LLP**

By: /s/ K. Issac deVyver
 K. Issac deVyver

Attorneys for Defendant
WELLS FARGO BANK, N.A.

DATED: January 3, 2020          **OUTTEN & GOLDEN LLP**

By: /s/ Mike Litrownik
 Mike Litrownik

Attorneys for Plaintiff
EDUARDO PEÑA

IT IS SO ORDERED

DATED: January ___, 2020

_____
Honorable Maxine M. Chesney
United States Senior District Judge

## ATTESTATION

In compliance with Civil Local Rule 5-1(i)(3), regarding signatures, I hereby attest that I have obtained the concurrence in the filing of this document from all signatories.

January 3, 2020                 /s/ K. Issac deVyver
                                        K. Issac deVyver