# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** January 3, 2020 | **Time:** 9 minutes | **Judge:** THOMAS S. HIXSON |
|---|---|---|
| **Case No.:** 19-cv-04065-MMC | **Case Name:** Pena v. Wells Fargo Bank, N.A. | |

**Attorneys for Plaintiff:** Michael Litrownik and Craig Briskin
**Attorneys for Defendant:** Issac deVyver and Karla Johnson

**Deputy Clerk:** Stephen Ybarra          **FTR:** 12:32 – 12:41

## PROCEEDINGS

TELEPHONE CONFERENCE

**Notes:  Discussion held.  The Court provides informal guidance regarding relevance redactions.  The parties may meet and confer regarding Defendant's proposed redactions and they shall submit a joint discovery letter if they have a dispute.**