Jahan C. Sagafi (Cal. Bar No. 224887)
Rachel Dempsey (Cal. Bar No. 310424)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, California 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
jsagafi@outtengolden.com
rdempsey@outtengolden.com

Ossai Miazad*
Michael N. Litrownik*
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
om@outtengolden.com
mlitrownik@outtengolden.com

Brian James Shearer*
Craig L. Briskin*
JUSTICE CATALYST LAW
718 7th Street NW
Washington, D.C. 20001
Telephone: (518) 732-6703
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org

Benjamin D. Elga*
JUSTICE CATALYST LAW
81 Prospect Street
Brooklyn, NY 11201
Telephone: (518) 732-6703
belga@justicecatalyst.org

*admitted *pro hac vice*

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 19-cv-04065-MMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A PARTIAL MOTION FOR RECONSIDERATION UNDER CIVIL LOCAL RULE 7-9** |

1   Having considered Plaintiff's Notice of Motion and Motion for Leave to File a Partial
2   Motion for Reconsideration Under Civil Local Rule 7-9, the Memorandum of Points and
3   Authorities thereto, and the Declaration of Michael N. Litrownik, including all exhibits, and the
4   opposition filed by Defendant, and being fully advised in this matter, and good cause appearing,
5   the Court hereby GRANTS Plaintiff's motion for leave. The Court construes Plaintiff's motion
6   for leave as his partial motion for reconsideration and Defendant's opposition, if any, as
7   Defendant's opposition to such motion for reconsideration, and hereby GRANTS Plaintiff's
8   partial motion for reconsideration.

The Court's order bifurcating discovery, ECF No. 54 at 6, is hereby VACATED.

The Court hereby ORDERS Defendant to show cause and explain in writing each factual discrepancy set forth in Plaintiff's motion for leave and why sanctions should not be imposed for any factual contention made by Defendant that lacks evidentiary support.

**IT IS SO ORDERED.**

Dated: January __, 2020

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE