| | |
|---|---|
| Jahan C. Sagafi (Cal. Bar No. 224887) | Brian James Shearer* |
| Rachel Dempsey (Cal. Bar No. 310424) | Craig L. Briskin* |
| OUTTEN & GOLDEN LLP | JUSTICE CATALYST LAW |
| One California Street, 12th Floor | 718 7th Street NW |
| San Francisco, CA 94111 | Washington, D.C. 20001 |
| Telephone: (415) 638-8800 | Telephone: (518) 732-6703 |
| Facsimile: (415) 638-8810 | brianshearer@justicecatalyst.org |
| jsagafi@outtengolden.com | cbriskin@justicecatalyst.org |
| rdempsey@outtengolden.com | |
| | Benjamin D. Elga* |
| Ossai Miazad* | JUSTICE CATALYST LAW |
| Michael N. Litrownik* | 81 Prospect Street |
| OUTTEN & GOLDEN LLP | Brooklyn, NY 11201 |
| 685 Third Ave., 25th Floor | Telephone: 518-732-6703 |
| New York, NY 10017 | belga@justicecatalyst.org |
| Telephone: (212) 245-1000 | |
| Facsimile: (646) 509-2060 | |
| om@outtengolden.com | |
| mlitrownik@outtengolden.com | |

*admitted *pro hac vice*

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | **Case No. 19-cv-04065-MMC**<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL EXHIBITS TO AND PORTIONS OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A PARTIAL MOTION FOR RECONSIDERATION**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: 7, 19th Floor<br>Judge: Honorable Maxine M. Chesney |

| | |
|---|---|
| 1 | **NOTICE OF MOTION AND MOTION** |
| 2 | Per Civil Local Rule 79-5(e), Plaintiff respectfully moves for an order authorizing him |
| 3 | to file under seal the following exhibits to Plaintiff's Motion for Leave to File a Partial Motion |
| 4 | for Reconsideration Under Civil Local Rule 7-9 ("Reconsideration Motion") and certain |
| 5 | portions of the Reconsideration Motion that reference those exhibits: |
| 6 |     1. An Unredacted version of the Reconsideration Motion; |
| 7 |     2. Plaintiff's manually signed SSA-89 form, which was produced by Wells Fargo to |
| 8 |         Plaintiff on January 9, 2020, Bates-stamped WF-PENA-00000030-31 (Exhibit D to |
| 9 |         the Reconsideration Motion); and |
| 10 |     3. Wells Fargo's application notes file for Plaintiff's loan application, Bates-stamped |
| 11 |         WF-PENA-00000001 (Exhibit E to the Reconsideration Motion). |
| 12 | The documents contain information that Defendant Wells Fargo Bank, N.A. ("Wells |
| 13 | Fargo") has designated as "CONFIDENTIAL" under the parties' Stipulated Protective Order, |
| 14 | ECF No. 59, and has not granted Plaintiff permission to file publicly. Decl. of Michael N. |
| 15 | Litrownik in Supp. of Pls.' Admin. Mot. to Seal ("Litrownik Decl.") ¶ 5. Plaintiff files this |
| 16 | motion solely pursuant to his obligations under paragraph 12.3 of the parties' Stipulated |
| 17 | Protective Order and the Civil Local Rules. ECF No. 59 ¶ 12.3; Civil L.R. 79-5. |
| 18 | Within four days of this motion's filing, Wells Fargo is required to submit a "declaration |
| 19 | establishing that the document sought to be filed under seal, or portions thereof, are sealable." |
| 20 | N.D. Cal. L.R. 79-5(d)(1)(A), (e)(1). To justify sealing, Wells Fargo must show good cause to |
| 21 | overcome the strong presumption in favor of public access to judicial documents. *Bohannon v.* |
| 22 | *Facebook, Inc.*, No. 12 Civ. 01894, 2014 WL 5598222, at *2 (N.D. Cal. Nov. 3, 2014). |
| 23 | Plaintiff does not believe that Wells Fargo will not be able to meet the good cause |
| 24 | standard as to Exhibit D, Plaintiff's manually signed SSA-89 form, or as to the entirety of |
| 25 | Exhibit E, Plaintiff's application notes file. Wells Fargo will not be able to meet the good cause |
| 26 | standard as to Exhibit D because it the exact same document that Plaintiff located in his |
| 27 | possession and produced to Wells Fargo and has now attached as Exhibit B to the |
| 28 | Reconsideration Motion. Plaintiff did not designate the copy of this SSA-89 form in his |

