| | |
|---|---|
| Jahan C. Sagafi (Cal. Bar No. 224887)<br>Rachel Dempsey (Cal. Bar No. 310424)<br>OUTTEN & GOLDEN LLP<br>One California Street, 12th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 638-8800<br>Facsimile: (415) 638-8810<br>jsagafi@outtengolden.com<br>rdempsey@outtengolden.com<br><br>Ossai Miazad*<br>Michael N. Litrownik*<br>OUTTEN & GOLDEN LLP<br>685 Third Ave., 25th Floor<br>New York, NY 10017<br>Telephone: (212) 245-1000<br>Facsimile: (646) 509-2060<br>om@outtengolden.com<br>mlitrownik@outtengolden.com | Brian James Shearer*<br>Craig L. Briskin*<br>JUSTICE CATALYST LAW<br>718 7th Street NW<br>Washington, D.C. 20001<br>Telephone: (518) 732-6703<br>brianshearer@justicecatalyst.org<br>cbriskin@justicecatalyst.org<br><br>Benjamin D. Elga*<br>JUSTICE CATALYST LAW<br>81 Prospect Street<br>Brooklyn, NY 11201<br>Telephone: 518-732-6703<br>belga@justicecatalyst.org |

*admitted *pro hac vice*

Attorneys for Plaintiff and the Proposed Class

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | **Case No. 19-cv-04065-MMC**<br><br>**DECLARATION OF MICHAEL N. LITROWNIK IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL EXHIBITS TO AND PORTIONS OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A PARTIAL MOTION FOR RECONSIDERATION** |

I, Michael N. Litrownik, declare as follows:

1. I am an attorney at law admitted before the bar of this Court for purposes of this case and Counsel at Outten & Golden LLP, retained as counsel for Plaintiff. Along with lawyers from Justice Catalyst Law, I am one of the attorneys primarily responsible for prosecuting Plaintiff's claims on behalf of himself and the proposed classes.

2. I make this declaration in support of the Plaintiff's Administrative Motion to Seal Exhibits and Portions of Plaintiff's Motion for Leave to File a Partial Motion for Reconsideration Under Civil Local Rule 7-9 ("Sealing Motion").

3. Per Civil Local Rules 79-5(d)(1)(C)-(D), the following Exhibits are attached to the Sealing Motion:

- **Exhibit 1**: Proposed redacted version of Plaintiff's Motion for Leave to File a Partial Motion for Reconsideration Under Civil Local Rule 7-9 ("Reconsideration Motion").
- **Exhibit 2**: Unredacted version of the Reconsideration Motion.
- **Exhibit 3**: Unredacted version of Ex. D to the Reconsideration Motion (WF-PENA-00000030-31)
- **Exhibit 4**: Unredacted version of Ex. E to the Reconsideration Motion (WF-PENA 00000001).

4. The redacted portions of the brief and Exhibits D and E contain information that has been designated by Wells Fargo as "CONFIDENTIAL" under the parties' Stipulated Protective Order, ECF No. 59.

5. Wells Fargo has not granted Plaintiff permission to file any portion of these documents publicly, even though Plaintiff pointed out that Ex. 3 (Ex. D to the Reconsideration Motion), Plaintiff's manually signed SSA-89 form, is the exact same document as Ex. B to the Reconsideration Motion, which Plaintiff has not designated as "CONFIDENTIAL" and is filing publicly.

I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and correct, and that this declaration was executed on January 15, 2020 in New York, New York.

|  |  |
|---|---|
| | /s/ *Michael N. Litrownik*<br>Michael N. Litrownik<br><br>Michael N. Litrownik (admitted *pro hac vice*)<br>OUTTEN & GOLDEN LLP<br>685 Third Avenue, 25th Floor<br>New York, NY 10017<br>Telephone: (212) 245-1000<br>Facsimile: (646) 509-2060<br>mlitrownik@outtengolden.com |