| | |
|---|---|
| Jahan C. Sagafi (Cal. Bar No. 224887) | Brian James Shearer* |
| Rachel Dempsey (Cal. Bar No. 310424) | Craig L. Briskin* |
| OUTTEN & GOLDEN LLP | JUSTICE CATALYST LAW |
| One California Street, 12th Floor | 718 7th Street NW |
| San Francisco, California 94111 | Washington, D.C. 20001 |
| Telephone: (415) 638-8800 | Telephone: (518) 732-6703 |
| Facsimile: (415) 638-8810 | brianshearer@justicecatalyst.org |
| jsagafi@outtengolden.com | cbriskin@justicecatalyst.org |
| rdempsey@outtengolden.com | |
| | |
| Ossai Miazad* | Benjamin D. Elga* |
| Michael N. Litrownik* | JUSTICE CATALYST LAW |
| OUTTEN & GOLDEN LLP | 81 Prospect Street |
| 685 Third Avenue, 25th Floor | Brooklyn, NY 11201 |
| New York, NY 10017 | Telephone: (518) 732-6703 |
| Telephone: (212) 245-1000 | belga@justicecatalyst.org |
| Facsimile: (646) 509-2060 | |
| om@outtengolden.com | |
| mlitrownik@outtengolden.com | |

*admitted *pro hac vice*

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 19-cv-04065-MMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Having considered Plaintiff's Administrative Motion to Seal Exhibits to and Portions of Plaintiffs' Notice of Motion and Motion for Leave to File a Partial Motion for Reconsideration Under Civil Local Rule 7-9, and Defendant Wells Fargo Bank's Declaration under Civil Local Rule 79-5(e)(1), the Court hereby grants Plaintiffs' Administrative Motion.

IT IS HEREBY ORDERED THAT the following exhibits may be filed under seal:

| Document | Sealable Portions |
|---|---|
| Plaintiff's Notice of Motion and Motion for Leave to File a Partial Motion for Reconsideration and Memorandum of Points and Authorities | 10:7-8; 10:12-16 |
| Exhibit 3 to the Declaration of Michael N. Litrownik in Support of Plaintiff's Administrative Motion to Seal | Entire document |
| Exhibit 4 to the Declaration of Michael N. Litrownik in Support of Plaintiff's Administrative Motion to Seal | Entire document |

**IT IS SO ORDERED.**

Dated: January __, 2020

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE