| | |
|---|---|
| Jahan C. Sagafi (Cal. Bar No. 224887)<br>Rachel Dempsey (Cal. Bar No. 310424)<br>OUTTEN & GOLDEN LLP<br>One California Street, 12th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 638-8800<br>Facsimile: (415) 638-8810<br>jsagafi@outtengolden.com<br>rdempsey@outtengolden.com<br><br>Ossai Miazad*<br>Michael N. Litrownik*<br>OUTTEN & GOLDEN LLP<br>685 Third Ave., 25th Floor<br>New York, NY 10017<br>Telephone: (212) 245-1000<br>Facsimile: (646) 509-2060<br>om@outtengolden.com<br>mlitrownik@outtengolden.com | Brian James Shearer*<br>Craig L. Briskin*<br>JUSTICE CATALYST LAW<br>718 7th Street NW<br>Washington, D.C. 20001<br>Telephone: (518) 732-6703<br>brianshearer@justicecatalyst.org<br>cbriskin@justicecatalyst.org<br><br>Benjamin D. Elga*<br>JUSTICE CATALYST LAW<br>81 Prospect Street<br>Brooklyn, NY 11201<br>Telephone: 518-732-6703<br>belga@justicecatalyst.org |

*admitted *pro hac vice*

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | **Case No. 19-cv-04065-MMC**<br><br>**PROOF OF SERVICE BY E-MAIL**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: 7, 19th Floor<br>Judge: Honorable Maxine M. Chesney |

PROOF OF SERVICE
CASE No. 19-cv-04065-MMC

I, Michael N. Litrownik, declare as follows:

I am a citizen of the United States and employed in New York, New York at Outten & Golden LLP, whose address is 685 Third Avenue, 25th Floor, New York, NY 10017. I am over the age of eighteen years and not a party to the within-entitled action.

I am readily familiar with this firm's practice for collection and processing of documents for service via email, and that practice is that the documents are attached to an email and sent to the recipient's email account the same day as the date listed on this Proof of Service.

Pursuant to Civil Local Rule 79-5(e), on January 15, 2020, I placed with this firm at the above address for deposit via e-mail a true and correct copy of the within document(s):

DECLARATION OF MICHAEL N. LITROWNIK IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL EXHIBITS TO AND PORTIONS OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A PARTIAL MOTION FOR RECONSIDERATION, TOGETHER WITH UNREDACTED EXHIBITS

Service is on the following interested parties in the within action:

Defendant Wells Fargo Bank, N.A.

K. Isaac deVyver (email)　　　　　　　　Karla L. Johnson (email)
KdeVyver@mcguirewoods.com　　　　　　KJohnson@mcguirewoods.com

Jamie D. Wells (email)
JWells@mcguirewoods.com

Dated: January 15, 2020　　　　　　　　By: /s/ *Michael N. Litrownik*
　　　　　　　　　　　　　　　　　　　　　　Michael N. Litrownik

1

PROOF OF SERVICE
CASE No. 19-cv-04065-MMC