# Exhibit A



**eddiepena55@gmail.com**     🔒 Authenticated by wellsfargo.com ✅ Valid Signature

**From:** ▮▮▮▮▮▮▮@gmail.com
**To:** ▮▮▮▮▮▮▮@gmail.com, ▮▮▮▮▮▮▮@wellsfargo.com
**Sent:** Nov 30, 2018 8:51:32 PM UTC
**Subject:** RE: [Copy: Wells Fargo SecureMail] RE: Information needed to complete your Wells Fargo auto loan application

Hi Leticia,

Per our call today, since I will be rejected could I please get a written response explaing my rejection?

Thank you,

Eddie

> **From:** ▮▮▮▮▮▮▮@gmail.com
> **Sent:** Fri Nov 30, 2018 2:09 PM
> **To:** ▮▮▮▮▮▮▮@wellsfargo.com
> **Subject: [Copy: Wells Fargo SecureMail] RE: Information needed to complete your Wells Fargo auto loan application**
>
> Leticia,
>
> I am currently under DACA that requires me to renew my permit every two years. Does this disqualify me? I know Wells Fargo was doing mortgage loan for DACA. I dont understand why they would for auto loans. Could you please clarify.
>
> > **From:** ▮▮▮▮▮▮▮@wellsfargo.com
> > **Sent:** Fri Nov 30, 2018 1:54 PM
> > **To:** ▮▮▮▮▮▮▮@gmail.com
> > **Subject: RE: Information needed to complete your Wells Fargo auto loan application**
> >
> > Thank you for allowing Wells Fargo the opportunity to service your auto finance needs. We are providing this secure email so you can send us documents to verify information for your auto loan application.
> >
> > For more information and instructions for using secure email, please visit wellsfargo.com/help/secure-email.

**Next steps**

To help us complete the application process as quickly as possible, please click "Reply" to this email and attach the following documents:

- PLEASE, PROVIDE COPY OF VISA WITH EXPIRATION DATE, PLEASE ATTACH TO EMAIL OR FAX TO 800-862-8290.  LOAN TERM MUST NOT EXCEED EXPIRATION DATE OF VISA.

**Please note**

We recommend that any personal or confidential information sent via email is sent through this secure channel. We recommend you do not send information by replying to a previous unsecure email. If you elect to email your documents unsecured, please be advised Wells Fargo is not responsible if the information is viewed by other persons across unsecured channels. Please contact me if you have any questions.

**If you have questions**

To help protect your identity and to appropriately answer your questions, I'm unable to discuss application-specific information or respond to questions via email. I am happy to discuss any questions you may have via phone at 1-877-744-1824 ext. 722749.

Thank you. We appreciate your business.

Sincerely,

Leticia Benitez Lopez

Bilingual-Inbound Sales Specialist

Central Sales

Wells Fargo Auto | 435 Ford Road, 8th Floor | Saint Louis Park, MN 55426

MAC N9361-080

Toll-free 1-877-744-1824 ext. 722749| Fax 866-413-4086

@wellsfargo.com

This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.

This is a non-commercial message sent to you by Wells Fargo as part of your account relationship.

Contact Us:
If you have questions, please contact Wells Fargo Bank, N.A. here.

For all written correspondence, please contact us at:
Wells Fargo Bank N.A., 420 Montgomery Street, San Francisco, CA 94104

**From:** @gmail.com <eddiepena55@gmail.com>
**Sent:** Friday, November 30, 2018 12:45 PM
**To:** Benitez Lopez, Leticia <@wellsfargo.com>
**Subject:** RE: Information needed to complete your Wells Fargo auto loan application

Leticia,

Please see signed SSA-89 form.

Thanks,

Eddie

> **From:** @wellsfargo.com
> **Sent: Fri Nov 30, 2018 11:58 AM**
> **To:** @gmail.com
> **Subject: RE: Information needed to complete your Wells Fargo auto loan application**
>
> **Next Steps**

E_PENA000003

To help us complete the application process as quickly as possible, please click "Reply" to this email and attach the following documents:

- Completed SSA-89 form (form attached)
- Please print document and manually sign document

**Instructions to complete the form**

When completing the attached SSA-89 form, please take the following items into consideration:

- Complete all personal information including name, date of birth (Month/Day/Year), Social Security Number, address, and personal phone number
- Ensure your name on the form exactly matches how your name appears on your Social Security card
- Sign, initial, and date where appropriate with today's date
- The signature must match your printed name

**Please note**

We recommend that any personal or confidential information sent via email is sent through this secure channel. We recommend you do not send information by replying to a previous unsecure email. If you elect to email your documents unsecured, please be advised Wells Fargo is not responsible if the information is viewed by other persons across unsecured channels. Please contact me if you have any questions.

