# Exhibit B

Social Security Administration

Form Approved
OMB No. 0960-0760

# Authorization for the Social Security Administration (SSA) To Release Social Security Number (SSN) Verification

| Printed Name: | Date of Birth: | Social Security Number: |
|---|---|---|
| Eduardo L Pena | ███████ | |

I want this information released because I am conducting the following business transaction:

Applying for a Personal Loan, Personal Line or Credit Card.

Reason (s) for using CBSV: (Please select all that apply)
- ■ Mortgage Service
- ■ Banking Service
- ☐ Background Check
- ☐ License Requirement
- ☐ Credit Check
- ☐ Other

with the following company ("the Company"):

Company Name: **Wells Fargo Bank, N.A.**

Company Address: **101 North Phillips Avenue, Sioux Falls, SD 57104**

I authorize the Social Security Administration to verify my name and SSN to the Company and/or the Company's Agent, if applicable, for the purpose I identified.

The name and address of the Company's Agent is:

Equifax Workforce Solutions, 11432 Lackland Road, St. Louis, MO 63146

I am the individual to whom the Social Security number was issued or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare and affirm under the penalty of perjury that the information contained herein is true and correct. I acknowledge that if I make any representation that I know is false to obtain information from Social Security records, I could be found guilty of a misdemeanor and fined up to $5,000.

This consent is valid only for 90 days from the date signed, unless indicated otherwise by the individual named above. If you wish to change this timeframe, fill in the following:

This consent is valid for __30__ days from the date signed. __EP__ (Please initial.)

Signature _Eduardo Pena_ Date Signed _11-30-18_

Relationship (if not the individual to whom the SSN was issued): ____

Contact information of individual signing authorization:

Address ███████

City/State/Zip ███████

Phone Number ███████

Form SSA-89 (Rev 00 - 04/17)

E_PENA000011

## Privacy Act Statement

SSA is authorized to collect the information on this form under Sections 205 and 1106 of the Social Security Act and the Privacy Act of 1974 (5 U.S.C. § 552a). We need this information to provide the verification of your name and SSN to the Company and/or the Company's Agent named on this form. Giving us this information is voluntary. However, we cannot honor your request to release this information without your consent. SSA may also use the information we collect on this form for such purposes authorized by law, including to ensure the Company and/or Company's Agent's appropriate use of the SSN verification service.

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 U. S.C. § 3507, as amended by section 2 of the **Paperwork Reduction Act of 1995**. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 3 minutes to complete the form. You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. Send to this address only comments relating to our time estimate, not the completed form.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - TEAR OFF - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NOTICE TO NUMBER HOLDER
The Company and/or its Agent have entered into an agreement with SSA that, among other things, includes restrictions on the further use and disclosure of SSA's verification of your SSN. To view a copy of the entire model agreement, visit http://www.ssa.gov/cbsv/docs/SampleUserAgreement.pdf

Form SSA-89 (Rev 00 - 04/17)