# Exhibit C

Wells Fargo Bank, N.A.
2800 S Price Rd, Bldg D, 3rd floor
MAC: S3931-032
Chandler, AZ 85286-7808

**WELLS FARGO**

December 27, 2018

BTDAL1DTI0 001776


EDUARDO PENA

Subject: Decision about your application #20183330015552 for credit

Dear EDUARDO PENA:

Thank you for your recent application for a Wells Fargo auto loan which we received on 11/29/2018. After carefully reviewing your application and credit information, we are not able to approve your request for credit at this time.

**About your application**

We are not able to offer you credit for the following reason(s):
- United States residency status can't be verified

**Tools to help you build strong credit**

Building a strong credit history can make it easier to achieve your financial goals. For helpful tools and tips, please visit us online at **wellsfargo.com/financial-education**. As you continue to build your credit, we hope you'll talk with us again in the future about your credit needs and options available through Wells Fargo.

For more information, please call us at 1-866-249-0452, Monday – Friday, 8:00 a.m. to 7:00 p.m., or Saturday, 8:00 a.m. to 1:00 p.m. Central Time, or write to the return address above. For customers with hearing or speech disabilities, we accept telecommunications relay service calls.

Thank you. We appreciate your business.

Sincerely,

Wells Fargo Auto Finance

**Notice:** See the following pages for important information

NA-7351 DECLINE AND CONTRACT RETURN AA, CVT.V5 (08/2018)

E_PENA000015

## About our decision and your consumer report

Our decision about your application was based in whole or in part on information in your consumer report (often called a credit report) from the consumer reporting agency below. This agency was not involved in our decision and cannot provide the specific reasons why we're not able to offer the credit you requested.

However, we want to make sure you're aware of your right under the Fair Credit Reporting Act to know the information in your credit file, and to receive a free copy of your consumer report from the agency if you request it within 60 days after you receive this notice. If you find that any information in the report is inaccurate or incomplete, you have the right to dispute it with the reporting agency. To obtain a free copy of your report, please contact:

TransUnion LLC
P.O. Box 1000
Chester, PA 19016
800-888-4213
transunion.com

## Credit scoring notice

We obtained your credit score from the consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

## Understanding your credit score

Below you will find information about your credit score, which was used in our decision. Please note if your application was a joint application, our decision may have also been based on the credit score of the co-applicant (which we are disclosing in a letter to that co-applicant). If you have questions about the information below, please contact the source below directly.

Your credit score is: 748 (Scores range from 336 to 843)

Source: TransUnion LLC                          Date Created: 11/29/2018
        P.O. Box 1000
        Chester, PA 19016
        800-888-4213
        transunion.com

Key factors that negatively affected your credit score:
- Length of credit history too short
- No recent revolving balances
- Length of revolving credit history too short
- Too many inquiries last 12 months

## Other sources used in evaluating your application

We may have made our decision about your credit application based in whole or in part on information from a Wells Fargo affiliate or a third party other than a consumer reporting agency. Examples of third party information may include reports and resources to value collateral, review collateral history, and verify your income and identity. Under the Fair Credit Reporting Act, you have the right to learn the nature of this information by making a written request within 60 days after you receive this notice. **Please write to us at:**

Wells Fargo Bank, N.A.
2800 S Price Rd, Bldg D, 3rd floor
MAC: S3931-032
Chandler, AZ 85286-7808



E_PENA000016



**Notice:** The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistant program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act.

The federal agency that administers compliance with this law concerning Wells Fargo is:

    Consumer Financial Protection Bureau
    1700 G Street NW
    Washington, D.C. 20006

BTDAL1DT10 001776 NNNNNNNNNN NNN NNN 003 003    004919    21016465.1