1

2

3

4          IN THE UNITED STATES DISTRICT COURT

5          FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7    EDUARDO PEÑA,                              Case No. 19-cv-04065-MMC

8                    Plaintiff,                 **ORDER GRANTING IN PART AND
                                                DENYING IN PART PLAINTIFF'S**
9            v.                                 **ADMINISTRATIVE MOTION TO SEAL
                                                FILED JANUARY 15, 2020;**
10   WELLS FARGO BANK, N.A.,                    **DIRECTIONS TO PLAINTIFF**

11                   Defendant.                 Re: Doc. No. 64

12

13         Before the Court is plaintiff Eduardo Peña's Administrative Motion, filed January

14   15, 2020, "to Seal Exhibits to and Portions of Plaintiff's Motion for Leave to File a Partial

15   Motion for Reconsideration." Defendant Wells Fargo, N.A. has filed a response thereto.

16   Having read and considered the parties' respective written submissions, the Court rules

17   as follows.

18         To the extent plaintiff seeks leave to file under seal the unredacted version of the

19   Motion for Leave to File a Partial Motion for Reconsideration, the administrative motion is

20   hereby GRANTED as to page 10, lines 12 through 14, as well as the first word of line 15,

21   and, in all other respects, is hereby DENIED.

22         To the extent plaintiff seeks leave to file under seal Exhibit D to the Declaration of

23   Michael N. Litrownik in Support of Plaintiff's Motion for Leave to File a Partial Motion for

24   Reconsideration, the administrative motion is hereby DENIED.

25         To the extent plaintiff seeks leave to file under seal Exhibit E to the Declaration of

26   Michael N. Litrownik in Support of Plaintiff's Motion for Leave to File a Partial Motion for

27   Reconsideration, the administrative motion is hereby GRANTED.

28   //

1    Plaintiff is hereby DIRECTED to file in the public record, no later than seven days

2  after the date of this order, (1) a revised redacted version of his Motion for Leave to File a

3  Partial Motion for Reconsideration and (2) Exhibit D to the Declaration of Michael N.

4  Litrownik in Support of Plaintiff's Motion for Leave to File a Partial Motion for

5  Reconsideration.

6         **IT IS SO ORDERED.**

7

8  Dated: January 22, 2020

9                                                              MAXINE M. CHESNEY
                                                              United States District Judge