Jahan C. Sagafi (Cal. Bar No. 224887)
Rachel Dempsey (Cal. Bar No. 310424)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, California 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
jsagafi@outtengolden.com
rdempsey@outtengolden.com

Ossai Miazad*
Michael N. Litrownik*
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
om@outtengolden.com
mlitrownik@outtengolden.com

Brian James Shearer*
Craig L. Briskin*
JUSTICE CATALYST LAW
718 7th Street NW
Washington, D.C. 20001
Telephone: (518) 732-6703
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org

Benjamin D. Elga*
JUSTICE CATALYST LAW
81 Prospect Street
Brooklyn, NY 11201
Telephone: (518) 732-6703
belga@justicecatalyst.org

*admitted *pro hac vice*

Attorneys for Plaintiff and the Proposed Class

**DENIED** (stamp, Judge Thomas S. Hixson)

DENIED AS MOOT
Dated: 1/23/2020

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 19-cv-04065-MMC<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PROTECTIVE ORDER UNDER RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Having considered Plaintiff's Motion for Protective Order Under Rule 26 of the Federal Rules of Civil Procedure, Defendant's Opposition, and Plaintiff's Reply, being fully advised in this matter, and good cause appearing, the Court hereby GRANTS the Motion. Plaintiff has established good cause for such an order. *See* Fed. R. Civ. P. 26(c)(1). The parties are hereby prohibited from making redactions to otherwise responsive documents and withholding email attachments or portions of emails except to protect privilege, work product, or personally identifiable information. *See, e.g.*, *Perez v. Wells Fargo Bank, N.A.*, No. 17 Civ. 454, 2019 WL 289831 (N.D. Cal. Jan. 8, 2019) (Laporte, M.J.).

**IT IS SO ORDERED.**

Dated: January __, 2020

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE