| | |
|---|---|
| Jahan C. Sagafi (Cal. Bar No. 224887)<br>Rachel Dempsey (Cal. Bar No. 310424)<br>OUTTEN & GOLDEN LLP<br>One California Street, 12th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 638-8800<br>Facsimile: (415) 638-8810<br>jsagafi@outtengolden.com<br>rdempsey@outtengolden.com<br><br>Ossai Miazad (*pro hac vice*)<br>Michael N. Litrownik (*pro hac vice*)<br>685 Third Avenue, 25th Floor<br>New York, NY 10017<br>Telephone: (212) 245-1000<br>Facsimile: (646) 509-2060<br>om@outtengolden.com<br>mlitrownik@outtengolden.com<br><br>*Attorneys for Plaintiff and the Proposed Classes* | Jamie D. Wells (SBN 290827)<br>**MCGUIREWOODS LLP**<br>Two Embarcadero Center<br>Suite 1300<br>San Francisco, CA 94111-3821<br>Telephone: 415.844.9944<br>Facsimile: 415.844.9922<br><br>K. Issac deVyver (*pro hac vice*)<br>Karla Johnson (*pro hac vice*)<br>Tower Two-Sixty<br>260 Forbes Avenue<br>Suite 1800<br>Pittsburgh, PA 15222<br>Telephone: 412.667.6000<br>Facsimile: 412.667.6050<br><br><br><br><br>*Attorneys for Wells Fargo Bank, N.A.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDUARDO PEÑA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 3:19-cv-04065-MMC-TSH<br><br>**JOINT STATUS REPORT**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: N/A<br>Judge: The Hon. Maxine M. Chesney<br>Magistrate Judge: The Hon. Thomas S. Hixson |

| | |
|---|---|
| 1 | Pursuant to the Discovery Order entered by Magistrate Judge Hixson on January 21, 2020 (ECF No. 68), the Parties provide the following Joint Status Report: |

1. The Parties met and conferred following the telephone conference held on January 3, 2020, and the Parties were not able to resolve their dispute.
2. As a result, the Parties submitted a Joint Discovery Letter to the Court on January 23, 2020 at ECF No. 70.
3. The Parties do still believe that the hearing set for January 30, 2020 is necessary in order to address the issues set forth in the Joint Discovery Letter.
4. The Parties set forth their positions regarding potential scheduling issues in an email to Ms. Maher sent on Friday, January 17, 2020 at 8:16 AM PST, to the extent that the Court finds it appropriate to address that communication.

Dated: New York, New York
January 23, 2020

Respectfully submitted,

By: /s/ *Ossai Miazad*
**OUTTEN & GOLDEN LLP**
Ossai Miazad*
Michael N. Litrownik*
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
om@outtengolden.com
mlitrownik@outtengolden.com

***Attorneys for Plaintiff and the Proposed Classes***

By: /s/ *K. Issac deVyver*
**MCGUIREWOODS LLP**
K. Issac deVyver
Karla L. Johnson
Tower Two Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
Telephone: (412) 667-6000
Facsimile: (412) 667-6050

***Attorneys for Defendant Wells Fargo Bank, N.A.***