| | |
|---|---|
| Jahan C. Sagafi (Cal. Bar No. 224887)<br>Rachel Dempsey (Cal. Bar No. 310424)<br>OUTTEN & GOLDEN LLP<br>One California Street, 12th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 638-8800<br>Facsimile: (415) 638-8810<br>jsagafi@outtengolden.com<br>rdempsey@outtengolden.com | Brian James Shearer*<br>Craig L. Briskin*<br>JUSTICE CATALYST LAW<br>718 7th Street NW<br>Washington, D.C. 20001<br>Telephone: (518) 732-6703<br>brianshearer@justicecatalyst.org<br>cbriskin@justicecatalyst.org |

*admitted *pro hac vice*

*Attorneys for Plaintiff and the Proposed Class*
*(Additional Counsel on Signature Page)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>WELLS FARGO BANK, N.A.,<br><br>   Defendant. | **Case No. 19-cv-04065-MMC**<br><br>**SUBMISSION OF REVISED REDACTED VERSION OF MOTION FOR LEAVE TO FILE A PARTIAL MOTION FOR RECONSIDERATION AND UNREDACTED VERSION OF EXHIBIT D** |

Pursuant to the Court's Order Granting in Part and Denying in Part Plaintiff's Administrative Motion to Seal, ECF No. 69, Plaintiff hereby submits a revised redacted version of the Motion for Leave to File a Partial Motion for Reconsideration, ECF No. 63, and Exhibit D, ECF No. 63-5, filed in support of the same motion. *See* **Ex. 1** (partially redacted version of Plaintiff's Motion for Leave to File for Reconsideration, previously filed at ECF No. 63); **Ex. 2** (unredacted version of Exhibit D, previously filed at ECF No. 63-5).

Dated: January 28, 2020

Respectfully submitted,

By: */s/ Michael N. Litrownik*
Michael N. Litrownik

Ossai Miazad*
Michael N. Litrownik*
OUTTEN & GOLDEN LLP
685 Third Ave., 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
om@outtengolden.com
mlitrownik@outtengolden.com

Jahan C. Sagafi (Cal. Bar No. 224887)
Rachel Dempsey (Cal. Bar No. 310424)
OUTTEN & GOLDEN LLP
One California St., 12th Floor
San Francisco, California 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
jsagafi@outtengolden.com
rdempsey@outtengolden.com

Brian James Shearer*
Craig L. Briskin*
JUSTICE CATALYST LAW
718 7th Street NW
Washington, D.C. 20001
Telephone: 518-732-6703
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org

-2-

REVISED REDACTED VERSION OF MOTION FOR LEAVE
TO FILE FOR RECONSIDERATION AND EXHIBIT D
CASE NO. 19-CV-04065-MMC

Benjamin D. Elga*
JUSTICE CATALYST LAW
81 Prospect Street
Brooklyn, NY 11201
Telephone: 518-732-6703
belga@justicecatalyst.org

*admitted *pro hac vice*

*Attorneys for Plaintiff and the Proposed Class*