**MCGUIREWOODS LLP**
Jamie D. Wells (SBN 290827)
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

K. Issac deVyver (*pro hac vice*)
Karla Johnson (*pro hac vice*)
Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
Telephone: 412.667.6000
Facsimile: 412.667.6050

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | CASE NO: 3:19-cv-04065-JCS<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Date: January 31, 2020**<br>**Time: 10:30 A.M.**<br>**Place: 450 Golden Gate Avenue**<br><br>**Complaint Filed: July 16, 2019**<br>**FAC Filed: September 27, 2019**<br>**SAC Filed: January 17, 2020** |

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Pursuant to Civil Local Rule 6-2, Defendant Wells Fargo Bank, N.A. ("Defendant") through counsel, with the agreement of counsel for Plaintiff Eduardo Pena ("Plaintiff"), hereby stipulate as follows:

**RECITALS**

WHEREAS, the Initial Case Management Conference is currently set for January 31, 2020. (D.E. 48).

WHEREAS, the Parties spent the day on January 29, 2020 mediating the *Perez* matter also pending before this Court;

WHEREAS, the Parties are currently engaged in discussions regarding the resolution of this action;

WHEREAS, the Parties respectfully request a few weeks to continue discussions of a resolution in the instant action;

WHEREAS, the Parties agree to continue the Initial Case Management Conference while the Parties discuss a potential resolution;

WHEREAS, good cause exists to continue the Initial Case Management Conference to give the Parties time to discuss settlement and proceed accordingly;

WHEREAS, the Parties propose to reset the Initial Case Management Conference to a date that is convenient for the Court.

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant through their respective undersigned counsel that:

1. The Initial Case Management Conference will be continued until a date convenient for the Court;

IT IS SO STIPULATED.

| | | |
|---|---|---|
| DATED: January 29, 2020 | | **MCGUIREWOODS LLP** |
| | By: | /s/ Jamie D. Wells |
| | | Jamie D. Wells<br>Attorneys for Defendant<br>WELLS FARGO BANK, N.A. |
| DATED: January 29, 2020 | | **OUTTEN & GOLDEN LLP** |
| | By: | /s/ Jahan C. Sagafi |
| | | Jahan C. Sagafi<br>Attorney for Plaintiff<br>EDUARDO PEÑA |

**IT IS SO ORDERED.**

DATED: January _____, 2020

_____
Honorable Maxine M. Chesney
United States Senior District Judge

## ATTESTATION

In compliance with Civil Local Rule 5-1(i)(3), regarding signatures, I hereby attest that I have obtained the concurrence in the filing of this document from all signatories.

January 29, 2020    /s/ Jamie D. Wells
                    Jamie D. Wells