| | |
|---|---|
| Jahan C. Sagafi   (Cal. Bar No. 224887) | Jamie D. Wells (SBN 290827) |
| Rachel Dempsey (Cal. Bar No. 310424) | **MCGUIREWOODS LLP** |
| OUTTEN & GOLDEN LLP | Two Embarcadero Center |
| One California Street, 12th Floor | Suite 1300 |
| San Francisco, CA 94111 | San Francisco, CA 94111-3821 |
| Telephone: (415) 638-8800 | Telephone: 415.844.9944 |
| Facsimile: (415) 638-8810 | Facsimile: 415.844.9922 |
| jsagafi@outtengolden.com | |
| rdempsey@outtengolden.com | K. Issac deVyver (*pro hac vice*) |
| | Karla Johnson (*pro hac vice*) |
| Ossai Miazad (*pro hac vice*) | Tower Two-Sixty |
| Michael N. Litrownik (*pro hac vice*) | 260 Forbes Avenue |
| 685 Third Avenue, 25th Floor | Suite 1800 |
| New York, NY 10017 | Pittsburgh, PA 15222 |
| Telephone: (212) 245-1000 | Telephone: 412.667.6000 |
| Facsimile: (646) 509-2060 | Facsimile: 412.667.6050 |
| om@outtengolden.com | |
| mlitrownik@outtengolden.com | |

*Attorneys for Plaintiff and the Proposed Classes*   *Attorneys for Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | CASE NO: 3:19-cv-04065-MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING FURTHER DISCUSSIONS OF RESOLUTION** |

Pursuant to Northern District of California Civil Local Rules 7-11 and 7-12 and the Court's Standing Order, Defendant Wells Fargo Bank, N.A. ("Defendant") through counsel, with the agreement of counsel for Plaintiff Eduardo Peña ("Plaintiff"), hereby stipulate as follows:

**RECITALS**

WHEREAS, Plaintiff, a DACA recipient, brought this class action lawsuit alleging Wells Fargo engaged in lending discrimination in violation of 42 U.S.C. § 1981 ("Section 1981"), violations of the Equal Credit Opportunity Act, 15 U.S.C. § 1691, *et, seq* ("ECOA") and the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* ("FCRA");

WHEREAS, Wells Fargo's response to Plaintiff's Second Amended Complaint is currently due February 7, 2020;

WHEREAS, on January 30, 2020 the Court entered an order approving the Parties' Joint Stipulation to Continue the Initial Case Management Conference to March 27, 2020 with Joint Case Management Statements to be filed no later than March 20, 2020 (D.E. 79);

WHEREAS, the Court has not yet set a briefing schedule, a trial date, or any associated final pretrial deadlines;

WHEREAS, the Parties are actively discussing resolution of this case in conjunction with their discussions of resolution in the *Perez v. Wells Fargo Bank, N.A.* matter, No. 3:17-cv-454-MMC, and believe that additional time to discuss resolution of this case would be fruitful;

WHEREAS, in the *Perez* matter, the parties requested, and the Court entered, a stay through March 8, 2020 to permit discussion of a resolution, ECF No. 315.

WHEREAS, the Parties assert that there is good cause for the Court to stay this matter to the same date, March 8, 2020, to allow the Parties to commit their time and resources fully toward possible resolution;

WHEREAS, the Court entering a stay will not prejudice any party, as all Parties are stipulating to the proposed stay;

WHEREAS, the Court entering a stay will not unduly delay the case or require the Court to continue the trial, or any associated final pretrial deadlines, as those deadlines have not been entered by the Court.

NOW THEREFORE, undersigned counsel for the Parties, having met and conferred and good cause appearing, hereby stipulate and agree to stay the case up to and including March 8, 2020 for purposes of further discussions of potential resolution. The Parties further agree to the

following:

- All pending deadlines and scheduled hearings in the case are held in abeyance.

- No later than March 8, 2020, the Parties shall submit a status report to the Court providing notification of the status of discussions and whether any deadlines or hearings should be rescheduled.

- Wells Fargo's response to the Second Amended Complaint shall be due ten days after the stay is lifted.

- The date of the March 27, 2020 Case Management Conference will remain unaffected.

IT IS SO STIPULATED.

DATED: February 6, 2020   **McGuireWoods LLP**

By:  /s/ Jamie D. Wells
  Jamie D. Wells
  Attorneys for Defendant
  WELLS FARGO BANK, N.A.

DATED: February 6, 2020   **Outten & Golden LLP**

By:  /s/ Ossai Miazad
  Ossai Miazad
  Attorney for Plaintiff
  EDUARDO PEÑA

**IT IS SO ORDERED.**

DATED: February __7__, 2020

_(signature)_
Honorable Maxine M. Chesney
United States Senior District Judge

5

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING FURTHER DISCUSSIONS OF RESOLUTION