Jahan C. Sagafi   (Cal. Bar No. 224887)
Rachel Dempsey (Cal. Bar No. 310424)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile:  (415) 638-8810
jsagafi@outtengolden.com
rdempsey@outtengolden.com

Ossai Miazad (*pro hac vice*)
Michael N. Litrownik (*pro hac vice*)
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile:  (646) 509-2060
om@outtengolden.com
mlitrownik@outtengolden.com

Jamie D. Wells (SBN 290827)
**McGuireWoods LLP**
Two Embarcadero Center
Suite 1300
San Francisco, CA  94111-3821
Telephone:  (415) 844-9944
Facsimile:   (415) 844-9922

K. Issac deVyver (*pro hac vice*)
Karla Johnson (*pro hac vice*)
Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
Telephone: (412) 667-6000
Facsimile:  (412) 667-6050

*Attorneys for Plaintiff and the Proposed Classes*     *Attorneys for Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | CASE NO: 3:19-cv-04065-MMC-TSH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING DOCUMENTATION OF RESOLUTION** |

Pursuant to Northern District of California Civil Local Rules 7-11 and 7-12 and the Court's Standing Order, Defendant Wells Fargo Bank, N.A. ("Defendant") through counsel, with the agreement of counsel for Plaintiff Eduardo Peña ("Plaintiff"), hereby stipulate as follows:

**RECITALS**

WHEREAS, Plaintiff brought this class action lawsuit alleging Wells Fargo engaged in lending discrimination in violation of 42 U.S.C. § 1981 ("Section 1981") and in violations of the Equal Credit Opportunity Act, 15 U.S.C. § 1691, *et, seq* ("ECOA") and the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* ("FCRA") relating to direct auto lending;

WHEREAS, on January 30, 2020 the Court entered an order approving the Parties' Joint Stipulation to Continue the Initial Case Management Conference to March 27, 2020 with Joint Case Management Statements to be filed no later than March 20, 2020 (ECF No. 79);

WHEREAS, the Court has not yet set a briefing schedule, a trial date, or any associated final pretrial deadlines;

WHEREAS, on January 29, 2020, the Parties participated in a productive mediation;

WHEREAS, on February 7, 2020 the Court entered an Order approving the Parties' Joint Stipulation to Stay the Case Pending Further Discussions of Resolution, staying the case up to and including March 8, 2020 (ECF No. 82);

WHEREAS, under the Court's February 7, 2020 Order, all pending deadlines and scheduled hearings are held in abeyance;

WHEREAS, under the Court's February 7, 2020 order, the Parties shall submit a status report to the Court no later than March 8, 2020 providing notification of the status of discussions and whether any deadlines or hearings should be rescheduled;

WHEREAS, on March 4, 2020, the Parties reached a resolution in principle and signed a Settlement Term Sheet;

WHEREAS, the Parties believe an additional 60 days, up to and including May 5, 2020, is necessary to document the final resolution of this matter;

WHEREAS, Plaintiff will file his Motion for Preliminary Approval by May 5, 2020;

| | |
|---|---|
| 1 | WHEREAS, the Parties respectfully request that all pending deadlines be removed from the calendar, including (1) the March 27, 2020 Case Management Conference and March 20, 2020 Joint Case Management Statement; and (2) Wells Fargo's Response to the Second Amended Complaint; |

WHEREAS, the Parties respectfully request that all pending deadlines be removed from the calendar, including (1) the March 27, 2020 Case Management Conference and March 20, 2020 Joint Case Management Statement; and (2) Wells Fargo's Response to the Second Amended Complaint;

WHEREAS, the Parties assert that there is good cause for the Court to further stay the case because a stay will allow the parties to commit their time and resources fully toward finalizing and memorializing the resolution of this case and will allow Plaintiff time to prepare his Motion for Preliminary Approval;

WHEREAS, the Court entering a stay will not prejudice any party, as all parties are stipulating to the proposed stay;

WHEREAS, the Court entering a stay will not unduly delay the case or require the Court to continue the trial, or any associated final pretrial deadlines, as those deadlines have not been entered by the Court;

NOW THEREFORE, undersigned counsel for the parties, having met and conferred and good cause appearing, hereby stipulate and agree to stay the case up to and including May 5, 2020 for purposes of negotiating and documenting final resolution of this matter, with all other deadlines and hearings removed from the calendar, and the parties further agree that Plaintiff will file his Motion for Preliminary Approval by May 5, 2020.

**IT IS HEREBY STIPULATED**

DATED: March 6, 2020            Respectfully submitted,

By:   */s/ K. Issac deVyver*
McGuireWoods LLP
Jamie D. Wells SBN #290827
Two Embarcadero Center
Suite1300
San Francisco, CA 94111-3821
Telephone: (415) 844-9944
Facsimile: (415)844-9922

K. Issac deVyver
Karla Johnson

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING DOCUMENTATION OF RESOLUTION

| | |
|---|---|
| 1 | 260 Forbes Avenue, Suite 1800 |
| 2 | Pittsburgh, PA 15222 |
| | Telephone: (412) 667-6000 |
| 3 | Facsimile: (412) 667-6050 |
| 4 | *Attorneys for Defendant Wells Fargo Bank, N.A.* |

By: /s/ Ossai Miazad
OUTTEN & GOLDEN LLP
Ossai Miazad*
Michael N. Litrownik*
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
om@outtengolden.com
mlitrownik@outtengolden.com

Jahan C. Sagafi (Cal. Bar No. 224887)
Rachel Dempsey (Cal. Bar No. 310424)
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
jsagafi@outtengolden.com
rdempsey@outtengolden.com

JUSTICE CATALYST LAW
Benjamin D. Elga*
81 Prospect Street, 7th Floor
Brooklyn, NY 11201
Telephone: (518) 732-6703
belga@justicecatalyst.org

Brian James Shearer*
Craig L. Briskin*
718 7th Street NW
Washington, DC 20001
Telephone: (518) 732-6703
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org

*admitted *pro hac vice*

*Attorneys for Plaintiffs and the proposed Class*

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING DOCUMENTATION OF RESOLUTION

# ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document, and further attest that I have obtained the concurrence in the filing of the document from the other signatory.

*/s/ K. Issac deVyver*
K. Issac deVyver

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING DOCUMENTATION OF RESOLUTION

## [PROPOSED] ORDER TO STAY CASE PENDING DOCUMENTATION OF RESOLUTION

Having considered the parties' Joint Stipulation to stay the case pending further documentation of resolution, IT IS HEREBY ORDERED that the case is stayed for a period of time up to and including May 5, 2020, for purposes of negotiating and documenting final resolution of this matter and to allow Plaintiff to prepare and file a Motion for Preliminary Approval, with all other deadlines and hearings removed from the calendar.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated this \_\_\_\_ day of March, 2020.

_____
MAXINE M. CHESNEY
United States District Judge