| | |
|---|---|
| Jahan C. Sagafi (Cal. Bar No. 224887) | Jamie D. Wells (SBN 290827) |
| Rachel Dempsey (Cal. Bar No. 310424) | McGuireWoods LLP |
| OUTTEN & GOLDEN LLP | Two Embarcadero Center, Suite 1300 |
| One California Street, 12th Floor | San Francisco, CA 94111-3821 |
| San Francisco, CA 94111 | Telephone: (415) 844-9944 |
| Telephone: (415) 638-8800 | Facsimile: (415) 844-9922 |
| Facsimile: (415) 638-8810 | |
| jsagafi@outtengolden.com | K. Issac deVyver (*pro hac vice*) |
| rdempsey@outtengolden.com | Karla Johnson (*pro hac vice*) |
| | McGuireWoods LLP |
| Ossai Miazad (*pro hac vice*) | Tower Two-Sixty |
| Michael N. Litrownik (*pro hac vice*) | 260 Forbes Avenue, Suite 1800 |
| 685 Third Avenue, 25th Floor | Pittsburgh, PA 15222 |
| New York, NY 10017 | Telephone: (412) 667-6000 |
| Telephone: (212) 245-1000 | Facsimile: (412) 667-6050 |
| Facsimile: (646) 509-2060 | |
| om@outtengolden.com | |
| mlitrownik@outtengolden.com | |

*Attorneys for Plaintiff and the Proposed Classes*   *Attorneys for Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | CASE NO: 3:19-cv-04065-MMC-TSH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING DOCUMENTATION OF RESOLUTION** |

Pursuant to Northern District of California Civil Local Rules 7-11 and 7-12 and the Court's Standing Order, Plaintiff Eduardo Peña ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their respective attorneys, hereby stipulate as follows:

## RECITALS

WHEREAS, Plaintiff brought this class action lawsuit alleging Wells Fargo engaged in lending discrimination in violation of 42 U.S.C. § 1981 ("Section 1981") and violations of the Equal Credit Opportunity Act, 15 U.S.C. § 1691, *et, seq* ("ECOA") and the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* ("FCRA") relating to direct auto lending;

WHEREAS, on January 30, 2020 the Court entered an order approving the Parties' Joint Stipulation to Continue the Initial Case Management Conference to March 27, 2020 with Joint Case Management Statements to be filed no later than March 20, 2020 (ECF No. 79);

WHEREAS, the Court has not yet set a briefing schedule, a trial date, or any associated final pretrial deadlines;

WHEREAS, on January 29, 2020, the Parties participated in a productive mediation;

WHEREAS, on February 7, 2020 the Court entered an Order approving the Parties' Joint Stipulation to Stay the Case Pending Further Discussions of Resolution, staying the case up to and including March 8, 2020 (ECF No. 82);

WHEREAS, under the Court's February 7, 2020 Order, all pending deadlines and scheduled hearings are held in abeyance;

WHEREAS, on March 4, 2020, the Parties reached a resolution in principle and signed a Settlement Term Sheet;

WHEREAS, on March 6, 2020, the Parties requested that the Court stay the case up to and including May 5, 2020, to document the final resolution of this matter and for Plaintiff to file his Motion for Preliminary Approval;

WHEREAS, on March 9, 2020, the Court approved the Parties' request and stayed the case through May 5, 2020 (ECF No. 82);

WHEREAS, the Parties have been working diligently to negotiate the settlement agreement in this case, including resolution of several complex issues, but now believe they need

an additional three weeks, to May 26, 2020, to document the final resolution of this matter and for Plaintiff to file his Motion for Preliminary Approval;

WHEREAS, the Parties assert that there is good cause for the Court to further stay the case because a stay will allow the Parties to commit their time and resources fully toward finalizing and memorializing the resolution of this case and will allow Plaintiff time to prepare a Motion for Preliminary Approval;

WHEREAS, the Court entering a stay will not prejudice any party, as all Parties are stipulating to the proposed stay;

WHEREAS, the Court entering a stay will not unduly delay the case or require the Court to continue the trial, or any associated final pretrial deadlines, as those deadlines have not been entered by the Court;

NOW THEREFORE, undersigned counsel for the Parties, having met and conferred and good cause appearing, hereby stipulate and agree to stay the case up to and including May 26, 2020 for purposes of negotiating and documenting final resolution of this matter, and the Parties further agree that Plaintiff will file his Motion for Preliminary Approval by May 26, 2020.

**IT IS HEREBY STIPULATED.**

DATED: May 1, 2020        Respectfully submitted,

By: /s/ K. Issac deVyver
McGuireWoods LLP

Jamie D. Wells SBN #290827
Two Embarcadero Center
Suite1300
San Francisco, CA  94111-3821
Telephone: (415) 844-9944
Facsimile:  (415)844-9922

K. Issac deVyver
Karla Johnson
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
Telephone: (412) 667-6000

| | |
|---|---|
| 1 | Facsimile: (412) 667-6050 |
| 2 | *Attorneys for Defendant Wells Fargo Bank, N.A.* |
| 3 | |
| 4 | By: /s/ Ossai Miazad |
| | OUTTEN & GOLDEN LLP |
| 5 | Ossai Miazad* |
| | Michael N. Litrownik* |
| 6 | 685 Third Avenue, 25th Floor |
| 7 | New York, NY 10017 |
| | Telephone: (212) 245-1000 |
| 8 | Facsimile: (646) 509-2060 |
| | om@outtengolden.com |
| 9 | mlitrownik@outtengolden.com |
| 10 | |
| | Jahan C. Sagafi (Cal. Bar No. 224887) |
| 11 | Rachel Dempsey (Cal. Bar No. 310424) |
| | One California Street, 12th Floor |
| 12 | San Francisco, CA 94111 |
| | Telephone: (415) 638-8800 |
| 13 | Facsimile: (415) 638-8810 |
| 14 | jsagafi@outtengolden.com |
| | rdempsey@outtengolden.com |
| 15 | |
| | JUSTICE CATALYST LAW |
| 16 | Benjamin D. Elga* |
| | 81 Prospect Street, 7th Floor |
| 17 | Brooklyn, NY 11201 |
| 18 | Telephone: (518) 732-6703 |
| | belga@justicecatalyst.org |
| 19 | |
| | Brian James Shearer* |
| 20 | Craig L. Briskin* |
| | 718 7th Street NW |
| 21 | Washington, DC 20001 |
| 22 | Telephone: (518) 732-6703 |
| | brianshearer@justicecatalyst.org |
| 23 | cbriskin@justicecatalyst.org |
| 24 | *admitted *pro hac vice* |
| 25 | *Attorneys for Plaintiffs and the proposed Class* |
| 26 | |
| 27 | |
| 28 | |

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING FURTHER DISCUSSIONS OF RESOLUTION

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document, and further attest that I have obtained the concurrence in the filing of the document from the other signatory.

/s/ Ossai Miazad
Ossai Miazad

## [PROPOSED] ORDER TO STAY CASE
## PENDING DOCUMENTATION OF RESOLUTION

Having considered the parties' Joint Stipulation to stay the case pending further documentation of resolution, IT IS HEREBY ORDERED that the case is stayed for a period of time up to and including May 26, 2020, for purposes of negotiating and documenting final resolution of this matter and to allow Plaintiff to prepare and file a Motion for Preliminary Approval, with all other deadlines and hearings removed from the calendar.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated this _____ day of May, 2020.

_____
MAXINE M. CHESNEY
United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING FURTHER DISCUSSIONS OF RESOLUTION