# Exhibit B

|  | *Times v. Target Corp.*, 18 Civ. 2993 (S.D.N.Y.) | *Robinson v. National Student Clearinghouse*, 19 Civ. 10749 (D. Mass.) | *Kim v. Tinder*, 18 Civ. 093 (C.D. Cal.) |
|---|---|---|---|
| **Class counsel** | Outten & Golden, LLP; NAACP Legal Defense and Educational Fund | Justice Catalyst Law, National Consumer Law Center, Francis Mailman Soumilas, P.C. | Law Offices of Todd M. Friedman, P.C.; Kristensen Weisberg, LLP |
| **Claims** | Race discrimination under Title VII | Fair Credit Reporting Act; Massachusetts Credit Reporting Act; Massachusetts Consumer Protection Act | Age discrimination under *Unruh* |
| **Total fund** | $3,742,500 | $1,956,246.27 | $6,000,000 |
| **# of class members** | 18,804 | 35,839 | 240,592 |
| **# of class members who received notice** | 16,956 | approx. 35,792 | 203,741 |
| **#/% claim forms submitted** | 2,362 (13.9%) | n/a (no claims process) | 1,794 (0.7%) |
| **Average recovery** | Maximum of $1,000/claimant | $33.45 per claimant | Maximum of $25/claimant |
| **Cy pres distribution** | n/a | Unknown as of date of filing | n/a |
| **Admin costs** | Not provided (paid in full by defendant) | Not provided (paid in full by defendant) | Not provided (paid in full by defendant) |
| **Attorneys' fees and costs** | $1,900,000 | $750,000 | $1,200,000 |
| **Non-monetary relief** | Priority hiring of class members for jobs for which they are qualified but were denied based on challenged screening process | Free verification report from defendant | Allotment of 50 "Super-Likes" (worth $1 each) |