| | |
|---|---|
| Jahan C. Sagafi   (Cal. Bar No. 224887) | Brian James Shearer* |
| Rachel Dempsey (Cal. Bar No. 310424) | Craig L. Briskin* |
| OUTTEN & GOLDEN LLP | JUSTICE CATALYST LAW |
| One California Street, 12th Floor | 718 7th Street NW |
| San Francisco, CA 94111 | Washington, D.C. 20001 |
| Telephone:  (415) 638-8800 | Telephone: (518) 732-6703 |
| Facsimile:   (415) 638-8810 | brianshearer@justicecatalyst.org |
| jsagafi@outtengolden.com | cbriskin@justicecatalyst.org |
| rdempsey@outtengolden.com | |
| | |
| Ossai Miazad* | Benjamin D. Elga* |
| Michael N. Litrownik* | JUSTICE CATALYST LAW |
| OUTTEN & GOLDEN LLP | 81 Prospect Street |
| 685 Third Ave., 25th Floor | Brooklyn, NY 11201 |
| New York, NY 10017 | Telephone: 518-732-6703 |
| Telephone: (212) 245-1000 | belga@justicecatalyst.org |
| Facsimile: (646) 509-2060 | |
| om@outtengolden.com | |
| mlitrownik@outtengolden.com | |

*admitted *pro hac vice*

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant | Case No. 19-cv-04065-MMC<br><br>**DECLARATION OF CRAIG L. BRISKIN IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS AND PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT** |

I, Craig L. Briskin, declare under penalty of perjury as follows:

1. I am Senior Counsel with the non-profit law firm Justice Catalyst Law ("JCL"), with offices New York, New York, and Washington, D.C. JCL represents consumers and employees in a wide variety of litigation and other advocacy efforts, with a focus on RICO, antitrust and consumer protection law.

2. I am one of the lawyers primarily responsible for prosecuting Plaintiffs' claims.

3. I make these statements based on personal knowledge and would so testify if called as a witness at trial.

**Background and Experience**

4. I received a Juris Doctor degree from Harvard Law School in 1998. I have represented consumers in antitrust and consumer protection class actions since 2001, including cases involving mortgage fraud. I currently serve as counsel for plaintiffs in numerous class action lawsuits including *Bodor v. Maximus*, Case No. 5:19-CV-5787 (EGS) (E.D. Pa.), an action alleging student loan servicing abuses by a contractor for the United States Department of Education, *Fusion Elite All Stars v. Varsity Brands, LLC*., Case No. 4:20-CV-3521 (JSW) (N.D. Cal.), a case concerning alleged monopolization of markets for competitive cheerleading, and *Orage v. Amway Corp.*, No. RG20049773 (Sup. Ct. Ca., Alameda County), a suit alleging that Amway misclassified its salespeople as independent contractors under California law. I am a member of the National Association of Consumer Advocates. I am admitted to the bars of the Commonwealth of Massachusetts, New York and the District of Columbia. I am also admitted to the bars of the United States District Courts for the Southern and Eastern Districts of New York, the District of Columbia, the U.S. Court of Appeal for the Ninth Circuit and the United States Supreme Court.

5. Ben Elga is the Executive Director and founder of JCL. Mr. Elga received his J.D. from Harvard Law School in 2014. Justice Catalyst Law's work emphasizes the commercial and private rights violations that underlie systemic social and economic injustice. JCL applies a varied set of legal disciplines such as competition law, consumer protection, employment law, civil rights, criminal justice, and environmental justice, often in contexts where

advocates have not previously focused on those disciplines.

6.  Prior to starting the firm, Mr. Elga was engaged in class practice in numerous consumer and antitrust class actions including *In re: Automotive Parts Antitrust Litigation*, No. 12-md-02311 (E.D. Mich.), *In re: Packaged Seafood Products Antitrust Litigation*, No. 15-md-2670 (S.D. Cal.), *Cason-Merenda v. Detroit Medical Center*, No. 06-15601 (E.D. Mich.), *Hadley v. Subaru of America, Inc.*, No. 15-7210 (D.N.J.) (sparking the recall of defective cars whose hoods flew open while driving), and *Noble v. Samsung Electronics America, Inc.,* No. 15-cv-03713 (D.N.J.).

7.  Brian Shearer serves as the Litigation Director of JCL.  Mr. Shearer received his J.D. from American University Washington College of Law in 2013.  He began working at the Consumer Financial Protection Bureau while still in law school, and he became Director Richard Cordray's Senior Advisor in 2017, leading the CFPB's policy efforts concerning the student loan industry, overseeing a number of examinations and working on enforcement actions concerning the Fair Credit Reporting Act and other consumer law.  In 2018, he helped launch Justice Catalyst Law.  Mr. Shearer is admitted to the bar of the Commonwealth of Virginia.

**Class Counsel Fees and Costs**

8.  Through May 20, 2020, JCL has expended 171 hours on this litigation, with an average hourly rate of $709 for a total of $121,210.90.  Class Counsel expects its lodestar to grow through preliminary and final approval, including responding to Class Member inquiries, appearing for hearings, and other administrative and briefing tasks.

9.  The rates charged by our attorneys are reasonable and within the range of appropriate market rates charged by attorneys with comparable experience levels for litigation of a similar nature.

10.  JCL also sustained $1241.99 in costs.  About three quarters of that amount was the payment of court fees.

11.  All of these fees and costs were reasonably expended for the benefit of the class.

-2-

Case No. 19-cv-04065-MMC

I declare under penalty of perjury, under 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Dated:   June 16, 2020
         Washington, DC

                                   Respectfully submitted,

                                   By:  /s *Craig L. Briskin*