UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO PENA,<br><br>   Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A.,<br><br>   Defendant. | Case No. 19-cv-04065-MMC  (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 70 |

On January 23, 2020, the parties filed a joint discovery letter regarding redactions. ECF No. 70. However, Judge Chesney subsequently stayed the case while the parties engaged in informal settlement negotiations, and on June 16, 2020, Plaintiff filed a preliminary motion for class settlement approval. ECF No. 89. Accordingly, there appears to be no reason to maintain the January 23 letter as pending for statistical purposes and the Clerk is directed to terminate it. Should it become necessary, the parties may request the Court issue a decision on their dispute.

**IT IS SO ORDERED.**

Dated: June 17, 2020

THOMAS S. HIXSON
United States Magistrate Judge