IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO PENA,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No. 19-cv-04065-MMC<br><br>**ORDER CONTINUING HEARING ON MOTION FOR PRELIMINARY SETTLEMENT APPROVAL** |

In light of the Civil Local Rules of this District, see Civil L.R. 7-2(a) (providing "all motions must be . . . noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after filing of the motion"), as well as the Court's calendar, the hearing on plaintiff's Motion for Preliminary Settlement Approval is hereby CONTINUED from July 10, 2020, to July 24, 2020, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: June 18, 2020

MAXINE M. CHESNEY
United States District Judge