Jahan C. Sagafi (Cal. Bar No. 224887)
Rachel Dempsey (Cal. Bar No. 310424)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
jsagafi@outtengolden.com
rdempsey@outtengolden.com

Brian James Shearer*
Craig L. Briskin*
JUSTICE CATALYST LAW
718 7th Street NW
Washington, D.C. 20001
Telephone: (518) 732-6703
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org

Ossai Miazad*
Michael N. Litrownik*
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
om@outtengolden.com
mlitrownik@outtengolden.com

Benjamin D. Elga*
JUSTICE CATALYST LAW
81 Prospect Street, 7th Floor
Brooklyn, NY 11201
Telephone: (518) 732-6703
belga@justicecatalyst.org

*Attorneys for Plaintiff and the Proposed Class*
*admitted *pro hac vice*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 19-cv-04065-MMC<br><br>**SUPPLEMENTAL SUBMISSION IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Judge: Honorable Maxine M. Chesney<br>Hearing Date: July 24, 2020<br>Hearing Time: 9:00 AM<br>Courtroom: 7, 19th Floor |

# SUPPLEMENTAL SUBMISSION IN SUPPORT OF
# MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

The hearing on Plaintiff's Motion for Preliminary Approval of Settlement is currently set for July 24, 2020 at 9:00 a.m via Zoom webinar. ECF No. 94. In advance of that hearing, Plaintiff Eduardo Peña, individually and as a class representative, writes to supplement his Motion in Support of Preliminary Approval of Settlement, ECF No. 89, with the following information, as contemplated by the Procedural Guidance for Class Action Settlements in the Northern District of California.

Consumer Action is one of the intended cy pres recipients in the proposed settlement. ECF No. 89 at 11-12. Consumer Action is a non-profit that promotes consumer rights and advocates for consumer policies that promote financial prosperity for underrepresented consumers. *See* ECF No. 89-1, Miazad Decl. ¶ 55. As previously set forth, Consumer Action uses multilingual consumer education materials to provide low- and moderate-income and limited-English speaking consumers, including class members and their families, with information about their rights, empowering them to achieve financial security. ECF No. 89-1, Miazad Decl. ¶ 56. While Class counsel do not have any relationships, presently or in the past, with Consumer Action, *id.* at ¶ 57, Plaintiff seeks to supplement the record with the information that Wells Fargo has informed Plaintiff that it is familiar with Consumer Action because it has provided grants to Consumer Action in the past to assist with its mission. *See* Supplemental Declaration of Ossai Miazad re Preliminary Approval ¶ 4. Plaintiffs were unaware of this relationship until July 16, 2020, and therefore did not disclose it in the preliminary approval brief, which was filed on June 16, 2020. *Id.* ¶¶ 4-5. Pursuant to the Procedural Guidance for Class Action Settlements in the Northern District of California, Plaintiff seeks to disclose this relationship to the Court in advance of the hearing on Plaintiff's Motion for Preliminary Approval of Settlement. Plaintiffs do not believe that the relationship between Consumer Action and Wells Fargo rises to the level of a conflict under Ninth Circuit precedent, including *In re Easysaver Rewards Litig.*, 906 F.3d 747 (9th Cir. 2018).

Dated: July 22, 2020                    Respectfully submitted,

By: /s/ *Ossai Miazad*
      Ossai Miazad

Ossai Miazad*
Michael N. Litrownik*
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
om@outtengolden.com
mlitrownik@outtengolden.com
estork@outtengolden.com

Jahan C. Sagafi (Cal. Bar No. 224887)
Rachel Dempsey (Cal. Bar No. 310424)
OUTTEN & GOLDEN LLP
One California St., 12th Floor
San Francisco, California 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
jsagafi@outtengolden.com
rsun@outtengolden.com
rdempsey@outtengolden.com

Benjamin D. Elga*
JUSTICE CATALYST LAW
81 Prospect Street, 7th Floor
Brooklyn, NY 11201
Telephone: (518) 732-6703
belga@justicecatalyst.org

Brian James Shearer*
Craig L. Briskin*
JUSTICE CATALYST LAW
718 7th Street NW
Washington, D.C. 20001
Telephone: (518) 732-6703
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org

*admitted *pro hac vice*

*Attorneys for Plaintiff and the Proposed Class*