Jahan C. Sagafi   (Cal. Bar No. 224887)
Rachel Dempsey (Cal. Bar No. 310424)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile:  (415) 638-8810
jsagafi@outtengolden.com
rdempsey@outtengolden.com

Ossai Miazad*
Michael N. Litrownik*
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
om@outtengolden.com
mlitrownik@outtengolden.com

Brian James Shearer*
Craig L. Briskin*
JUSTICE CATALYST LAW
718 7th Street NW
Washington, D.C. 20001
Telephone: (518) 732-6703
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org

Benjamin D. Elga*
JUSTICE CATALYST LAW
81 Prospect Street, 7th Floor
Brooklyn, NY 11201
Telephone: (518) 732-6703
belga@justicecatalyst.org

*Attorneys for Plaintiff and the Proposed Class*
*admitted *pro hac vice*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 17-cv-00454-MMC<br><br>**DECLARATION OF OSSAI MIAZAD IN SUPPORT OF SUPPLEMENTAL SUBMISSION IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Judge:   Honorable Maxine M. Chesney<br>Hearing Date:   July 24, 2020<br>Hearing Time:  9:00 AM<br>Courtroom:     7, 19th Floor |

I, Ossai Miazad, declare as follows:

1.    I am an attorney at law admitted before the bar of this Court for purposes of this case and a partner at Outten & Golden LLP, retained as counsel for Plaintiffs.  Along with lawyers from the Mexican American Legal Defense and Educational Fund ("MALDEF"), I am one of the attorneys primarily responsible for prosecuting Plaintiffs' claims on behalf of themselves and the proposed classes.

2.    I make this declaration to provide additional information relevant to Plaintiffs' Motion for Preliminary Approval, filed on June 16, 2020.  ECF No. 89.

3.    Consumer Action is one of the intended cy pres recipients of the proposed settlement between Plaintiffs and Wells Fargo.

4.    On July 16, 2020, Wells Fargo informed Plaintiffs that it is familiar with Consumer Action because it has provided grants to Consumer Action in the past to assist with its mission

5.    Plaintiffs did not disclose this relationship in the Motion for Preliminary Approval because they were unaware of this relationship on June 16, 2020, when that motion was filed.

6.    I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and correct, and that this declaration was executed on July 22, 2020 in New York, New York.

*/s/ Ossai Miazad*
Ossai Miazad

Ossai Miazad (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone:  (212) 245-1000
Facsimile:  (646) 509-2060
omiazad@outtengolden.com