# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### Northern District of California

### CIVIL MINUTES

**Date:** July 24, 2020          **Time:** 9:03 – 11:10          **Judge:** MAXINE M. CHESNEY
                                    = 2 hours 7 minutes

**Case No.:** 17-cv-00454-MMC     **Case Name:** Mitzie Perez  et al v. Wells Fargo & Co.
& 19-cv-04065-MMC                                Eduardo Pena v. Wells Fargo


**Attorney for Plaintiff:** Michael Litrownik and Ossai Miazad
**Attorney for Defendant:** Issac de Vyver and Karla Johnson

**Deputy Clerk:** Tracy Geiger          **Court Reporter:** Belle Ball

### PROCEEDINGS

Plaintiffs' Motion for Preliminary Settlement Approval Order – held by Zoom webinar.


Supplemental documents due by August 14, 2020.

Deadline to file Motion for Final Approval: December 18, 2020

Final Approval Hearing – January 8, 2021 at 9:00 AM