Jahan C. Sagafi (Cal. Bar No. 224887)
Rachel Dempsey (Cal. Bar No. 310424)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
jsagafi@outtengolden.com
rdempsey@outtengolden.com

Brian James Shearer*
Craig L. Briskin*
JUSTICE CATALYST LAW
718 7th Street NW
Washington, D.C. 20001
Telephone: (518) 732-6703
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org

Ossai Miazad*
Michael N. Litrownik*
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
om@outtengolden.com
mlitrownik@outtengolden.com

Benjamin D. Elga*
JUSTICE CATALYST LAW
81 Prospect Street, 7th Floor
Brooklyn, NY 11201
Telephone: (518) 732-6703
belga@justicecatalyst.org

*Attorneys for Plaintiff and the Proposed Class*
*admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 19-cv-04065-MMC<br><br>**SUPPLEMENTAL SUBMISSION IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Judge:   Honorable Maxine M. Chesney<br>Hearing Date:   July 24, 2020<br>Hearing Time:   9:00 AM<br>Courtroom:   7, 19th Floor |

Plaintiff Eduardo Peña, individually and as a class representative on behalf of the Class, hereby supplements his Motion in Support of Preliminary Approval of the Settlement, ECF No. 89, pursuant to the Court's instructions from the July 24, 2020 preliminary approval hearing, ECF No. 96.

## I. Plaintiff's Revised Notice and Forms Should be Approved.

In consultation with Wells Fargo, Plaintiff has revised the proposed Notice and Claim form in accordance with the guidance from the Court. The revised documents are attached hereto as follows:

- The revised Notice is attached as **Exhibit A**.
- A redline comparing the Notice filed at ECF No. 89-2 with the revised Notice is attached as **Exhibit B**.
- The revised Forms and Instructions document is attached as **Exhibit C**.
- A redline comparing the Forms and Instructions document filed at ECF No. 89-2 with the revised Forms and Instructions document is attached as **Exhibit D**.

## II. Consumer Action is an Appropriate *Cy Pres* Recipient Because It Bears a Substantial Nexus to the Interests of Class Members.

K. Issac deVyver, counsel for Wells Fargo, has submitted a declaration in support of the parties' selection of Consumer Action as a *cy pres* recipient in this action. **Exhibit E**. The parties believe that Mr. deVyver's declaration addresses the Court's concerns regarding Consumer Action raised during the July 24, 2020 preliminary approval hearing. Accordingly, the parties request that Consumer Action, along with United We Dream, be approved as *cy pres* recipients in connection with this settlement.

## III. The Parties' Revised Schedule for Implementing the Settlement Should Be Approved.

Plaintiff, in consultation with Wells Fargo, propose the following revised schedule for finalizing and implementing the Settlement, which is consistent with the Court's guidance from

the July 24, 2020 preliminary approval hearing:

| Event | Proposed Date |
|---|---|
| Court enters Preliminary Approval Order* | August 21, 2020 |
| WF provides class list data to Settlement Administrator | September 4, 2020 |
| Settlement Administrator disseminates Notice | September 25, 2020 |
| Plaintiffs File Request for Atty Fees & Service Awards | September 25, 2020 |
| Settlement Administrator sends Reminder notices | October 26, 2020 |
| Deadline to Submit Claims, Opt-Out, or Object | November 24, 2020 |
| WF deadline to terminate settlement | December 22, 2020 |
| Plaintiffs file Final Approval motion | December 23, 2020 |
| **Final Approval Hearing** | **January 8, 2021** |
| Final Approval Order* | January 22, 2021 |
| Effective Date (assuming no appeals)* | February 26, 2021 |
| WF funds Settlement | May 17, 2021 |
| Settlement Administrator mails checks to Class | May 22, 2021 |

* Assumed date for purposes of calculating subsequent dates.

Dated: August 14, 2020

Respectfully submitted,

By: /s/ *Ossai Miazad*
    Ossai Miazad

Ossai Miazad*
Michael N. Litrownik*
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
om@outtengolden.com
mlitrownik@outtengolden.com
estork@outtengolden.com

Jahan C. Sagafi (Cal. Bar No. 224887)
Rachel Dempsey (Cal. Bar No. 310424)
OUTTEN & GOLDEN LLP
One California St., 12th Floor
San Francisco, California 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810

jsagafi@outtengolden.com
rsun@outtengolden.com
rdempsey@outtengolden.com

Benjamin D. Elga*
JUSTICE CATALYST LAW
81 Prospect Street, 7th Floor
Brooklyn, NY 11201
Telephone: (518) 732-6703
belga@justicecatalyst.org

Brian James Shearer*
Craig L. Briskin*
JUSTICE CATALYST LAW
718 7th Street NW
Washington, D.C. 20001
Telephone: (518) 732-6703
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org

*admitted *pro hac vice*

*Attorneys for Plaintiff and the Proposed Class*