# Exhibit D

*Peña v. Wells Fargo, N.A.*
**Class Action Settlement**
**~~Claim Form~~Forms and Instructions**

---

**You may be eligible to receive one or more cash payments if you had DACA at the time you applied for and were denied a direct auto loan from Wells Fargo between July 16, 2017 and [DATE].**

**Please read ~~this Claim Form~~these forms and instructions carefully.**

---

**Instructions**

1. **The purpose of ~~this Claim Form.~~the attached forms.** To receive money from this Settlement, you must sign and submit ~~Section A of this~~the Claim Form either (a) via www.WFDACALawsuit.com, (b) to [email address], or (c) to [mailing address]. To be valid, completed Claim Forms must be postmarked or received by [deadline]. If you do not sign and submit this Claim Form by [deadline], you will receive no money from this Settlement. To opt out of this Settlement, you must complete and submit ~~Section B of this Claim~~the Opt-Out Form pursuant to the instructions therein. To object to this Settlement, you must complete and submit ~~Section C of this Claim~~the Objection Form pursuant to the instructions therein.

2. **This is confidential.** All information you provide on ~~this Claim Form~~any of the attached forms will be kept confidential to the greatest extent possible. This information will be viewed only by: (a) the Court-appointed Settlement Administrator, (b) Class Counsel, (c) Wells Fargo's lawyers, including persons in Wells Fargo's Office of the General Counsel, as necessary, and (d) the Court~~(~~, if the Court requests it~~, and subject to appropriate confidentiality protections)~~.

3. **Completeness**. To receive money from this Settlement, you must complete ~~the applicable section of~~ the Claim Form and be prepared to submit documentation supporting your eligibility upon request.

**Section A:** ~~Make A~~ Claim <ins>Form</ins>

Wells Fargo's credit application databases and records indicate that you applied for and were denied a direct auto loan sometime between July 16, 2017 and [Preliminary Approval Date], and that you may be a DACA recipient. Each credit denial will be referred to as a "Timely Denial."

If you had DACA status at the time of ~~each~~<ins>a</ins> Timely Denial, you may be eligible for a payment of up to $300 ~~per~~<ins>for each such</ins> Timely Denial (if you live in any state other than California) or up to $2,500 ~~per~~<ins>for each such</ins> Timely Denial (if you live in California). To be eligible for this payment, you must sign and date the following sworn statement and provide your address <ins>and the last four digits of your Social Security Number</ins>:

I, (print your name ~~and~~<ins>,</ins> address~~)~~
_____<ins>, and last 4 digits of SSN)</ins>

_____

_____,
declare, under penalty of perjury, that I applied to Wells Fargo for and was denied at least one direct auto loan sometime between July 16, 2017 and [Preliminary Approval Date] and therefore have one or more Timely Denials from Wells Fargo. I further declare that at the time of each such Timely Denial <ins>for which I am seeking to make a claim</ins>, I had valid, unexpired DACA status, a U.S. address, and a valid Social Security number. I further declare that<ins>,</ins> upon request, I can provide documentary proof of either current, valid<ins>,</ins> and unexpired DACA status or valid and unexpired DACA status at the time of a ~~denied application~~<ins>Timely Denial</ins> for which I am making this Verified Claim ~~for inspection in the form of~~<ins>.  Specifically, I can provide</ins> either a copy of (1) an I-797 Approval Notice from an I-821D; or (2) a Work Authorization Card containing the code "C-33." I understand that intentionally submitting false information on this form is a violation of the law.

I declare under penalty of perjury under the law of the United States of America that the foregoing information is true and correct.

_____ _____, 2020
            Your signature                              Date

Your Claim Form must be received by the Settlement Administrator or postmarked by [DATE]. A self-addressed envelope has been enclosed for returning the Claim Form.

Please submit this Claim Form to:
~~CLAIMS~~<ins>SETTLEMENT</ins> ADMINISTRATOR
[address]
[email address]
[fax number]
[website]

More information, including copies of the Notice sent to you by mail and e-mail, is available at www.WFDACALawsuit.com.  Please read the Notice carefully before completing this form.

**All documentation, including any copy you submit of an I-797 Approval Notice from an I-821D or a Work Authorization Card containing the code "C-33," will be requested at a later date, will be kept highly confidential, and will not be disclosed to the public or revealed on the court docket.  ~~You~~At a later date, you will also need to ~~provide~~submit a completed W-9 in order to receive payment.**

**Section B: Request to Opt Out**

*Only* submit this page if you do *not* want to be included in the Settlement and do *not* want to receive a payment. If you did not have valid, unexpired DACA status at the time of your Timely Denial(s), you do not need to submit this form and your rights will not be affected by the Settlement.

