# Exhibit E

Jahan C. Sagafi (Cal. Bar No. 224887)
Rachel Dempsey (Cal. Bar No. 310424)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
jsagafi@outtengolden.com
rdempsey@outtengolden.com

Ossai Miazad (*pro hac vice*)
Michael N. Litrownik (*pro hac vice*)
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
om@outtengolden.com
mlitrownik@outtengolden.com

*Attorneys for Plaintiff and the Proposed Classes*

Jamie D. Wells (SBN 290827)
**McGuireWoods LLP**
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: (415) 844-9944
Facsimile: (415) 844-9922

K. Issac deVyver (*pro hac vice*)
Karla Johnson (*pro hac vice*)
Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
Telephone: (412) 667-6000
Facsimile: (412) 667-6050

*Attorneys for Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | CASE NO: 3:19-cv-04065-MMC<br><br>**DECLARATION OF K. ISSAC DEVYVER IN SUPPORT *CY PRES* RECIPIENT** |

I, K. Issac deVyver, declare and state as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Pennsylvania, and I am admitted to practice before this Court for the purposes of this case. I am a partner with the law firm of McGuireWoods LLP, counsel of record for Defendant Wells Fargo Bank, N.A. ("Wells Fargo"). I make this declaration from my own personal knowledge obtained by reviewing information about Consumer Action and its mission.

2. The *cy pres* recipient designated in the Class Settlement Agreement is Consumer Action.

3. I submit this declaration in support of Consumer Action as a *cy pres* recipient.

4. Consumer Action's mission is using multilingual consumer education materials, community outreach and advocacy to empower low- and moderate-income, limited-English-speaking/proficient, and other underrepresented consumers nationwide to financially prosper through advocacy and education.

5. Consumer Action partners with more than 7,000 community-based organizations to serve consumers. Among other things, Consumer Action engages these community groups by providing in-person and online training events; distributing financial technology tools; offering technical support; distributing free multilingual educational materials; offering consumer advice; and engaging groups in advocacy.

6. True to its mission of helping all individual consumers assert their rights in the marketplace, Consumer Action serves the Hispanic/Latino community through educational materials in Spanish in-language train-the-trainer workshops, partnerships with nationally recognized Hispanic/Latino organizations, and media outreach in Spanish.

7. From banking basics, to saving a consumer's home from foreclosure, to getting a car loan, to building credit, Consumer Action provides more than 80 free brochures, fact sheets, and training materials in Spanish.

DECLARATION OF K. ISSAC DEVYVER IN SUPPORT OF *CY PRES* RECIPIENT

8. Consumer Action provides its materials to many non-profit organizations serving the Latino community, including the Cuban American National Council, La Fe CDC, and Desert Schools Federal Credit Union, among others, to educate their clients.

9. Recent Consumer Action publications support COVID relief, such as "Financial assistance for undocumented workers (Spanish) Cómo hacerle frente al COVID-19," designed for the millions of undocumented workers that are ineligible for the federal economic aid available to U.S. citizens during the COVID-19 pandemic. This publication provides tips and resources for finding state, local, and private financial assistance programs that are designed specifically for undocumented immigrants, or that do not ask for immigration status when determining eligibility.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of August, 2020.

By: /s/ *K. Issac deVyver*
K. Issac deVyver
Attorney for Wells Fargo Bank, N.A.

DECLARATION OF K. ISSAC DEVYVER IN SUPPORT OF *CY PRES* RECIPIENT