| | |
|---|---|
| Jahan C. Sagafi   (Cal. Bar No. 224887) | Jamie D. Wells (SBN 290827) |
| Rachel Dempsey (Cal. Bar No. 310424) | McGuireWoods LLP |
| OUTTEN & GOLDEN LLP | Two Embarcadero Center, Suite 1300 |
| One California Street, 12th Floor | San Francisco, CA  94111-3821 |
| San Francisco, CA 94111 | Telephone:  (415) 844-9944 |
| Telephone: (415) 638-8800 | Facsimile:   (415) 844-9922 |
| Facsimile: (415) 638-8810 | |
| jsagafi@outtengolden.com | K. Issac deVyver (*pro hac vice*) |
| rdempsey@outtengolden.com | Karla Johnson (*pro hac vice*) |
| | McGuireWoods LLP |
| Ossai Miazad (*pro hac vice*) | Tower Two-Sixty |
| Michael N. Litrownik (*pro hac vice*) | 260 Forbes Avenue, Suite 1800 |
| 685 Third Avenue, 25th Floor | Pittsburgh, PA 15222 |
| New York, NY 10017 | Telephone: (412) 667-6000 |
| Telephone: (212) 245-1000 | Facsimile:  (412) 667-6050 |
| Facsimile:  (646) 509-2060 | |
| om@outtengolden.com | |
| mlitrownik@outtengolden.com | |

*Attorneys for Plaintiff and the Proposed Classes*    *Attorneys for Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | CASE NO: 3:19-cv-04065-MMC-TSH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY FORMS & INSTRUCTIONS DOCUMENT TO BE MAILED IN NOTICE PACKET** |

Pursuant to Northern District of California Civil Local Rules 7-11 and 7-12 and the Court's Standing Order, Plaintiff Eduardo Peña ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their respective attorneys, hereby stipulate as follows:

## RECITALS

WHEREAS, Plaintiff brought this class action lawsuit alleging Wells Fargo engaged in lending discrimination in violation of 42 U.S.C. § 1981 ("Section 1981") and violations of the Equal Credit Opportunity Act, 15 U.S.C. § 1691, *et seq.* ("ECOA") and the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* ("FCRA") relating to direct auto lending;

WHEREAS, on June 16, 2020, the Parties executed a Settlement Agreement and Release, which constitutes final resolution of all Plaintiff's and Class Members' claims in this lawsuit, ECF No. 89-2;

WHEREAS, on June 16, 2020, Plaintiff moved to (1) certify settlement classes pursuant to F.C.R.P. 23(a) and (b)(3), (2) preliminarily approve the settlement; (3) appoint Plaintiff Peña as Class Representative, (4) appoint Plaintiff's attorneys as Class Counsel, (5) approve mailing notice to Class Members, (6) appoint JND Legal Administration Co. as Settlement Administrator; and (7) schedule a hearing for final approval of the Settlement, ECF No. 89;

WHEREAS, on July 24, 2020, the Court held a preliminary approval hearing and, *inter alia*, ordered that Plaintiff make revisions to (1) the proposed notice and (2) the proposed forms and instructions document to be enclosed in the notice packet, ECF No. 96;

WHEREAS, on August 14, 2020, Plaintiff filed a Supplemental Submission in Support of Motion for Preliminary Approval of Settlement seeking, *inter alia*, approval of revised versions of (1) the proposed notice and (2) the proposed forms and instructions document to be enclosed in the notice packet, ECF Nos. 98 to 98-4;

WHEREAS, on August 21, 2020, the Court, *inter alia*, preliminarily approved the Parties' settlement agreement and approved Plaintiff's proposed Forms & Instructions document to be enclosed in the notice packet, ECF Nos. 99, 99-2;

WHEREAS, after the Court issued its Order preliminarily approving Plaintiff's Forms & Instructions document, Plaintiff discovered a minor, non-substantive error in the document;

specifically, the second page of the Forms & Instructions document provides, "A self-addressed envelope has been enclosed for returning the Claim Form";

WHEREAS, this term was inadvertently included in the Forms & Instructions document because it was not a term over which the Parties negotiated in the term sheet or settlement agreement, was not required by the notice process set out in the settlement agreement, was not part of the settlement administration bids Plaintiff obtained, and was not explicitly ordered to be included in the notice packet in the Court's August 21, 2020 preliminary approval order;

