# Exhibit A

*Pena v. Wells Fargo Bank, N.A.*, Case No. 19-cv-04065-MMC
Class Counsel Lodestar Summary - by Timekeeper

### Plaintiff's Counsel Lodestar Summary

|  | Hours | Fees |
|---|---|---|
| Outten & Golden LLP | 626.6 | $ 292,118.50 |
| Justice Catalyst Law | 147.9 | $ 108,353.40 |
| **Total** | **774.5** | **$ 400,471.90** |

### OUTTEN & GOLDEN LLP — Attorneys

| Names | Initials | Position | Hours | Rate | Total |
|---|---|---|---|---|---|
| Ossai Miazad | OM | Partner | 63.2 | $ 850.00 | $ 53,720.00 |
| Daniel Stromberg | DXS | Counsel | 19.5 | $ 725.00 | $ 14,137.50 |
| Michael Litrownik | MNL | Counsel | 245.4 | $ 525.00 | $ 128,835.00 |
| Rachel Dempsey | RWD | Associate | 117.1 | $ 375.00 | $ 43,912.50 |
| Hannah Cole-Chu | HCC | Associate | 58.1 | $ 325.00 | $ 18,882.50 |
|  |  | **Total** | **503.3** |  | **$ 259,487.50** |

### OUTTEN & GOLDEN LLP — Support Staff

| Name | Initials | Hours | Rate | Total |
|---|---|---|---|---|
| Miguel Tapia Colin | MXT | 80.9 | $ 270.00 | $ 21,843.00 |
| Sara Olson | SXO | 9.4 | $ 270.00 | $ 2,538.00 |
| NY Law Clerk | NYLC | 8.9 | $ 250.00 | $ 2,225.00 |
| SF Law Clerk | SFLC | 24.1 | $ 250.00 | $ 6,025.00 |
|  | **Total** | **123.3** |  | **$ 32,631.00** |

### Justice Catalyst Law — Attorneys

| Names | Position | Hours | Rate | Total |
|---|---|---|---|---|
| Craig Briskin | Senior Counsel | 63.8 | $ 899.00 | $ 57,356.20 |
| Benjamin Elga | Executive Director | 1.8 | $ 700.00 | $ 1,260.00 |
| Brian Shearer | Litigation Director | 60.2 | $ 661.00 | $ 39,792.20 |
| Laura Dismore | Legal Fellow | 5.5 | $ 450.00 | $ 2,475.00 |
| Kelly Jo Popkin | Legal Fellow | 16.6 | $ 450.00 | $ 7,470.00 |
| | **Total** | **147.9** |  | **$ 108,353.40** |