# Exhibit C

*Pena v. Wells Fargo Bank, N.A.*, Case No. 19-cv-04065-MMC
Class Counsel Costs Summary

| Cost Category | Total Amount |
|---|---|
| Computerized Research | $ 1,941.23 |
| Court Filing Fees | $ 2,302.00 |
| Document Management | $ 15.58 |
| Media | $ 2,927.50 |
| Postage | $ 534.93 |
| Printing/Copying | $ 240.75 |
| Process Service Charges | $ 236.50 |
| Travel | $ 311.99 |
| **Grand Total** | **$ 8,510.48** |