# Exhibit D

Jahan C. Sagafi    (Cal. Bar No. 224887)
Rachel Dempsey   (Cal. Bar No. 310424)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone:   (415) 638-8800
Facsimile:    (415) 638-8810
jsagafi@outtengolden.com
rdempsey@outtengolden.com

Ossai Miazad*
Michael N. Litrownik*
OUTTEN & GOLDEN LLP
685 Third Ave., 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
om@outtengolden.com
mlitrownik@outtengolden.com

Brian James Shearer*
Craig L. Briskin*
JUSTICE CATALYST LAW
718 7th Street NW
Washington, D.C. 20001
Telephone: (518) 732-6703
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org

Benjamin D. Elga*
JUSTICE CATALYST LAW
81 Prospect Street
Brooklyn, NY 11201
Telephone: 518-732-6703
belga@justicecatalyst.org

*admitted *pro hac vice*

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant | Case No. 19-cv-04065-MMC<br><br>**DECLARATION OF CRAIG L. BRISKIN IN SUPPORT OF PLAINTIFF'S MOTION FOR APPROVAL OF ATTORNEYS' FEES, COSTS, AND SERVICE AWARD** |

I, Craig L. Briskin, declare under penalty of perjury as follows:

1. I am Senior Counsel with the non-profit law firm Justice Catalyst Law ("JCL"), with its primary office in New York, New York; several attorneys work remotely in the D.C. area. JCL represents consumers and employees in a wide variety of litigation and other advocacy efforts, with a focus on antitrust and consumer protection law.

2. I am one of the lawyers primarily responsible for prosecuting Plaintiffs' claims.

3. I make these statements based on personal knowledge and would so testify if called as a witness at trial.

**Background and Experience**

4. I received a Juris Doctor degree from Harvard Law School in 1998. I have represented consumers in antitrust and consumer protection class actions since 2001, including cases involving mortgage fraud. I currently serve as counsel for plaintiffs in numerous class action lawsuits, including *Fraser v. TeamHealth Holdings, Inc.,* Case No. 4:20-CV-4600 (JSW) (N.D. Cal.), a proposed RICO class action alleging overcharges for surprise medical bills, *Bodor v. Maximus*, Case No. 5:19-CV-5787 (EGS) (E.D. Pa.), an action alleging student loan servicing abuses by a contractor for the United States Department of Education, *Fusion Elite All Stars v. Varsity Brands, LLC*., Case No. 2:20-CV-260 (W.D. Tenn.), a case concerning alleged monopolization of markets for competitive cheerleading, and *Orage v. Amway Corp.*, No. RG20049773 (Cal. Super. Ct., Alameda County), a suit alleging that Amway misclassified its salespeople as independent contractors under California law. I am a member of the National Association of Consumer Advocates. I am admitted to the bars of the Commonwealth of Massachusetts, New York and the District of Columbia. I am also admitted to the bars of the United States District Courts for the Southern and Eastern Districts of New York, the District of Columbia, the U.S. Court of Appeals for the Ninth Circuit, and the United States Supreme Court.

5. Ben Elga is the Executive Director and founder of JCL. Mr. Elga received his J.D. from Harvard Law School in 2014. Justice Catalyst Law's work emphasizes the commercial and private rights violations that underlie systemic social and economic injustice. JCL applies a varied set of legal disciplines such as competition law, consumer protection,

1  employment law, civil rights, criminal justice, and environmental justice, often in contexts where
2  advocates have not previously focused on those disciplines.

3      6.    Prior to starting the firm, Mr. Elga was engaged in class practice in numerous
4  consumer and antitrust class actions including *In re: Automotive Parts Antitrust Litigation*, No.
5  12-md-02311 (E.D. Mich.), *In re: Packaged Seafood Products Antitrust Litigation*, No. 15-md-
6  2670 (S.D. Cal.), *Cason-Merenda v. Detroit Medical Center*, No. 06-15601 (E.D. Mich.), *Hadley
7  v. Subaru of America, Inc.*, No. 15-7210 (D.N.J.) (sparking the recall of defective cars whose
8  hoods flew open while driving), and *Noble v. Samsung Electronics America, Inc.,* No. 15-cv-
9  03713 (D.N.J.).

