# Exhibit G

Jahan C. Sagafi (Cal. Bar No. 224887)
Rachel Dempsey (Cal. Bar No. 310424)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
jsagafi@outtengolden.com
rdempsey@outtengolden.com

Daniel S. Stromberg*
Hannah Cole-Chu*
OUTTEN & GOLDEN LLP
601 Massachusetts Avenue, 200W
Washington, D.C. 20001
Telephone: (202) 847-4400
Facsimile: (202) 847-4410
dstromberg@outtengolden.com
hcolechu@outtengolden.com

Ossai Miazad*
Michael N. Litrownik*
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
om@outtengolden.com
mlitrownik@outtengolden.com

Thomas A. Saenz (Cal. Bar No. 159430)
Belinda Escobosa Helzer (Cal. Bar No. 214178)
MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
634 S. Spring St., 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266
tsaenz@maldef.org
bescobosa@maldef.org

*Attorneys for Plaintiffs and the Proposed Class*
Additional counsel listed on signature page
*admitted *pro hac vice*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITZIE PEREZ and SERGIO BARAJAS, individually, and ANDRES ACOSTA, TERESA DIAZ VEDOY, VICTORIA RODAS, and SAMUEL TABARES VILLAFUERTE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.<br><br>Defendant. | Case No. 17-cv-00454-MMC<br><br>**DECLARATION OF DAVID A. LOWE IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEY'S FEES, COSTS, AND SERVICE AWARDS** |

I, David A. Lowe declare as follows:

1. I am a partner at Rudy, Exelrod, Zieff & Lowe, LLP. I make these statements based on personal knowledge and would so testify if called as a witness.

2. This Declaration is submitted in support of plaintiffs' Motions for Approval of Attorneys' Fees, Costs, and Service Awards in the above-captioned matter and in *Peña v. Wells Fargo*, 19-cv-4065, a related case.

3. I am a member in good standing of the bar of the State of California, as well as the U.S. District Court for the Northern District of California.

**My Background and Experience**

4. I have been an active member of the California State Bar since graduating from law school in 1995. I joined my firm in 1996 and have practiced employment law exclusively since then in state and federal courts throughout California. Many clients retain me by the hour, and my current hourly rate is $950. My firm has exclusively litigated individual and class action employment cases for over thirty years.

5. I have served as lead trial counsel in numerous individual and class action trials and arbitrations throughout California. For example, in 2006, I was lead trial counsel in *Chau v. Starbucks,* a tip pooling class action in San Diego Superior Court on behalf of over 100,000 workers, which resulted in an award of $105 million after a six week trial (later reversed on appeal). In the last five years, I have been lead trial counsel in three jury trials that led to a verdict and in six arbitration hearings that led to an award. In March 2015, I was lead trial counsel in *Cerbone v. Diocese of Sacramento*, an individual wrongful termination case in Sacramento Superior Court that resulted in a judgment of $4 million following a jury verdict. In September 2015, I was lead trial counsel in *Kurtz v. Dignity Health*, an individual disability discrimination case in Kern County Superior Court that resulted in a jury verdict of over a million dollars in compensatory damages and then settled during the punitive damages phase. In July 2017, I was lead trial counsel in *Carman v. C3 Energy*, a complex employment matter involving wrongful termination and unpaid compensation claims, as well as counterclaims for theft of trade

secrets and breach of contract and fiduciary duty; the jury rejected our client's wrongful termination and compensation claims but found in his favor on the counterclaims.

6. I served on the Board of Directors of the Bar Association of San Francisco ("BASF") and as the chair of the Labor and Employment Section (2010-2012). I also served as Chair of the International Bar Association's Equality and Discrimination Law Committee and as a member of the Class Action Task Force. In addition, I am the immediate past Chair of the Board of Directors of the Lawyers Committee for Civil Rights in the Bay Area.

7. The California *Daily Journal* has repeatedly included me on its list of the "Top Employment Lawyers in California." I was honored in 2008 to receive *California Lawyer'*s "Attorney of the Year ("CLAY") Award for "extraordinary achievement" in employment law. In addition, I have been recognized by my peers as a Northern California "Super Lawyer" each year since 2006 and more recently as one of the "Top 100" lawyers in Northern California each year since 2013. I was selected by *Best Lawyers* as the "Lawyer of the Year-Employment Law" in San Francisco for 2016 and the "Lawyer of the Year-Employment Litigation" in San Francisco for 2017 and 2018.

