# Exhibit I

| | |
|---|---|
| Jahan C. Sagafi  (Cal. Bar No. 224887)<br>Rachel Dempsey (Cal. Bar No. 310424)<br>OUTTEN & GOLDEN LLP<br>One California Street, 12th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 638-8800<br>Facsimile:  (415) 638-8810<br>jsagafi@outtengolden.com<br>rdempsey@outtengolden.com | Ossai Miazad*<br>Michael N. Litrownik*<br>OUTTEN & GOLDEN LLP<br>685 Third Avenue, 25th Floor<br>New York, NY 10017<br>Telephone: (212) 245-1000<br>Facsimile: (646) 509-2060<br>om@outtengolden.com<br>mlitrownik@outtengolden.com |
| Brian James Shearer*<br>Craig L. Briskin*<br>JUSTICE CATALYST LAW<br>718 7th Street NW<br>Washington, D.C. 20001<br>Telephone: (518) 732-6703<br>brianshearer@justicecatalyst.org<br>cbriskin@justicecatalyst.org | Benjamin D. Elga*<br>JUSTICE CATALYST LAW<br>81 Prospect Street, 7th Floor<br>Brooklyn, NY 11201<br>Telephone: (518) 732-6703<br>belga@justicecatalyst.org |

*Attorneys for Plaintiff and the Proposed Class*
*admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>           v.<br><br>WELLS FARGO BANK, N.A.,<br><br>           Defendant. | Case No. 19-cv-04065-MMC<br><br>**DECLARATION OF EDUARDO PEÑA IN SUPPORT OF MOTION FOR SERVICE AWARD** |

I, Eduardo Peña, declare as follows:

1. I make this statement based on my personal knowledge and, if called as a witness, could and would testify as to its contents. I am a DACA recipient, resident of Illinois, and the Class Representative in this lawsuit.

**Protecting the Interests of the Class**

2. I joined this lawsuit as a plaintiff and Class Representative over a year ago because I believed that it was unjust for Wells Fargo to deny me an auto loan even though I met all of the criteria to obtain the loan other than the requirements related to immigration status. In bringing the lawsuit, I was hoping not only to remedy my own situation, but also to open up opportunities for people like me to obtain loans.

3. In today's economy, very few people are able to do things like buy a car in cash. As a result, shutting people off from access to loans puts them at a major disadvantage. For me, Wells Fargo's policy preventing me from getting an auto loan forced me to make significant changes to my life decisions. Because my wife and I had only one car and were prevented from getting a second one, we were forced to move so that we could be closer to work and wouldn't have to depend on cars to get around.

4. I'm grateful that if the class action settlement is approved, it will result in a change to Wells Fargo's lending policy and provide new access to credit to people who weren't able to access credit before. I'm also proud and satisfied that people in the class will get the damages they're owed under the laws against discrimination.

5. I understand the responsibilities of a Class Representative and I take them seriously. I have continued to fulfill my duties to the Class throughout the case. I have played an active part in the case and remained in close contact with my attorneys at Outten & Golden LLP. I have carefully represented the Class's interests, including fulfilling my duty to think of the Class Members' interests just as I think of my own.

6. No one promised me money to serve as a Class Representative. I approved the settlement, including the amount and the changes to Wells Fargo's policies, because I think it's in the best interests of the Class Members.

**The Time and Effort I Spent on This Lawsuit**

7. Since I joined this lawsuit, I estimate that I have spent approximately 60 hours on my Class Representative duties, including participating in interviews with Class Counsel, talking with Class Counsel about the case, participating in discovery, reviewing filings and other documents, and reviewing the settlement agreement and talking to my lawyers about the settlement. The time I estimate I spent on this case is as follows:

   a. I spent about 20 hours before the complaint was filed talking with Class Counsel about my claims, helping Class Counsel draft the complaint, and reviewing the complaint.

   b. I spent a total of about 40 hours responding to written discovery, including providing my attorneys with my telephone records, correspondence with Wells Fargo, emails with Wells Fargo representatives, and access to my Wells Fargo loan application.

   c. I spent a total of approximately 2-3 hours reviewing the settlement agreement, talking with my attorneys about the settlement agreement, and reviewing and talking with my attorneys about the preliminary approval filings.

**My Reasonable Fears of Negative Consequences**

8. I was very nervous to put my name on this lawsuit, especially when it started receiving media coverage and national news stories started to be written about my role in the case. In this political environment, letting people know that I had DACA was a huge concern. I was worried that I might face negative repercussions at my job if my employer found out about my role in this case, and was also worried more generally about being judged or labeled by acquaintances or anyone else who found out about my immigration status or my role in this case.

9. I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct, and that this declaration was executed on 9/23/2020 in Homer Glen, Illinois.

/s/ Eduardo Peña