United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO PENA,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No. 19-cv-04065-MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPIES** |

On September 25, 2020, plaintiff electronically filed his "Motion for Approval of Attorneys' Fees, Costs, and Service Award," as well as a declaration in support thereof, to which several exhibits are attached.

Given the large number of pages comprising said filings, plaintiff is hereby DIRECTED to submit forthwith a chambers copy of each of the above-referenced documents. See General Order No. 72-6 (suspending local rules requiring chambers copies "unless a judge orders otherwise in a specific case").

**IT IS SO ORDERED.**

Dated: October 2, 2020

*[signature]*
MAXINE M. CHESNEY
United States District Judge