# Exhibit B

*Pena v. Wells Fargo Bank, N.A.*, Case No. 19-cv-04065-MMC
Final Approval: Class Counsel Lodestar Summary - Phase of Litigation

| Task | Sum of Hours | Sum of Amount |
|---|---|---|
| **Complaints and amended complaints** | **153.4** | **$ 72,323.90** |
| Briskin, Craig | 8.2 | $ 7,371.80 |
| Dismore, Laura | 5.5 | $ 2,475.00 |
| Elga, Benjamin | 0.4 | $ 280.00 |
| Hannah Cole-Chu | 2.3 | $ 747.50 |
| Michael N. Litrownik | 52.5 | $ 27,562.50 |
| Miguel Tapia Colin | 17.8 | $ 4,806.00 |
| Ossai Miazad | 7.2 | $ 6,120.00 |
| Popkin, Kelly Jo | 10.3 | $ 4,635.00 |
| Rachel W. Dempsey | 15 | $ 5,625.00 |
| SF Law Clerk | 24.1 | $ 6,025.00 |
| Shearer, Brian | 10.1 | $ 6,676.10 |
| **Discovery** | **145.9** | **$ 73,815.40** |
| Briskin, Craig | 7.1 | $ 6,382.90 |
| Daniel Stromberg | 19.3 | $ 13,992.50 |
| Michael N. Litrownik | 61.5 | $ 32,287.50 |
| Miguel Tapia Colin | 16.2 | $ 4,374.00 |
| Ossai Miazad | 4.1 | $ 3,485.00 |
| Rachel W. Dempsey | 27.8 | $ 10,425.00 |
| Sara Olson | 9.4 | $ 2,538.00 |
| Shearer, Brian | 0.5 | $ 330.50 |
| **Fee and final approval** | **91.1** | **$ 36,602.40** |
| Briskin, Craig | 1.5 | $ 1,348.50 |
| Elga, Benjamin | 0.2 | $ 140.00 |
| Hannah Cole-Chu | 30.7 | $ 9,977.50 |
| Michael N. Litrownik | 7.2 | $ 3,780.00 |
| Miguel Tapia Colin | 15.1 | $ 4,077.00 |
| Ossai Miazad | 7.4 | $ 6,290.00 |
| Rachel W. Dempsey | 28.6 | $ 10,725.00 |
| Shearer, Brian | 0.4 | $ 264.40 |
| **Miscellaneous Filings and Motions** | **53.2** | **$ 24,994.60** |
| Briskin, Craig | 0.5 | $ 449.50 |
| Daniel Stromberg | 0.2 | $ 145.00 |
| Michael N. Litrownik | 29.2 | $ 15,330.00 |
| Miguel Tapia Colin | 14.3 | $ 3,861.00 |
| Ossai Miazad | 3.5 | $ 2,975.00 |
| Rachel W. Dempsey | 4.9 | $ 1,837.50 |
| Shearer, Brian | 0.6 | $ 396.60 |

*Pena v. Wells Fargo Bank, N.A.*, Case No. 19-cv-04065-MMC
Final Approval: Class Counsel Lodestar Summary - Phase of Litigation

| Task | Sum of Hours | Sum of Amount |
|---|---|---|
| **Motions to Dismiss and Stay** | **203.6** | **$ 116,913.70** |
| Briskin, Craig | 29.4 | $ 26,430.60 |
| Hannah Cole-Chu | 1 | $ 325.00 |
| Michael N. Litrownik | 57.6 | $ 30,240.00 |
| Miguel Tapia Colin | 11 | $ 2,970.00 |
| NY Law Clerk | 8.9 | $ 2,225.00 |
| Ossai Miazad | 10.3 | $ 8,755.00 |
| Popkin, Kelly Jo | 6.3 | $ 2,835.00 |
| Rachel W. Dempsey | 32 | $ 12,000.00 |
| Shearer, Brian | 47.1 | $ 31,133.10 |
| **Preliminary approval** | **94.4** | **$ 42,362.60** |
| Briskin, Craig | 8.4 | $ 7,551.60 |
| Hannah Cole-Chu | 28.8 | $ 9,360.00 |
| Michael N. Litrownik | 9.9 | $ 5,197.50 |
| Miguel Tapia Colin | 16.3 | $ 4,401.00 |
| Ossai Miazad | 8.9 | $ 7,565.00 |
| Rachel W. Dempsey | 22.1 | $ 8,287.50 |
| **Settlement negotiations/term sheet/agreement** | **92.6** | **$ 57,681.80** |
| Briskin, Craig | 8.7 | $ 7,821.30 |
| Elga, Benjamin | 1.2 | $ 840.00 |
| Hannah Cole-Chu | 8.5 | $ 2,762.50 |
| Michael N. Litrownik | 32.8 | $ 17,220.00 |
| Miguel Tapia Colin | 0.7 | $ 189.00 |
| Ossai Miazad | 27.7 | $ 23,545.00 |
| Rachel W. Dempsey | 11.5 | $ 4,312.50 |
| Shearer, Brian | 1.5 | $ 991.50 |
| **Grand Total** | **834.2** | **$ 424,694.40** |