Jahan C. Sagafi (Cal. Bar No. 224887)
Rachel Dempsey (Cal. Bar No. 310424)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
jsagafi@outtengolden.com
rdempsey@outtengolden.com

Brian James Shearer*
Craig L. Briskin*
JUSTICE CATALYST LAW
718 7th Street NW
Washington, D.C. 20001
Telephone: (518) 732-6703
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org

Ossai Miazad*
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
om@outtengolden.com

Benjamin D. Elga*
JUSTICE CATALYST LAW
81 Prospect Street, 7th Floor
Brooklyn, NY 11201
Telephone: (518) 732-6703
belga@justicecatalyst.org

*Attorneys for Plaintiff and the Proposed Class*
*admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 19-cv-04065-MMC<br><br>**DECLARATION OF JENNIFER M. KEOUGH REGARDING SETTLEMENT ADMINISTRATION** |

I, JENNIFER M. KEOUGH, declare and state as follows:

1. I am Chief Executive Officer at JND Legal Administration ("JND"). The following statements are based on my personal knowledge and information provided to me by other JND employees working under my supervision. If called on to do so, I could and would testify competently thereto.

2. JND is serving as the Settlement Administrator[1] in the above-captioned litigation ("Action") for the purposes of administering the Settlement Agreement and Release ("Agreement"), preliminarily approved by the Court in its Order Preliminarily Approving Settlement and Providing for Notice ("Preliminary Approval Order"), which was entered on August 21, 2020.

3. This declaration is meant to supplement my declaration dated on September 23, 2020. I submit this Declaration at the request of the Parties in the Action to report on the implementation of the Notice plan and settlement administration.

## CAFA NOTICE

4. In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, JND compiled a CD-ROM containing the following documents:

   a. Class Action Complaint and Demand for Jury Trial, filed on July 16, 2019;

   b. First Amended Class Action Complaint and Demand for Jury Trial, filed on September 27, 2019;

   c. Second Amended Class Action Complaint and Demand for Jury Trial, filed on January 17, 2020;

   d. Notice of Motion and Motion for Preliminary Settlement Approval Order, filed on June 16, 2020;

   e. Declaration of Ossai Miazad in Support of Plaintiff's Unopposed Motion

---

[1] Capitalized terms used and otherwise not defined in this Declaration shall have the meanings given such terms in the Settlement Agreement.

-1-

1  for Certification of the Settlement Class and Preliminary Approval of the Class Action
2  Settlement, filed on June 16, 2020;

3     f.    Settlement Agreement and Release, filed on June 16, 2020, including the
4  proposed Notices, Claim Form, Preliminary Approval Order, and Final Judgment; as well as the
5  Chart of Past Distributions;

6     g.    Order Continuing Hearing on Motion for Preliminary Settlement
7  Approval; Deeming Motion for Class Certification Withdrawn, filed on June 18, 2020.

8     5.    The CD-ROM was mailed on June 26, 2020, to the appropriate Federal and State
9  officials identified in the attachment with an accompanying cover letter, a copy of which is
10  attached hereto as **Exhibit A**.

## NOTICE LIST DATA

12     6.    On September 1, 2020, JND received from Defendant's Counsel one spreadsheet
13  containing, among other information, the names, mailing addresses, Application IDs,
14  Application Dates, e-mail addresses, and Social Security Numbers (to the extent available) of
15  individuals identified as potential Class Members. The spreadsheet contained contact
16  information and other identifying data for a total of 1,627 records.

17     7.    JND updated the Notice List address information for 238 records using data from
18  the National Change of Address ("NCOA") database.[2] Further, JND analyzed the raw data to
19  remove duplicate records and consolidate records among co-borrowers. JND removed 171
20  records that were duplicative or consolidated onto a Notice record, resulting in 1,456 unique
21  records of potential Class Members.

## E-MAIL NOTICE CAMPAIGN

23     8.    On September 25, 2020, JND commenced an e-mail campaign to send the Notice
24  and Claim Form to 1,059 individuals who had valid e-mail addresses from the data. The Notice

---

[2] The NCOA database is the official United States Postal Service ("USPS") technology product which makes change of address information available to mailers to help reduce undeliverable mail pieces before mail enters the mail stream. This product is an effective tool to update address changes when a person has completed a change of address form with the USPS. The address information is maintained on the database for 48 months.

-2-

1  and Claim Form were included as attachments to the e-mail. Of the total e-mails sent, 118 were
2  returned as undeliverable. A representative copy of the e-mail Notice is attached hereto as
3  **Exhibit B**.

### NOTICE MAILING

9. Pursuant to the terms of the Agreement, on September 25, 2020, JND sent the Court-approved Notice and Claim Form via U.S. Postal Service first-class mail to the 1,456 potential Class Members on the Notice List. Representative copies of the Notice and Claim Form are attached hereto as **Exhibit C**.

10. As of the date of this Declaration, JND tracked 189 Notices that were returned to JND as undeliverable. Of these undeliverable Notices, JND re-mailed seven (7) Notices to forwarding addresses provided by the USPS. For the remaining undeliverable Notices, JND conducted advanced address searches and received updated address information for 85 records. JND re-mailed the Notice to the 85 individuals.

