# EXHIBIT A

**McGuireWoods LLP**
Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
Tel 412.667.6000
Fax 412.667.6050
www.mcguirewoods.com

**McGUIREWOODS**

June 26, 2020

---

**Class Action Fairness Act – Notice to Federal and State Officials**

---

*Re:    Eduardo Peña, et al. v. Wells Fargo Bank, N.A., Case No. **19-cv-04065-MMC***

Dear Sir or Madam:

We represent Defendant Wells Fargo Bank, N.A. ("Wells Fargo" or "Defendant") in the above-captioned action (the "Peña Action"). Pursuant to 28 U.S.C. § 1715, this notice is to inform you of a proposed class action settlement of the Peña Action – a lawsuit currently pending in the United States District Court for the Northern District of California (Chesney, J.). The lawsuit asserts allegations that Wells Fargo discriminated against individuals with DACA status, or Deferred Action for Childhood Arrivals, by failing to make available direct auto loans to them on the same terms as United States citizens, allegedly in violation of Section 1981 of the Civil Rights Act and the California Unruh Act. Further, the lawsuit asserts that Wells Fargo improperly pulled credit of DACA applicants in violation of the Fair Credit Reporting Act and did not provide an accurate reason for the denial in violation of the Equal Credit Opportunity Act.

In accordance with 28 U.S.C. § 1715(b), settling Defendant Wells Fargo states as follows:

1)  The original complaint and amended complaints in the Peña Action, as well as all attachments thereto, are contained on the enclosed CD. In addition, the original complaint, amended complaints, and all other pleadings and records filed in the Peña Action are available on the Internet through the federal government's Pacer service at https://ecf.cand.uscourts.gov/cgi-bin/login.pl. Additional information about the Pacer service may be found at https://pcl.uscourts.gov.

2)  At this time, the Court has not ruled on preliminary approval of the parties' proposed class action settlement ("Preliminary Approval Order"). The motion seeking preliminary approval, along with all of the attachments to it, is included on the enclosed CD. The hearing on the motion for preliminary approval is currently set for July 24, 2020. At this time, the hearing for final approval of the settlement has not been scheduled.

3)  The proposed form of direct notice to class members, which provides notice of the proposed settlement and each class member's right to request exclusion from the class action, is included on the enclosed CD.

June 26, 2020
Page 2

4) The parties' proposed class action settlement agreement dated as of June 16, 2020, including all exhibits ("Settlement Agreement"), is included on the enclosed CD. The proposed Preliminary Approval Order asks the Court to find that the proposed settlement "falls within the range of reasonableness and was the product of informed, good-faith, arm's-length negotiations between the Parties and their counsel" and to preliminarily approve it as "fair, reasonable, and adequate."

5) There are no additional agreements between class counsel and counsel for Defendant Wells Fargo, other than those reflected in the Settlement Agreement.

6) No final judgment or notice of dismissal has yet been entered in the Peña Action.

7) At this juncture, it is not feasible to provide the name and state of residence for each class member covered by the proposed settlement. The Settlement Agreement contemplates that the Notice List would include denials through the date of the Preliminary Approval Order, which has not been entered yet.

   Further, as explained more fully in the Settlement Agreement, the Notice List currently contains approximately 1,625 individuals that applied for and were denied the relevant credit product. However, it is unknown how many individuals on the Notice List currently have or had DACA status and would potentially be members of the Class; rather, the list contains denied applicants of a variety of temporary immigration statuses, including those with a variety of visa's or temporary protected statuses, who would not be class members. As a result, it is not feasible to estimate the number of class members residing in each state and the estimated proportional share of the entire settlement attributable to certain states.

   As set forth more fully in the Settlement Agreement, the fund available to class members will be determined by the number of claims made and verified by class members, with the amount of payment also determined by the number of claims made. For example, members of the California Class could receive up to $2,500 per denial, and members of the National Class could receive up to $300 per denial. The California fund has a total floor of $225,000 and cap of $525,000. The National fund has a total floor of $55,000 and ceiling of $105,000. Accordingly, it is not feasible to estimate the proportionate share of the settlement value that each class member will receive.

8) No written judicial opinions have been issued relating to the proposed settlement as of this date.

If you have questions about this notice, the settlement, or the enclosed materials, or if you do not receive any of the above-listed materials, please contact us.

June 26, 2020
Page 3

Thank you for your attention to this matter.

Sincerely,

**MCGUIREWOODS LLP**

K. Issac deVyver
Karla L. Johnson

*Counsel for Wells Fargo Bank, N.A.*

CC:  All Addressees Listed in Attachment A hereto.

