Jahan C. Sagafi  (Cal. Bar No. 224887)
Rachel Dempsey (Cal. Bar No. 310424)
OUTTEN & GOLDEN LLP
One California St, 12th Floor
San Francisco, California 94111
Telephone: (415) 638-8800
Facsimile:  (415) 638-8810
jsagafi@outtengolden.com
rdempsey@outtengolden.com

Ossai Miazad*
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile:  (646) 509-2060
om@outtengolden.com

Benjamin D. Elga*
Brian James Shearer*
Craig L. Briskin*
JUSTICE CATALYST LAW
81 Prospect Street, 7th Floor
Brooklyn, NY 11201
Telephone: (518) 732-6703
belga@justicecatalyst.org
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org

*Attorneys for Plaintiff and the Proposed Class*
*admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 19-cv-04065-MMC<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT D TO THE DECLARATION OF JENNIFER M. KEOUGH IN SUPPORT OF FINAL APPROVAL**<br><br>Judge: Maxine M. Chesney<br>Hearing Date: N/A<br>Hearing Time: N/A<br>Courtroom: 7, 19th floor |

## NOTICE OF MOTION AND MOTION

Per Civil Local Rule 79-5(e), Plaintiffs respectfully move for an order authorizing them to file under seal Exhibit D to the Declaration of Jennifer M. Keough Regarding Settlement Administration, filed in support of Plaintiff's Motion for Final Approval ("JND FA Decl."). Exhibit D to the JND FA Declaration contains information about class member immigration status that is designated as confidential pursuant to the Settlement Agreement between the parties, as well as other personal information.  ECF No. 89-2 (Settlement Agreement) § 6.4; *id*. Ex. 2 (Claim Form).  Plaintiffs therefore respectfully move for an order authorizing them to file Exhibit D to the JND FA Declaration under seal.  Wells Fargo does not oppose this motion.  *See* Declaration of Ossai Miazad in Support of Motion to Seal ("Miazad Decl.") ¶ 4.

Pursuant to Civil Local Rule 79-5, the Court may issue an order authorizing the sealing of documents if the requesting party can demonstrate that: (1) the document or portions thereof are "privileged or protectable as a trade secret or otherwise entitled to protection under the law," and (2) the request is narrowly tailored. Civ. L.R. 79-5(a). Here, Exhibit D to the JND FA Declaration is an Objection Form sent to JND, which is the Settlement Administrator in this action, and which contains information regarding the immigration status and other personal information of the Class Member or potential Class Member who submitted the form.  Such information is protected pursuant to the terms of the Parties' Settlement Agreement.  *See* ECF No. 89-2 § 6.4; *id*. Ex. 2.

Moreover, although a "party seeking to file documents under seal 'bears the burden of overcoming [the] strong presumption, in favor of public access to court records," *Soria v. U.S. Bank N.A.*, No. 17. Civ. 603, 2019 WL 8167925, at *3 (C.D. Cal. Apr. 25, 2019) (quoting *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016)), the public has "minimal interest" in specifics of the immigration status and other personal information of Class Members or potential Class Members, *id*. at *4.  And because the exhibit to the JND FA Declaration is "only tangentially related to the merits of [this] case," Plaintiff must show only good cause to maintain the document under seal.  *Ctr. for Auto Safety*, 809 F.3d at 1101.  It is well-established that good cause exists to "keep sensitive information about . . . immigration

status from public view." *Macareno v. Thomas*, 378 F. Supp. 3d 933, 939 (W.D. Wash. 2019);

*Al Otro Lado, Inc. v. Wolf*, No. 17 Civ. 2366, 2020 WL 4432026, at *5 (S.D. Cal. July 31, 2020)

(granting motion to seal sensitive immigration-related information where the parties requested

"'limited and clear' redactions" (quoting *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172,

1178 (9th Cir. 2006)).  Here, Plaintiff seeks only to seal the Objection Form containing details

about the immigration status and other personal information about the objector.  Accordingly, the

Motion to Seal should be granted.

Per Civil Local Rule 79-5(d), Plaintiff has attached the document sought to be filed under

seal as an Exhibit to the Declaration of Ossai Miazad and filed the document under seal pending

the Court's ruling on this motion.


Dated: December 23, 2020                    Respectfully submitted,

                                            By:  /s/ *Ossai Miazad*
                                                 Ossai Miazad

                                            Ossai Miazad*
                                            OUTTEN & GOLDEN LLP
                                            685 Third Avenue, 25th Floor
                                            New York, NY 10017
                                            Telephone: (212) 245-1000
                                            Facsimile:  (646) 509-2060
                                            om@outtengolden.com

                                            Jahan C. Sagafi (Cal. Bar No. 224887)
                                            Rachel Dempsey (Cal. Bar No. 310424)
                                            OUTTEN & GOLDEN LLP
                                            One California St., 12th Floor
                                            San Francisco, CA 94111
                                            Telephone: (415) 638-8800
                                            Facsimile:  (415) 638-8810
                                            jsagafi@outtengolden.com
                                            rdempsey@outtengolden.com

                                            Benjamin D. Elga*
                                            Brian James Shearer*
                                            Craig L. Briskin*
                                            JUSTICE CATALYST LAW
                                            81 Prospect Street, 7th Floor
                                            Brooklyn, NY 11201

Telephone: (518) 732-6703
belga@justicecatalyst.org
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org

*admitted *pro hac vice*

*Attorneys for Plaintiff and the
Proposed Class*