IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO PENA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　　Defendant. | Case No.  19-cv-04065-MMC<br><br>**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL; DIRECTIONS TO PLAINTIFF** |

　　　　Before the Court is plaintiff's "Administrative Motion for Leave to File Under Seal," filed December 23, 2020, whereby plaintiff seeks leave to file under seal Exhibit D to the Declaration of Jennifer M. Keough Regarding Settlement Administration.  Having read and considered the motion, the Court rules as follows.

　　　　The Exhibit consists of a completed "Objection" form submitted to the settlement administrator.  As said "Objection" does not include the type of information normally filed under seal, see Fed. R. Civ. P. 5.2, and plaintiff has not otherwise shown good cause exists to file the "Objection" under seal, the administrative motion is hereby DENIED.

　　　　Plaintiff is hereby DIRECTED to file said Exhibit in the public record no later than seven days from the date of this order.

　　　　**IT IS SO ORDERED.**

Dated: January 5, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge