Jahan C. Sagafi  (Cal. Bar No. 224887)
Rachel Dempsey (Cal. Bar No. 310424)
OUTTEN & GOLDEN LLP
One California St, 12th Floor
San Francisco, California 94111
Telephone: (415) 638-8800
Facsimile:  (415) 638-8810
jsagafi@outtengolden.com
rdempsey@outtengolden.com

Benjamin D. Elga*
Brian James Shearer*
Craig L. Briskin*
JUSTICE CATALYST LAW
81 Prospect Street, 7th Floor
Brooklyn, NY 11201
Telephone: (518) 732-6703
belga@justicecatalyst.org
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org

Ossai Miazad*
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile:  (646) 509-2060
om@outtengolden.com

*Attorneys for Plaintiff and the Proposed Class*
*admitted *pro hac vice*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 19-cv-04065-MMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL RECONSIDERATION OF ORDER DENYING ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT D TO THE DECLARATION OF JENNIFER M. KEOUGH IN SUPPORT OF FINAL APPROVAL [ECF NO. 111]**<br><br>Judge: Maxine M. Chesney<br>Hearing Date: N/A<br>Hearing Time: N/A<br>Courtroom: 7, 19th floor |

1  Having considered Plaintiff'' Motion for Leave to File Motion for Partial Reconsideration of Order Denying Plaintiff's Administrative Motions for Leave to File Under Seal Exhibit D to the Declaration of Jennifer M. Keough in Support of Final Approval [ECF No. 111] ("Motion for Leave"), and for good cause shown, the Court hereby grants Plaintiff's Motion for Leave.

IT IS HEREBY ORDERED THAT, within two business days of this order, Plaintiff file a Motion for Partial Reconsideration of Order Denying Plaintiff's Administrative Motions for Leave to File Under Seal Exhibit D to the Declaration of Jennifer M. Keough in Support of Final Approval [ECF No. 111].

**IT IS SO ORDERED.**

Dated: January 14, 2021

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES SENIOR DISTRICT JUDGE