| | |
|---|---|
| Jahan C. Sagafi  (Cal. Bar No. 224887)<br>Rachel Dempsey (Cal. Bar No. 310424)<br>OUTTEN & GOLDEN LLP<br>One California St, 12th Floor<br>San Francisco, California 94111<br>Telephone: (415) 638-8800<br>Facsimile:  (415) 638-8810<br>jsagafi@outtengolden.com<br>rdempsey@outtengolden.com | Benjamin D. Elga*<br>Brian James Shearer*<br>Craig L. Briskin*<br>JUSTICE CATALYST LAW<br>81 Prospect Street, 7th Floor<br>Brooklyn, NY 11201<br>Telephone: (518) 732-6703<br>belga@justicecatalyst.org<br>brianshearer@justicecatalyst.org<br>cbriskin@justicecatalyst.org |

Ossai Miazad*
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile:  (646) 509-2060
om@outtengolden.com

*Attorneys for Plaintiff and the Proposed Class*
*admitted *pro hac vice*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 19-cv-04065-MMC<br><br>**[PROPOSED]** **ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL RECONSIDERATION OF ORDER DENYING ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT D TO THE DECLARATION OF JENNIFER M. KEOUGH IN SUPPORT OF FINAL APPROVAL [ECF NO. 111]**<br><br>Judge: Maxine M. Chesney<br>Hearing Date: N/A<br>Hearing Time: N/A<br>Courtroom: 7, 19th floor |

Having considered Plaintiff's Motion for Partial Reconsideration of Order Denying Plaintiff's Administrative Motions for Leave to File Under Seal Exhibit D to the Declaration of Jennifer M. Keough in Support of Final Approval [ECF No. 111] ("Motion for Leave"), and for good cause shown, the Court hereby grants Plaintiff's Motion.  IT IS HEREBY ORDERED THAT the document in the table below may remain under seal, with the following limited redactions filed at the docket number identified:

| Exhibit No. | Attaching Declaration | Unredacted Version | Proposed Redacted Version | Redactions |
|---|---|---|---|---|
| D | Decl. of Jennifer M. Keough (ECF No. 107) | ECF No. 108-2 | ECF No. 114-2 | Name, address, signature, and telephone number at ECF No. 108-2 (sealed)/114-2 (redacted) pp. 3-5. |

**IT IS SO ORDERED.**

Dated: January 21, 2021

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES SENIOR DISTRICT JUDGE

---

Case No. 19-cv-04065-MMC

-1-

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL RECONSIDERATION