Jahan C. Sagafi (Cal. Bar No. 224887)
Rachel Dempsey (Cal. Bar No. 310424)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
jsagafi@outtengolden.com
rdempsey@outtengolden.com

Ossai Miazad*
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
om@outtengolden.com

Benjamin D. Elga*
Brian James Shearer*
Craig L. Briskin*
JUSTICE CATALYST LAW
81 Prospect Street, 7th Floor
Brooklyn, NY 11201
Telephone: (518) 732-6703
belga@justicecatalyst.org
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org

*Attorneys for Plaintiff and the Proposed Class*
*admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 19-cv-04065-MMC<br><br>**DECLARATION OF OSSAI MIAZAD IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE CLASS LIST UNDER SEAL** |

-2-

I, Ossai Miazad, declare as follows:

1. I am an attorney at law admitted before the bar of this Court for purposes of this case and a partner at Outten & Golden LLP, retained as counsel for Plaintiffs. Along with lawyers from Justice Catalyst Law, I am one of the attorneys primarily responsible for prosecuting the Plaintiff's claims on his behalf and the proposed classes.

2. I make this declaration in support of the Plaintiff's Administrative Motion for Leave to File the Class List Under Seal ("Sealing Motion").

3. The Class List is attached as **Exhibit 1** to this declaration. As set forth in greater detail in the accompanying Motion, the Class List includes sensitive contact and immigration status information in which there is a privacy interest.

4. Wells Fargo has informed the Plaintiff that it consents to this Motion.

I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and correct, and that this declaration was executed on March 18, 2021 in New York, New York.

*/s/ Ossai Miazad*
Ossai Miazad

Ossai Miazad (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
omiazad@outtengolden.com