Jahan C. Sagafi (Cal. Bar No. 224887)
Rachel Dempsey (Cal. Bar No. 310424)
OUTTEN & GOLDEN LLP
One California St, 12th Floor
San Francisco, California 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
jsagafi@outtengolden.com
rdempsey@outtengolden.com

Benjamin D. Elga*
Brian James Shearer*
Craig L. Briskin*
JUSTICE CATALYST LAW
81 Prospect Street, 7th Floor
Brooklyn, NY 11201
Telephone: (518) 732-6703
belga@justicecatalyst.org
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org

Ossai Miazad*
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
om@outtengolden.com

*Attorneys for Plaintiff and the Proposed Class*
*admitted pro hac vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EDUARDO PEÑA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 19-cv-04065-MMC<br><br>**POST-DISTRIBUTION ACCOUNTING AND STATEMENT REGARDING WELLS FARGO'S PAYMENT OBLIGATIONS UNDER THE SETTLEMENT AGREEMENT**<br><br>Judge: Maxine M. Chesney<br>Hearing Date: N/A<br>Hearing Time: N/A<br>Courtroom: 7, 19th floor |

**Post-Distribution Accounting**

In accordance with the Northern District of California's Procedural Guidance for Class Action Settlements, Plaintiff hereby submits this post-distribution accounting.

| | |
|---|---|
| Total settlement fund | $280,000 |
| Total number of class members | Approx. 364 (of 1,456 who were sent notice)[1] |
| Total number of class members to whom notice was sent and not returned as undeliverable | Approx. 350 (of 1,401 who received notice)[2] |
| Methods of notice to class members | Mail and e-mail[3] |
| Number and percentage of claim forms submitted | 39 total, 7 corresponding to a record on the notice list (4 national and 3 CA),[4] 3 validated (2 national and 1 CA)[5] |
| Number and percentage of opt-outs | 0[6] |
| Number and percentage of objections | 1 (determined to be invalid)[7] |
| Average recovery per claimant | $2,500 for California class, $300 for national class[8] |
| Median recovery per claimant | $2,500 for California class, $300 for national class[9] |
| Largest amount paid to class member | $2,500[10] |

---

[1] ECF No. 107 (JND Declaration) ¶ 9.  As set forth in greater detail in Plaintiff's Motion for Final Approval, the list of potential class members who received notice was overinclusive. *See* ECF No. 106 (Motion for Final Approval) at 5-6.  Accordingly, Plaintiff has estimated that approximately 25%, or 364, of the people on the list of potential class members in fact belonged to the class.  *Id*.

[2] The number of actual class members to whom notice was sent and not returned as undeliverable is extrapolated from the total number of potential class members to whom notice was sent and not returned as undeliverable.  See ECF No. 107 (JND Declaration) ¶ 11.

[3] *Id*. ¶¶ 8-9.

[4] *Id*. ¶ 18.

[5] Declaration of Ossai Miazad in Support of Post-Distribution Accounting ("Miazad Decl."), ¶ 3.a.

[6] ECF No. 107 (JND Declaration) ¶ 21.

[7] *Id*. ¶ 24.

[8] Miazad Decl. ¶ 3.a.

[9] *Id*.

[10] *Id*.

-1-

| | |
|---|---|
| Smallest amount paid to class member | $300[11] |
| Methods of payment to class members | Check[12] |
| Number and value of checks not cashed | 0[13] |
| Amounts distributed to each cy pres recipient | $138,450 to each of United We Dream and Consumer Action[14] |
| Administrative costs | $50,000[15] |
| Attorneys' fees and costs | $500,000 fee and cost award (approx. $484,005 lodestar)[16] |
| Attorneys' fees as percentage of the settlement fund | 170.8% |
| Multiplier | Approx. 1.03x (down from 1.23x at final approval) |

**Wells Fargo's Payment Obligations**

On April 29, 2021, Wells Fargo satisfied its payment obligations under the Settlement Agreement. Miazad Decl. ¶ 5.

Dated: June 2, 2021

Respectfully submitted,

By: /s/ *Ossai Miazad*
      Ossai Miazad

Ossai Miazad*
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
om@outtengolden.com

Jahan C. Sagafi (Cal. Bar No. 224887)
Rachel Dempsey (Cal. Bar No. 310424)
OUTTEN & GOLDEN LLP
One California St., 12th Floor

---

[11] *Id.*
[12] *Id.* ¶ 3.c.
[13] *Id.* ¶ 3.d.
[14] *Id.* ¶ 3.e.
[15] *Id.* ¶ 3.f.
[16] *Id.* ¶ 4. The lodestar has increased by approximately $60,000 since final approval, from $424,694.40 to $484,005.

-2-

San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile:  (415) 638-8810
jsagafi@outtengolden.com
rdempsey@outtengolden.com

Benjamin D. Elga*
Brian James Shearer*
Craig L. Briskin*
JUSTICE CATALYST LAW
81 Prospect Street, 7th Floor
Brooklyn, NY 11201
Telephone: (518) 732-6703
belga@justicecatalyst.org
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org

*admitted *pro hac vice*

*Attorneys for Plaintiff and the Proposed Class*