Jahan C. Sagafi (Cal. Bar No. 224887)
Rachel Dempsey (Cal. Bar No. 310424)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
jsagafi@outtengolden.com
rdempsey@outtengolden.com

Benjamin D. Elga*
Brian James Shearer*
Craig L. Briskin*
JUSTICE CATALYST LAW
81 Prospect Street, 7th Floor
Brooklyn, NY 11201
Telephone: (518) 732-6703
belga@justicecatalyst.org
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org

Ossai Miazad*
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
om@outtengolden.com

*Attorneys for Plaintiff and the Proposed Class*
*admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

EDUARDO PEÑA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

Case No. 19-cv-04065-MMC

**DECLARATION OF OSSAI MIAZAD REGARDING POST-DISTRIBUTION ACCOUNTING AND WELLS FARGO'S PAYMENT OBLIGATIONS UNDER THE SETTLEMENT AGREEMENT**

I, Ossai Miazad, declare as follows:

1. I am an attorney at law admitted before the bar of this Court for purposes of this case and a partner at Outten & Golden LLP, retained as counsel for Plaintiff. Along with lawyers from Justice Catalyst Law, I am one of the attorneys primarily responsible for prosecuting Plaintiff's claims on behalf of himself and the Classes.

2. I make this declaration in compliance with the Settlement Agreement (ECF No. 89-2 ¶ 3.3.11) and the Northern District of California Procedural Guidance for Class Action Settlements.

**Claims Process**

3. The Settlement Administrator has provided Plaintiff with the following information about the distribution of settlement funds:

   a. Of the seven people on the notice list who submitted claim forms, three submitted the documentation required to validate their claim within the applicable time period. Two of these people were in the National Class and one was in the California Class.

   b. The two verified claimants in the National Class each received $300, and the one verified claimant in the California Class received $2,500.

   c. These payments were sent via check.

   d. All three checks have been cashed as of the date of this filing.

   e. In addition to the payments made to Class Members, a cy pres award of $138,450 was distributed to each of United We Dream and Consumer Action.

   f. The total administrative costs of the claims process were $50,000.

**Post-Distribution Accounting**

4. As of the date of this filing, the total lodestar in this action is approximately $484,005. This represents an increase of approximately $60,000 since Plaintiff last reported lodestar on December 23, 2020, when it was $424,694.40.

**Wells Fargo's Payment Obligations**

5.     On April 29, 2021, Wells Fargo satisfied its payment obligations under the Settlement Agreement.

I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and correct, and that this declaration was executed on June 2, 2021 in New York, New York.

                                                        */s/ Ossai Miazad*
                                                        Ossai Miazad

                                                        Ossai Miazad (admitted *pro hac vice*)
                                                        OUTTEN & GOLDEN LLP
                                                        685 Third Avenue, 25th Floor
                                                        New York, NY 10017
                                                        Telephone:  (212) 245-1000
                                                        Facsimile:   (646) 509-2060
                                                        omiazad@outtengolden.com