Benjamin D. Elga*
JUSTICE CATALYST LAW
123 William St., 16th Floor
New York, NY 10038
518.732.6703
belga@justicecatalyst.org

*Attorney for Plaintiff and the Class*

**\***admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EDUARDO PEÑA, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 19-cv-04065-MMC<br><br>**NOTICE OF WITHDRAWAL OF CRAIG L. BRISKIN** |

1

PLEASE TAKE NOTICE THAT Craig L. Briskin is no longer associated with the law firm of Justice Catalyst Law. Plaintiff requests that Mr. Briskin be withdrawn as an attorney of record in this case and that all further electronic notices in the matter to Mr. Briskin be terminated. The undersigned attorneys for Justice Catalyst Law continue to serve as Counsel for Plaintiff.

Dated: August 31, 2021

Respectfully submitted,

By: */s/ Benjamin D. Elga*
    Benjamin L. Elga

Benjamin D. Elga*
JUSTICE CATALYST LAW
123 William Street, 16th Floor
New York, NY 10038
Telephone: (518) 732-6703
belga@justicecatalyst.org

*admitted *pro hac vice*
*Attorney for Plaintiff and the Class*