Janet M. Herold (SBN 186419)
Benjamin D. Elga*
JUSTICE CATALYST LAW
123 William St., 16th Floor
New York, NY 10038
646.877.4510
jherold@justicecatalyst.org
belga@justicecatalyst.org

*Attorneys for Plaintiff and the Class*

**\*admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EDUARDO PEÑA, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 19-cv-04065-MMC<br><br>**NOTICE OF APPEARANCE FOR JANET M. HEROLD** |

PLEASE TAKE NOTICE THAT the following attorney from Justice Catalyst Law hereby files this Notice of Appearance in the above-captioned case on behalf of Plaintiff Eduardo Peña. All pleadings, motions, discovery, and other material should be served upon counsel at the following address:

Janet M. Herold (SBN 186419)
JUSTICE CATALYST LAW, INC.
123 William Street, 16th Floor
New York, NY 10039
jherold@justicecatalyst.org
Telephone: (646) 877-4510

Dated: August 31, 2021                     Respectfully submitted,

By: /s/ Janet M. Herold
    Janet M. Herold

Janet M. Herold (SBN 186419)
Benjamin D. Elga*
JUSTICE CATALYST LAW
123 William Street, 16th Floor
New York, NY 10038
Telephone: (646) 877-4510
jherold@justicecatalyst.org
belga@justicecatalyst.org

*admitted *pro hac vice*
*Attorneys for Plaintiff and the Class*