1

possession as "CONFIDENTIAL" and does not believe it is confidential because it is simply a government form that he signed and dated. As long as Plaintiff's PII is redacted, which Plaintiff has done with Exhibit B, Plaintiff has no objections to making this document public. And because the document does not contain any truly confidential or proprietary information about Wells Fargo's lending or underwriting processes or procedures, Wells Fargo cannot have any valid objections to Plaintiff publicly filing it (with PII redacted).

As to Exhibit E, the information Plaintiff references and quotes from his application notes file, including the descriptions of Wells Fargo's lending eligibility policy, simply reiterates what is referenced in publicly filed documents, including Exhibit A to the Reconsideration Motion, which sets out the bank's lending eligibility policy in emails through the information and documents Wells Fargo requested Plaintiff submit as part of his application. Plaintiff has not designated Exhibit A as "CONFIDENTIAL." Accordingly, Wells Fargo will not be able to meet the good cause standard as to that limited information referenced from Exhibit E and used in the Reconsideration Motion. Plaintiff takes no position on the sealability of the remainder of the information contained in Exhibit E.

Per Civil Local Rule 79-5(d)(1)(C), Plaintiffs have attached as Exhibit 1 to this motion and e-filed publicly a proposed redacted version of the Motion and Exhibits D and E. A sealed, unredacted version of the Motion is attached as Exhibit 2. Sealed, unredacted versions of Exhibits D and E are attached as Exhibit 3 and Exhibit 4, respectively, pending the Court's ruling on this motion pursuant to Civil Local Rule 79- 5(d)(1)(D).

Dated: January 15, 2020         Respectfully submitted,

By: /s/ Michael N. Litrownik
     Michael N. Litrownik

| | |
|---|---|
| 1 | Ossai Miazad* |
| 2 | Michael N. Litrownik* |
| | OUTTEN & GOLDEN LLP |
| 3 | 685 Third Ave., 25th Floor |
| 4 | New York, NY 10017 |
| | Telephone: (212) 245-1000 |
| 5 | Facsimile: (646) 509-2060 |
| | om@outtengolden.com |
| 6 | mlitrownik@outtengolden.com |
| 7 | Jahan C. Sagafi (Cal. Bar No. 224887) |
| | Rachel Dempsey (Cal. Bar No. 310424) |
| 8 | OUTTEN & GOLDEN LLP |
| | One California St., 12th Floor |
| 9 | San Francisco, California 94111 |
| 10 | Telephone: (415) 638-8800 |
| | Facsimile: (415) 638-8810 |
| 11 | jsagafi@outtengolden.com |
| | rdempsey@outtengolden.com |
| 12 | |
| 13 | Brian James Shearer* |
| | Craig L. Briskin* |
| 14 | JUSTICE CATALYST LAW |
| | 718 7th Street NW |
| 15 | Washington, D.C. 20001 |
| | Telephone: 518-732-6703 |
| 16 | brianshearer@justicecatalyst.org |
| | cbriskin@justicecatalyst.org |
| 17 | |
| 18 | Benjamin D. Elga* |
| | JUSTICE CATALYST LAW |
| 19 | 81 Prospect Street |
| | Brooklyn, NY 11201 |
| 20 | Telephone: 518-732-6703 |
| | belga@justicecatalyst.org |

*Attorneys for Plaintiffs and the Proposed Classes*