**If you have questions**

To help protect your identity and to appropriately answer your questions, I'm unable to discuss application-specific information or respond to questions via email. I am happy to discuss any questions you may have via phone at 1-877-744-1824 ext. 722749.

Thank you. We appreciate your business.

Sincerely,

Leticia Benitez Lopez

E_PENA000004

Bilingual-Inbound Sales Specialist

Central Sales

Wells Fargo Auto | 435 Ford Road, 8th Floor | Saint Louis Park, MN 55426

MAC N9361-080

Toll-free 1-877-744-1824 ext. 722749| Fax 866-413-4086

@wellsfargo.com

This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.

This is a non-commercial message sent to you by Wells Fargo as part of your account relationship.

Contact Us:
If you have questions, please contact Wells Fargo Bank, N.A. here.

For all written correspondence, please contact us at:
Wells Fargo Bank N.A., 420 Montgomery Street, San Francisco, CA 94104

**From:** @gmail.com>
**Sent:** Friday, November 30, 2018 8:34 AM
**To:** Benitez Lopez, Leticia < @wellsfargo.com>
**Subject:** RE: Information needed to complete your Wells Fargo auto loan application

Thanks Leticia, but would it be possible to get a decision sooner? The seller will need to make a decision on the buyer by Saturday morning. If it's possible to get a decision sooner please let me know.

Thank you,

Eddie

> **From:** @wellsfargo.com
> **Sent: Fri Nov 30, 2018 7:58 AM**
> **To:** @gmail.com
> **Subject: RE: Information needed to complete your Wells Fargo auto loan application**

Thank you I will submit your documents, we should have a response latest by Monday afternoon.

**From:** ███████@gmail.com <███████@gmail.com>
**Sent:** Thursday, November 29, 2018 8:13 PM
**To:** Benitez Lopez, Leticia <███████@wellsfargo.com>
**Subject:** RE: Information needed to complete your Wells Fargo auto loan application

Hi Leticia,

As requested, attahed is the the signed form and copy of my social security card.

Thank you!

Eddie

**From:** ███████@wellsfargo.com
**Sent:** Thu Nov 29, 2018 7:08 PM
**To:** ███████@GMAIL.COM
**Subject: Information needed to complete your Wells Fargo auto loan application**

please reply only to secure email

Application ID: 20183330015552

Dear Eduardo Pena:

Thank you for allowing Wells Fargo the opportunity to service your auto finance needs. We are providing this secure email so you can send us documents to verify information for your auto loan application.

For more information and instructions for using secure email, please visit wellsfargo.com/help/secure-email.

**Next Steps**

To help us complete the application process as quickly as possible, please click "Reply" to this email and attach the following documents:

- Completed SSA-89 form (form attached)

- Copy of your Social Security card

**Instructions to complete the form**

When completing the attached SSA-89 form, please take the following items into consideration:

- Complete all personal information including name, date of birth (Month/Day/Year), Social Security Number, address, and personal phone number

- Ensure your name on the form exactly matches how your name appears on your Social Security card

- Sign, initial, and date where appropriate with today's date

- The signature must match your printed name

**Please note**

We recommend that any personal or confidential information sent via email is sent through this secure channel. We recommend you do not send information by replying to a previous unsecure email. If you elect to email your documents unsecured, please be advised Wells Fargo is not responsible if the information is viewed by other persons across unsecured channels. Please contact me if you have any questions.

**If you have questions**

To help protect your identity and to appropriately answer your questions, I'm unable to discuss application-specific information or respond to questions via email. I am happy to discuss any questions you may have via phone at 1-877-744-1824 ext. 722749.

Thank you. We appreciate your business.

Sincerely,

Leticia Benitez Lopez

Bilingual-Inbound Sales Specialist

Central Sales

Wells Fargo Auto | 435 Ford Road, 8th Floor | Saint Louis Park, MN 55426

E_PENA000007

> MAC N9361-080
>
> Toll-free 1-877-744-1824 ext. 722749| Fax 866-413-4086
>
> ███████@wellsfargo.com
>
> This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.
>
> This is a non-commercial message sent to you by Wells Fargo as part of your account relationship.
>
> Contact Us:
> If you have questions, please contact Wells Fargo Bank, N.A. here.
>
> For all written correspondence, please contact us at:
> Wells Fargo Bank N.A., 420 Montgomery Street, San Francisco, CA 94104

🔒 Email Encryption Provided by Wells Fargo.

Copyright 2013 Wells Fargo. All rights reserved