**Name:** _____

**Address:** _____

I, (print your name) _____, declare, under penalty of perjury, that I applied to Wells Fargo for and was denied at least one direct auto loan between July 16, 2017 and [Preliminary Approval Date] and therefore have one or more Timely Denials from Wells Fargo. I further declare that at the time of ~~each~~at least one such Timely Denial, I had valid, unexpired DACA status, a U.S. address, and a valid Social Security number. I hereby request to be excluded from the proposed Settlement Class in *Peña v. Wells Fargo*, No. 19 Civ. 4065 (N.D. Cal.) and will provide documentary proof of either my current, valid, and unexpired DACA status or valid and unexpired DACA status at the time of ~~my denied application for inspection in the form of~~a Timely Denial. Specifically, I can provide either a copy of (1) an I-797 Approval Notice from an I-821D; or (2) a Work Authorization Card containing the code "C-33."

I declare under penalty of perjury under the law of the United States of America that the foregoing information is true and correct.

_____  _____, 2020
      Your signature                               Date

Please submit this opt-out form, along with a copy of either (1) an I-797 Approval Notice from an I-821D; or (2) a Work Authorization Card containing the code "C-33" to the Settlement Administrator on or before [DATE] at:

                SETTLEMENT ADMINISTRATOR
                        [address]
                    [email address]
                     [fax number]
                       [website]

In order to be considered valid, this opt-out must be personally signed and submitted by you. Mass or class opt-outs shall be considered void and unenforceable.

**Section C: Objection**

*Only* **submit this page if you** *do* **want to be included in the Settlement, but would like to provide the Court with your objections to or other comments on the Settlement. If you did not have valid, unexpired DACA status at the time of your Timely Denial(s), you do not have standing to object and your rights will not be affected by the Settlement.**

*Peña v. Wells Fargo, N.A.*, **No. 19 Civ. 4065 (N.D. Cal.)**

**Name:** _____

**Address:** _____

**Telephone Number:** _____

**Counsel's name and address (if represented):**
_____

**Reasons For Objection (continue on additional pages as necessary):**
_____
_____
_____
_____

**State whether you intend to appear at the hearing (please note whether with or without counsel):**
_____
_____

I, (print your name) _____, declare, under penalty of perjury, that I applied to Wells Fargo for and was denied at least one direct auto loan sometime between July 16, 2017 and [Preliminary Approval Date] and therefore have one or more Timely Denials from Wells Fargo. I further declare that at the time of ~~each~~at least one such Timely Denial, I had valid, unexpired DACA status, a U.S. address, and a valid Social Security number and that I will provide documentary proof of either current, valid, and unexpired DACA status or valid and unexpired DACA status at the time of ~~my denied application for inspection in the form of~~a Timely Denial. Specifically, I can provide either a copy of (1) an I-797 Approval Notice from an I-821D; or (2) a Work Authorization Card containing the code "C-33." I understand that intentionally submitting false information on this form is a violation of the law.

I declare under penalty of perjury under the law of the United States of America that the foregoing information is true and correct.

_____  _____, 2020
Your signature                   Date

**To submit your objection you must take *both* of the following steps by [DATE]:**

1. Mail the above Objection ~~Page~~page to the ~~Class Action~~ Clerk of Court, United States District Court for the Northern District of California, 450 Golden Gate Ave, San Francisco, CA 94102, or file it in person at ~~any location of the United States District Court for the Northern District of California~~that location.

2. Submit a copy of either (1) an I-797 Approval Notice from an I-821D; or (2) a Work Authorization Card containing the code "C-33" to the Settlement Administrator at:

    SETTLEMENT ADMINISTRATOR
    [address]
    [email address]
    [fax number]
    [website]

**Do not send your I-797 Approval Notice or Work Authorization Card to the District Court's ~~Class Action~~ Clerk of Court. This documentation should be sent only to the Settlement Administrator so that it will be kept highly confidential and will not be disclosed to the public or revealed on the court docket.**

**If you intend to appear at the Final Approval Hearing~~:~~**

1. ~~You~~ you must file a Notice of Intention to Appear with the ~~Class Action~~ Clerk of Court by the [Objection Deadline DATE] and include copies of any papers, exhibits, or other evidence that you or your counsel will present to the Court at the Final Approval Hearing.