WHEREAS, the Parties agree that the inclusion of self-addressed envelope in the notice packet, which is being issued to several hundred thousand individuals, would add a significant and unnecessary additional cost to the notice process that the Court-appointed Settlement Administrator has agreed to facilitate for a not-to-exceed figure that the Parties negotiated as part of the Settlement Agreement;

WHEREAS, not including a self-addressed envelope will not prejudice Class Members because potential class members may submit forms electronically through the case website;

NOW THEREFORE, undersigned counsel for the Parties, having met and conferred and good cause appearing, hereby stipulate and agree that the sentence, "A self-addressed envelope has been enclosed for returning the Claim Form," should be stricken from the Forms and Instructions document to be included in the notice packet. The Parties agree that the notice packet should include the modified Forms & Instructions document attached hereto as Exhibit A. For reference, a redlined version of the requested modification to the Forms & Instructions document is also attached hereto as Exhibit B.

**IT IS HEREBY STIPULATED.**

DATED: September 11, 2020         Respectfully submitted,

By: /s/ K. Issac deVyver
McGuireWoods LLP

Jamie D. Wells SBN #290827
Two Embarcadero Center

| | |
|---|---|
| 1 | Suite1300 |
| | San Francisco, CA 94111-3821 |
| 2 | Telephone: (415) 844-9944 |
| 3 | Facsimile: (415)844-9922 |
| 4 | K. Issac deVyver |
| | Karla Johnson |
| 5 | 260 Forbes Avenue, Suite 1800 |
| | Pittsburgh, PA 15222 |
| 6 | Telephone: (412) 667-6000 |
| 7 | Facsimile: (412) 667-6050 |
| 8 | *Attorneys for Defendant Wells Fargo Bank, N.A.* |
| 9 | |
| 10 | By: /s/ Ossai Miazad |
| | OUTTEN & GOLDEN LLP |
| 11 | Ossai Miazad* |
| | Michael N. Litrownik* |
| 12 | 685 Third Avenue, 25th Floor |
| | New York, NY 10017 |
| 13 | Telephone: (212) 245-1000 |
| 14 | Facsimile: (646) 509-2060 |
| | om@outtengolden.com |
| 15 | mlitrownik@outtengolden.com |
| 16 | Jahan C. Sagafi (Cal. Bar No. 224887) |
| | Rachel Dempsey (Cal. Bar No. 310424) |
| 17 | One California Street, 12th Floor |
| 18 | San Francisco, CA 94111 |
| | Telephone: (415) 638-8800 |
| 19 | Facsimile: (415) 638-8810 |
| | jsagafi@outtengolden.com |
| 20 | rdempsey@outtengolden.com |
| 21 | JUSTICE CATALYST LAW |
| 22 | Benjamin D. Elga* |
| | 81 Prospect Street, 7th Floor |
| 23 | Brooklyn, NY 11201 |
| | Telephone: (518) 732-6703 |
| 24 | belga@justicecatalyst.org |
| 25 | Brian James Shearer* |
| | Craig L. Briskin* |
| 26 | 718 7th Street NW |
| 27 | Washington, DC 20001 |
| | Telephone: (518) 732-6703 |
| 28 | brianshearer@justicecatalyst.org |

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY FORMS &
INSTRUCTIONS DOCUMENT TO BE MAILED IN NOTICE PACKET

cbriskin@justicecatalyst.org

*admitted *pro hac vice*

*Attorneys for Plaintiff and the proposed Class*

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document, and further attest that I have obtained the concurrence in the filing of the document from the other signatory.

*/s/ Ossai Miazad*
Ossai Miazad

# [PROPOSED] ORDER TO MODIFY FORMS & INSTRUCTIONS DOCUMENT TO BE MAILED IN NOTICE PACKET

Having considered the parties' Joint Stipulation to Modify Forms & Instructions Document to be Mailed in Notice Packet, the Court HEREBY APPROVES the form, substance, and requirements of the modified Forms & Instructions document attached as Exhibit A to the Joint Stipulation.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated this \_\_\_\_ day of September, 2020.

_____
MAXINE M. CHESNEY
United States District Judge