10     7.    Brian Shearer serves as the Litigation Director of JCL.  Mr. Shearer received his
11  J.D. from American University Washington College of Law in 2013.  He began working at the
12  Consumer Financial Protection Bureau while still in law school, and he became Director Richard
13  Cordray's Senior Advisor in 2017, leading the CFPB's policy efforts concerning the student loan
14  industry, overseeing a number of examinations and working on enforcement actions concerning
15  the Fair Credit Reporting Act and other consumer law.  In 2018, he helped launch Justice
16  Catalyst Law.  Mr. Shearer is admitted to the bar of the Commonwealth of Virginia.

17  **Class Counsel Fees and Costs**

18     8.    JCL has expended 147.9 hours on this litigation, with an average hourly rate of
19  $732.61 for a total of $108,353.40.  Class Counsel expects its lodestar to grow through
20  preliminary and final approval, including responding to Class Member inquiries, appearing for
21  hearings, and other administrative and briefing tasks.  A more detailed analysis of these hours is
22  included with the Declaration of Ossai Miazad, submitted herewith.

23     9.    The rates charged by our attorneys are reasonable and within the range of
24  appropriate market rates charged by attorneys with comparable experience levels for litigation of
25  a similar nature.

26     10.    We do not provide legal services for which we charge by the hour.  All of our
27  work is performed on a contingency basis.

28     11.    We set the rates for Ben Elga, Kelly Jo Popkin, and Laura Dismore based on what

1   other law firms bill in the New York area.

2   12. Ben Elga is in his seventh year of practice. He is the founder and Executive
3   Director of Justice Catalyst Law, with a role that is equivalent to a founding or named partner at
4   a private law firm.

5   13. Partner rates in the Southern District of New York "in excess of $1,000 an hour[]
6   are by now not uncommon in the context of complex commercial litigation." *U.S. Bank Nat'l
7   Ass'n v. Dexia Real Estate Capital Mkts.*, 12 Civ. 9412 (PAE), 2016 U.S. Dist. LEXIS 165268,
8   at *26 (S.D.N.Y. Nov. 30, 2016) (awarding partner rate of $1,055 per hour); *see also Vista
9   Outdoor, Inc. v. Reeves Family Trust*, 16 Civ. 5766 (JSR), 2018 U.S. Dist. LEXIS 102224, at
10  *15-16 (S.D.N.Y. May 24, 2018) (awarding partner rate of $1,170 per hour); *MSC
11  Mediterranean Shipping Co. Holding SA v. Forsyth Kownacki LLC*, 16 Civ. 8103 (LGS), 2017
12  U.S. Dist. LEXIS 49540, at *8 (S.D.N.Y. Mar. 30, 2017) (awarding partner rate of $1,048.47 per
13  hour); *see also Themis Capital v. Democratic Republic of Congo*, 09 Civ. 1652 (PAE), 2014 U.S.
14  Dist. LEXIS 124208, at *21-22 (S.D.N.Y. Sept. 4, 2014) (approving average partner rates of
15  $871.04/hour as reasonable in complex litigation); *United States ex rel. Fox Rx, Inc.*, 2015 U.S.
16  Dist. LEXIS 49477, at *5-6 (approving $836/hour partner rate in a 2015 False Claims Act case);
17  *Woburn Retirement Sys. v. Salix Pharms., Ltd.*, 14-CV-8925 (KMW), 2017 U.S. Dist. LEXIS
18  132515, at *15 (S.D.N.Y. Aug. 18, 2017) (approving partner rates of $995); Opinion and Order
19  at 48, *In re Bioscrips, Inc. Secs. Litig.*, 12-cv-6922 (AJN), Dkt. 134 (S.D.N.Y. July 26, 2017)
20  (approving partner rates between $700 and $975); *In re Credit Default Swaps Antitrust Litig.*,
21  No. 13-md-2476 (DLC), 2016 U.S. Dist. LEXIS 54587, at *54 (S.D.N.Y. Apr. 26, 2016)
22  (approving partner rates between $834 and $1,125), *Regeneron Pharms., Inc. v. Merus, N.V.*, 14-
23  cv-1650 (KBF), 2018 U.S Dist. LEXIS 115661, at *12 (S.D.N.Y. June 25, 2018) (approving
24  partners rates up to $908 per hour); *In re Flag Telecom Holdings Ltd. Sec. Litig.*, 02 Civ. 3400
25  (WCC), 2010 U.S. Dist. LEXIS 119702, at *75 (S.D.N.Y. Nov. 8, 2010) (approving partner rates
26  of $950).