8. I am one of the four authors of The Rutter Group "Employment Litigation" California Practice Guide (The Rutter Group 2014), along with California Supreme Court Justice Ming Chin, Ninth Circuit Court of Appeals Judge Consuelo Callaghan, and Fifth District Court of Appeal Justice Rebecca Wiseman (Ret.). In addition, I am a Chapter Author, "Litigation of International Employment Disputes," *International Labor and Employment Laws* (Bloomberg/BNA, 3rd ed. 2009 and cumulative supplements), among other treatise chapters. I also co-authored *Library of California Employment Law Forms* (ALM Media Properties, LLC 2012). I have been asked to speak, write articles, and opine on various labor and employment topics throughout California and internationally. A number of my cases have also received local, national and international press coverage, and I have been quoted regarding those cases and interviewed many times for news and television shows.

**Plaintiffs' Motion and the Underlying Litigation**

9. I have been asked to express my opinion as to the hourly rates being charged by Class Counsel in the *Perez v. Wells Fargo* and *Peña v. Wells Fargo* cases. I am familiar with the work of Outten & Golden generally and Jahan Sagafi in particular.

10. I understand that the *Perez v. Wells Fargo* litigation involved claims brought by DACA recipients who were denied credit and loan products by Wells Fargo. The plaintiffs brought claims of alienage discrimination under 42 U.S.C. § 1981 and California's Unruh Act challenging those denials on behalf of themselves and California and nationwide classes of DACA recipients. I understand that this litigation spanned more than three years and was heavily litigated, including extensive motion practice at the pleading stage, voluminous discovery and briefing of discovery disputes, 18 fact and expert depositions, and briefing of the class certification motion. I understand that the relief achieved by the plaintiffs and Class Counsel includes up to $2,500 in cash payments to class members and programmatic relief whereby Wells Fargo has agreed to change its lending policies and make credit and loans available to DACA recipients on the same terms and conditions as it offers credit to U.S. citizens.

11. I understand that the *Peña v. Wells Fargo* litigation involved claims brought by a DACA recipient who was denied a direct auto loan product by Wells Fargo. The plaintiff brought claims of alienage discrimination under 42 U.S.C. § 1981, California's Unruh Act, the Equal Credit Opportunity Act, and the Fair Credit Reporting Act challenging that denial on behalf of himself and California and nationwide classes of DACA recipients. I understand that the complaint in this case was filed in July 2019 and, since that time, the parties briefed multiple motions, the plaintiff amended the complaint twice, and the parties exchanged written discovery. I understand that the relief achieved by the plaintiff and Class Counsel includes up to $2,500 in cash payments to class members and programmatic relief whereby Wells Fargo has agreed to change its auto lending policies and make direct auto loans available to DACA recipients on the same terms and conditions as it offers credit to U.S. citizens.

12. I have litigated complex class action employment matters as co-counsel with Jahan Sagafi and his colleagues at Outten & Golden LLP during my career. In the course of that work, I have found that Mr. Sagafi and his colleagues at the firm are exceptionally sophisticated, ethical, and knowledgeable class action attorneys. They are strategic, efficient, hardworking, and committed to obtaining the best possible results for the class. They are a role model for other attorneys.

13. I have reviewed the hourly rates for which Class Counsel seek compensation in these cases, including $950 for Jahan Sagafi (law school class of 2001), $850 for Ossai Miazad (2004), $525 for Michael N. Litrownik (2010), $450 for Elizabeth Stork and Relic Sun (both 2013), $375 for Rachel W. Dempsey (2015), $325 for Hannah Cole-Chu (2017), and $270 for paralegals. In my opinion, Class Counsel's hourly rates are well within the range of market rates charged by Bay Area attorneys for equivalent experience, skill, and expertise for comparable litigation and are otherwise reasonable rates for the high level of work done by the Outten & Golden firm.

14. The hourly rates charged by Outten & Golden are also comparable to my rates and those of attorneys at my firm. My current billing rate is $950 per hour—the same as Mr. Sagafi. This is the hourly rate that I consistently and routinely charge to my clients who pay me on an hourly basis. Although my hourly rates have increased over time, I have always submitted the same hourly rate for approval in fee shifting matters as I use to bill my hourly clients, and I have never had my hourly rate reduced by a court. At my firm, partners charge hourly rates of $625-950, associates charge hourly rates of $510-550, and paralegals charge hourly rates of $290. Therefore, I believe the rates billed by Class Counsel to be reasonable.

\*   \*   \*

- 4 -

DECLARATION OF DAVID A. LOWE IN SUPPORT OF
PLAINTIFFS' FEE AND COST MOTION
CASE NO. 17-CV-00454-MMC


1  I declare, under penalty of perjury, under the laws of the State of California that the
2  foregoing is true and correct.  Executed this 23rd day of September, 2020 at San Francisco,
3  California.

_____
David A. Lowe