11. As of the date of this Declaration, 1,401 records were e-mailed or mailed a Notice and Claim Form which were not returned as undeliverable, representing nearly 96.2% of total unique records from the Notice List.

### REMINDER NOTICE

12. On October 26, 2020, JND sent the Court-approved Reminder Notice to 1,051 individuals (with valid e-mail addresses) who JND could not confirm receipt of a claim. Of the total Reminder Notices sent, 68 were returned as undeliverable.

### SETTLEMENT WEBSITE

13. On September 25, 2020, JND established a dual-language Settlement Website (www.WFDACALawsuit.com), which hosts copies of important case documents (including, but not limited to, downloadable copies of the Notice and Claim Form in English and Spanish, the Settlement Agreement and Release, Preliminary Approval Order, the Plaintiffs' Second Amended Complaint and the Motion for Attorneys' Fees, Costs, and Service Awards). The Settlement Website also allowed Class Members to submit claims electronically.

-3-

Case No. 19-cv-04065-MMC

DECLARATION OF
JENNIFER M. KEOUGH

14. As of the date of this Declaration, the Settlement Website has tracked 20,379 unique users who registered 85,930 pageviews.

### TOLL-FREE TELEPHONE NUMBER

15. On September 25, 2020, JND established a dedicated, dual-language toll-free telephone number (1-877-313-0209) for Class Members to call for information related to the Settlement. The toll-free number is accessible 24 hours day, seven (7) days a week.

16. As of the date of this Declaration, the toll-free number has received 43 calls.

### CLAIMS RECEIVED

17. The Notice informs recipients that any Class Member who would like to be eligible to receive a settlement payment must submit a timely postmarked Claim Form to the Settlement Administrator by mail (or submitted online via the Settlement Website) no later than November 24, 2020.

18. As of the date of this Declaration, JND has received 39 timely Claim Forms (35 online, four (4) submitted by mail or e-mail). Of these, four (4) forms were submitted by individuals on the Notice List who potentially belong to the National (or Nationwide) Class, and three (3) forms were submitted by individuals on the Notice List who potentially belong to the California Class.[3] The remaining 32 forms have not been associated with a record on the Notice List and are under review. Of the 32 forms that were not associated with a record on the Notice List, 20 were submitted by individuals who are included on the Notice List in *Perez v. Wells Fargo*, No. 17 Civ. 4054 (N.D. Cal.). JND will review the claim submissions in the *Perez* matter to confirm if any of these individuals inadvertently submitted their Claim Form to *Perez* instead of *Peña*. JND will provide an update to the Court if additional *Peña* claims are found. JND is continuing to process, review and validate the claims submitted.

---

[3] Prior to determining whether these individuals are part of the National Class or California Class, JND must review and verify any Official Documentation that was (or will be submitted) to supplement these claim submissions. Official Documentation is defined as either (1) an I-797 Approval Notice from an I-821D, or (2) a Work Authorization Card containing the code "C-33" to show either current, valid and unexpired DACA status or valid and unexpired DACA status at the time of the denial of the application.

**OPT-OUTS**

19. The Notice informs recipients that in order for Class Members to request exclusion (or "opt out") of the Settlement, they must submit the Request to Opt Out page ("Opt-Out Form") to the Settlement Administrator, postmarked no later than November 24, 2020.

20. In order for the opt-out to be valid under the Agreement, the Opt-Out Form must: (a) identify the case name; (b) identify the name and address of the person requesting exclusion; (c) be personally signed by the person requesting exclusion; (d) contain a statement that indicates a desire to be excluded from the Settlement Class, such as "I hereby request that I be excluded from the proposed Settlement Class in the Action"; and (e) affirm that the individual had valid and unexpired DACA status and were denied one of the relevant credit products. In addition, the Class Member must also provide Official Documentation, defined as either (1) an I-797 Approval Notice from an I-821D; or (2) a Work Authorization Card containing the code "C-33" to show either current, valid and unexpired DACA status or valid and unexpired DACA status at the time of the denial of the application.

21. As of the date of this Declaration, JND has not received any Opt-Out forms.

**OBJECTIONS**

22. In order for an objection to be valid, the Agreement requires the Class Member to file the Objection form with the Court and include (a) the case name and number; (b) the name, address, telephone number of the Settlement Class Member objecting and, if represented by counsel, of his/her counsel; (c) the reasons for the objection; (d) a statement of whether he/she intends to appear at the Final Approval Hearing, either with or without counsel; and (e) affirm that the individual had valid and unexpired DACA status and was denied one of the relevant credit products. The Objection must also include the Official Documentation as set forth in Section 12 of the Agreement. Class Members were required to mail the Objection form to the Court and provide the Official Documentation to JND.

23. As of the date of this Declaration, JND is not aware of any Objection forms that were timely filed with the Court.

24. JND received one (1) Objection form. However, since the Objection form was not filed with the Court, does not fulfill the requirements outlined in Paragraph 22, and did not include Official Documentation, it was determined to be invalid. A copy of the Objection form is attached hereto as **Exhibit D**.

I declare under penalty of perjury pursuant to the laws of the United States of America and the State of Washington that the foregoing is true and correct.

Dated: December 23, 2020

Respectfully submitted,

By: *[signature]*
Jennifer M. Keough

-6-

Case No. 19-cv-04065-MMC

DECLARATION OF JENNIFER M. KEOUGH