Attachment and Enclosure

*Eduardo Peña, et al. v. Wells Fargo Bank, N.A.,* **Case No. 19-cv-04065-MMC-TSH (N.D. Calif.)**
**CAFA Notice – Attachment A – Service List**

| | |
|---|---|
| Kevin G. Clarkson<br>Office of the Attorney General<br>1031 W 4th Ave<br>Ste 200<br>Anchorage, AK  99501 | Steve Marshall<br>Office of the Attorney General<br>501 Washington Ave<br>Montgomery, AL  36104 |
| Leslie Rutledge<br>Office of the Attorney General<br>323 Center St<br>Ste 200<br>Little Rock, AR  72201 | Mark Brnovich<br>Office of the Attorney General<br>2005 N Central Ave<br>Phoenix, AZ  85004 |
| CAFA Coordinator<br>Office of the Attorney General<br>Consumer Law Section<br>455 Golden Gate Ave., Ste 11000<br>San Francisco, CA  94102 | Phil Weiser<br>Office of the Attorney General<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Fl<br>Denver, CO  80203 |
| William Tong<br>Office of the Attorney General<br>165 Capitol Ave<br>Hartford, CT  06106 | Kathy Jennings<br>Delaware Department of Justice<br>Carvel State Office Building<br>820 N French Street<br>Wilmington, DE  19801 |
| Ashley Moody<br>Office of the Attorney General<br>State of Florida<br>PL-01 The Capitol<br>Tallahassee, FL  32399 | Chris Carr<br>Office of the Attorney General<br>40 Capitol Sq SW<br>Atlanta, GA  30334 |
| Clare E. Connors<br>Department of the Attorney General<br>425 Queen Street<br>Honolulu, HI  96813 | Thomas J. Miller<br>Office of the Attorney General<br>Hoover State Office Building<br>1305 E. Walnut Street Rm 109<br>Des Moines, IA  50319 |
| Lawrence G. Wasden<br>State of Idaho<br>Office of the Attorney General<br>700 W. Jefferson St, Suite 210<br>Boise, ID  83720 | Kwame Raoul<br>Office of the Attorney General<br>James R. Thompson Center<br>100 W. Randolph St<br>Chicago, IL  60601 |

*Eduardo Peña, et al. v. Wells Fargo Bank, N.A.,* Case No. 19-cv-04065-MMC-TSH (N.D. Calif.)
**CAFA Notice – Attachment A – Service List**

| | |
|---|---|
| Curtis T. Hill, Jr.<br>Indiana Attorney General's Office<br>Indiana Government Center South<br>302 W Washington St 5th Fl<br>Indianapolis, IN  46204 | Derek Schmidt<br>Office of the Attorney General<br>120 SW 10th Ave<br>2nd Fl<br>Topeka, KS  66612 |
| Daniel Cameron<br>Office of the Attorney General<br>Capitol Building<br>700 Capitol Ave Ste 118<br>Frankfort, KY  40601 | Jeff Landry<br>Office of the Attorney General<br>1885 N. Third St<br>Baton Rouge, LA  70802 |
| CAFA Coordinator<br>General Counsel's Office<br>Office of Attorney General<br>One Ashburton Pl<br>Boston, MA  02108 | Brian E. Frosh<br>Office of the Attorney General<br>200 St. Paul Pl<br>Baltimore, MD  21202 |
| Aaron Frey<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME  04333 | Dana Nessel<br>Department of Attorney General<br>G. Mennen Williams Building, 7th Fl<br>525 W Ottawa St<br>Lansing, MI  48933 |
| Keith Ellison<br>Office of the Attorney General<br>445 Minnesota St<br>Suite 1400<br>St. Paul, MN  55101 | Eric Schmitt<br>Attorney General's Office<br>Supreme Court Building<br>207 W High St<br>Jefferson City, MO  65101 |
| Lynn Fitch<br>Office of the Attorney General<br>Walter Sillers Building<br>550 High St Ste 1200<br>Jackson, MS  39201 | Tim Fox<br>Office of the Attorney General<br>215 N. Sanders<br>Justice Building, Third Fl<br>Helena, MT  59601 |
| Josh Stein<br>Attorney General's Office<br>114 W Edenton St<br>Raleigh, NC  27603 | Wayne Stenehjem<br>Office of the Attorney General<br>State Capitol, 600 E Boulevard Ave<br>Dept. 125<br>Bismarck, ND  58505 |