27  14. In recognition of the fact that 6 years of experience is likely lower than the
28  average amount of experience for partners, we assigned Mr. Elga a rate at the lowest rate we

found in our survey: $700 per hour.

15.   Kelly Jo Popkin and Laura Dismore are both in their fourth year of practice, and equivalent to associates. Precedent supports hourly associate rates in the range of $450–$700 in the Southern District of New York. Since as far back at 2015, Judge Cote approved a rate of $631.75 for an eighth-year associate and $541.50 for a fourth-year associate, while finding that average associate hourly billing rates were well above those amounts. *Id*. Other cases have similarly approved associate rates ranging from $400–$700 per hour. *See, e.g., Vista Outdoor*, 16 Civ. 5766 (JSR), 2018 U.S. Dist. LEXIS, at * 15-16 (S.D.N.Y. May 24, 2018) (awarding associate rates up to $693 per hour); Opinion and Order at 48, *In re Bioscrips, Inc. Secs. Litig.*, 12-cv-6922 (AJN), Dkt. 134 (S.D.N.Y. July 26, 2017) (approving associate hourly rates between $450 and $550); *In re Credit Default Swaps Antitrust Litig.*, No. 12-MD-2476 (DLC), 2016 U.S. Dist. LEXIS 54587 (S.D.N.Y. Apr. 26, 2016) (approving associate rates up to $714 per hour); *Themis Capital v. Democratic Republic of Congo*, 09 Civ. 1652 (PAE), 2014 U.S. Dist. LEXIS 124208, at *21-22 (S.D.N.Y. Sept. 4, 2014) (approving average associate hourly rate of $505.55).

16.   We set Ms. Popkin's and Ms. Dismore's rates at the low end of this range: $450 per hour.

17.   We based the rates for Brian Shearer and me using the Legal Services Index *Laffey* Matrix because we both live and work in Washington, DC and courts use the LSI *Laffey* Matrix to estimate the value of legal services in this area. *DL v. District of Columbia*, 924 F.3d 585 (D.C. Cir. 2019); *Salazar v. District of Columbia*, 809 F.3d 58, 65 (D.C. Cir. 2015) ("[The LSI *Laffey* Matrix] is probably considered a conservative estimate of the actual cost of legal services in this area."). According to the most recent LSI *Laffey* Matrix, Brian Shearer's rate is $661 per hour and my rate is $899 per hour.

18.   JCL also sustained $1241.99 in costs:

| Date | Description | Amount |
|---|---|---|
| 10/22/19 | Pro hac vice admission for Brian Shearer | $310 |
| 10/22/19 | Pro hac vice admission for Benjamin Elga | $310 |
| 10/22/19 | Pro hac vice admission for Craig Briskin | $310 |
| 11/30/19 | Airfare to Hearing on 12/13/19 (hearing was cancelled but purchase was non-refundable) | $311.99 |
| **Total** | | **$1241.99** |

19. All of these fees and costs were reasonably expended for the benefit of the class.

I declare under penalty of perjury, under 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Dated:   September 25, 2020
         Washington, DC

                                        Respectfully submitted,

                                        By:  /s *Craig L. Briskin*

-2-
Case No. 19-cv-04065-MMC