*Eduardo Peña, et al. v. Wells Fargo Bank, N.A.*, Case No. 19-cv-04065-MMC-TSH (N.D. Calif.)
**CAFA Notice – Attachment A – Service List**

| | |
|---|---|
| Doug Peterson<br>Office of the Attorney General<br>2115 State Capitol<br>Lincoln, NE  68509 | Gordon MacDonald<br>Office of the Attorney General<br>NH Department of Justice<br>33 Capitol St.<br>Concord, NH  03301 |
| Gurbir S. Grewal<br>Office of the Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market St 8th Fl, West Wing<br>Trenton, NJ  08611 | Hector Balderas<br>Office of the Attorney General<br>408 Galisteo Street<br>Villagra Building<br>Santa Fe, NM  87501 |
| Aaron Ford<br>Office of the Attorney General<br>Old Supreme Court Building<br>100 N Carson St<br>Carson City, NV  89701 | CAFA Coordinator<br>Office of the Attorney General<br>28 Liberty St<br>15th Fl<br>New York, NY  10005 |
| Dave Yost<br>Attorney General's Office<br>State Office Tower<br>30 E Broad St 14th Fl<br>Columbus, OH  43215 | Mike Hunter<br>Office of the Attorney General<br>313 NE 21st St<br>Oklahoma City, OK  73105 |
| Ellen F. Rosenblum<br>Oregon Department of Justice<br>1162 Court St NE<br>Salem, OR  97301 | Josh Shapiro<br>PA Office of the Attorney General<br>Strawberry Square 16th Fl<br>Harrisburg, PA  17120 |
| Peter F. Neronha<br>Office of the Attorney General<br>150 S Main St<br>Providence, RI  02903 | Alan Wilson<br>Office of the Attorney General<br>Rembert C. Dennis Bldg<br>1000 Assembly St Rm 519<br>Columbia, SC  29201 |
| Jason Ravnsborg<br>Office of the Attorney General<br>1302 E Highway 14<br>Ste 1<br>Pierre, SD  57501 | Herbert H. Slatery, III<br>Office of the Attorney General<br>301 6th Ave N<br>Nashville, TN  37243 |

*Eduardo Peña, et al. v. Wells Fargo Bank, N.A.*, Case No. 19-cv-04065-MMC-TSH (N.D. Calif.)
**CAFA Notice – Attachment A – Service List**

| | |
|---|---|
| Ken Paxton<br>Office of the Attorney General<br>300 W. 15th St<br>Austin, TX  78701 | Sean D. Reyes<br>Office of the Attorney General<br>Utah State Capitol Complex<br>350 North State St Ste 230<br>Salt Lake City, UT  84114 |
| Mark R. Herring<br>Office of the Attorney General<br>202 N. Ninth St.<br>Richmond, VA  23219 | T.J. Donovan<br>Attorney General's Office<br>109 State St.<br>Montpelier, VT  05609 |
| Bob Ferguson<br>Office of the Attorney General<br>1125 Washington St SE<br>Olympia, WA  98501 | Josh Kaul<br>Attorney General's Office<br>114 E State Capitol<br>Madison, WI  53702 |
| Patrick Morrisey<br>Office of The Attorney General<br>State Capitol, 1900 Kanawha Blvd E<br>Building 1 Rm E-26<br>Charleston, WV  25305 | Bridget Hill<br>Office of the Attorney General<br>Kendrick Building<br>2320 Capitol Ave<br>Cheyenne, WY  82002 |
| Karl A. Racine<br>Office of the Attorney General<br>441 4th St NW<br>Suite 1100 S<br>Washington, DC  20001 | William P Barr<br>Office of the U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC  20530 |
| Mitzie Jessop Taase<br>Department of Legal Affairs<br>A.P. Lutali Exec Ofc Bldg, 3rd Fl<br>Utulei<br>Pago Pago, AS  96799 | Leevin Taitano Camacho<br>Office of the Attorney General<br>Administration Division<br>590 S Marine Corps Dr, Suite 901<br>Tamuning, GU  96913 |
| Edward Manibusan<br>Office of the Attorney General<br>Administration Building<br>P.O. Box 10007<br>Saipan, MP  96950 | Dennise Noemí Longo Quiñones<br>Dpto. de Justicia de Puerto Rico<br>Calle Teniente César González 677<br>Esq. Ave. Jesús T. Piñero<br>San Juan, PR  00918 |

*Eduardo Peña, et al. v. Wells Fargo Bank, N.A.,* **Case No. 19-cv-04065-MMC-TSH (N.D. Calif.)**
**CAFA Notice – Attachment A – Service List**

Denise N. George
Office of the Attorney General
34-38 Kronprindsens Gade
GERS Building 2nd Fl
St. Thomas, VI  00802

Joses R. Gallen
Department of Justice
P.O. Box PS-105
Palikir
Pohnpei State, FM  96941

Office of the Attorney General
P.O. Box 890
Majuro, MH  96960

Ernestine K. Rengiil
Office of the Attorney General
P.O. Box 1365
Koror, PW  96939

Greg Taylor
OCC, Director of Litigation
400 7th St SW
Washington, DC  20219

Tanya Smith
OCC, Examiner-in-Charge, Wells Fargo Bank, N.A.
343 Sansome St, 11th Fl, Ste 1150
MAC A0163-110
San Francisco, CA  94104

Consumer Financial Protection Bureau
1700 G St NW
Washington, DC  20552